


FORM C-5 (Rev. 5/05)

**DATE: 2/27/14**

This business is licensed by the New York State Department of State, Division of Licensing Services and the State of New Jersey Department of Law & Public Safety, Division of State Police.

## PROPOSAL TO PROVIDE SECURITY OFFICER SERVICES

| | |
|---|---|
| **CLIENT NAME:** | Frances Valerio |
| **ADDRESS:** | 53 Anchor Drive |
| **CITY, STATE, ZIP:** | Massapequa, NY 11758 |
| **E-MAIL:** | lapintaesq@aol.com |
| **CONTACT PERSON:** | Anthony LaPinta, Attorney |
| **TEL. NO.** | 516-798-6093 |
| **JOB LOCATION(S):** | 53 Anchor Drive, Massapequa, NY |
| | Attorney: 516-606-8628 |
| **DAYS & HOURS OF SERVICE:** | 24/7 |

The **CLIENT** requests Security Officer services from **EPIC** as follows:

1. Services shall be provided on a:

   [x] **Monthly Schedule** — Meaning minimum 40 hours per week for 30 days.
   [x] **Weekly Schedule** — Meaning minimum 40 hours per week for one week or less than 40 hours per week for 30 days or more.
   [x] **Daily Schedule** — Minimum of 8 hours per day per guard

2. Services to be Provided and Charges for Services: (Uniform Style Optional)

   A. **CLIENT** requests:  [x] POLICE TYPE UNIFORMS.   [ ] BLAZER TYPE UNIFORMS.   [ ] NOT UNIFORMED.
   B. **CLIENT** requests:  [x] UNARMED SECURITY OFFICERS.   [ ] ARMED SECURITY OFFICERS.   (Level 3 or Level 4 only)

**CHARGE PER HOUR**

| | DAILY SCHEDULE | WEEKLY SCHEDULE | MONTHLY SCHEDULE |
|---|---|---|---|
| [ ] **LEVEL 1- "CERTIFIED"-SECURITY OFFICER SERVICE** SM<br>Level 1 Service is for the client who demands high quality service at the most competitive rates. All Level 1 Security Officers are certified by EPIC to meet all our high standards of selection and training. All EPIC Officers are Bonded. All EPIC Officers are Qualified pursuant to the NY State Security Guard Act. | | | |
| [x] **LEVEL 2- "ADVANCED"-SECURITY OFFICER SERVICE** SM<br>  ALSO NYC FIRE DEPARTMENT CERTIFIED GUARDS<br>  ALSO SPECIAL GOVERNMENT REQUIREMENTS (Prevailing Wage)<br>Level 2 Service is for the Client who desires exceptional quality service for demanding assignments. Level 2 Officers are more experienced and higher paid. These officers are qualified to fulfill special government requirements. | | $24.95 | $19.95 |
| [ ] **LEVEL 3- "PERMIT"-SECURITY OFFICER SERVICE** SM – (ARMED)<br>Level 3 Service provides highly experienced, trained and motivated Armed Security Officers for assignments that demand firearms be carried. All Level 3 Officers have been thoroughly investigated and approved by the required Police Department(s) for their Carry Pistol Permits. Level 3 Officers receive extensive classroom training and live fire range training. | | | |
| [x] **LEVEL 4- "POLICE"-SECURITY OFFICER SERVICE** SM – (ARMED)<br>[x]  ALSO LIEUTENANT LEVEL SUPERVISOR<br>Level 4 Officers provide the finest quality service for the most demanding and complex assignments. Level 4 Officers include off-duty or retired Police, Peace or Federal Officers (or equivalent). Level 4 Officers hold the EPIC Rank of Lieutenant or Captain. These Officers are well suited and trained to serve as Supervisors of other Security Officers. | | $44.95 | $39.95 |
| [ ] **OTHER SERVICE** (Describe):<br>_____ | | | |

**CONTINUE ON NEXT PAGE: Page 1 of 2**

## ADDITIONAL SPECIALIZED SERVICES/EQUIPMENT

| | | | |
|---|---|---|---|
| **x** | **RADIO MOTOR PATROL VEHICLE(S) "RMP" – FULL SIZE /FULLY EQUIPPED**<br>Vehicle equipped with 2-way radio, security rack and security insignia. **RMP(s)** provided only in conjunction with Uniformed Security Officer Service Level 2, 3 or 4. | $9.95 | $9.95 |
| **x** | **RADIO(S) HAND HELD 2-WAY MOTOROLA MIL/SPEC** | No Charge | No Charge |
| ☐ | **WATCHCLOCK SYSTEMS & KEY STATIONS**<br>EPIC can install and maintain a high-tech DIGITAL SECURITY AUTOMATIC GUARD TOUR SYSTEM. Installation in conjunction with Monthly Service only. | | |
| ☐ | **"PATROL ZONE" METAL (2-SIDED) SIGNS**<br>Installed in conjunction with Monthly Service only. (Installation made with Tamper-Resistant Hardware) | | |

## ACCEPTANCE OF PROPOSAL BY CLIENT

The above prices, specifications and conditions are satisfactory and hereby accepted.
You are authorized to provide the security services and/or equipment as specified in this proposal.

**CLIENT AUTHORIZATION** ó Please Print:

Please sign and return to **EPIC:**

Company/Organization
Government Agency: _____

Authorized Personøs Name: _____

Authorized Personøs Title: _____

Authorized Personøs Signature: ▶ _____   Date: _____

**EPIC SECURITY** and **THE EPIC SECURITY SHIELD**
are registered service marks of **EPIC SECURITY CORP.**
**THE SECURITY OFFICER "LEVEL" SYSTEM** is a
service mark of **EPIC SECURITY CORP.**
**MOTOROLA** is a trademark of **MOTOROLA, INC.**
©1991 EPIC SECURITY CORP.


**State of New York**
**Department of State**
DIVISION OF LICENSING SERVICES

Pursuant to the provisions of

ARTICLE 7 OF THE GENERAL BUSINESS LAW
AND AMENDMENTS THERETO

EPIC SECURITY CORP
2067 BROADWAY
NEW YORK NY 10023

HAS BEEN DULY LICENSED TO TRANSACT BUSINESS AS A

PRIVATE INVESTIGATOR

FOR THE TERM OF TWO YEARS FROM DATE HEREOF, TO BE REPRESENTED,
AS PRINCIPAL, BY THE QUALIFIED MEMBER(S) NAMED ON THE ATTACHED:

DR. MARK J LERNER - PRES
STEVEN F GOLDMAN - EXEC VP
SELWYN FALK - VP

UNIQUE ID NUMBER: 1100000003369

FOR OFFICE USE ONLY
Control No. 432933

EFFECTIVE DATE: MO. 06 DAY 01 YR. 12
EXPIRATION DATE: MO. 05 DAY 31 YR. 14

In Witness Whereof, the Department of State has caused its official seal to be hereunto affixed.

CESAR A. PERALES
SECRETARY OF STATE

COPY

DOS-099 (Rev. 4/03)

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

OP ID AG: EPICSE1
DATE (MM/DD/YYYY): 04/16/2013

**PRODUCER**
The Mechanic Group Inc
One Blue Hill Plaza, Suite 530
PO Box 1646
Pearl River, NY 10965
Phone: 845-735-0700  Fax: 845-735-8383

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**
EPIC Security Corp
2067 Broadway
New York, NY 10023

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| Insurer A: Darwin Select Insurance Company | 24319 |
| Insurer B: Crum & Forster Indemnity Co | 31348 |
| Insurer C: United States Fire Ins Co | 21113 |
| Insurer D: Berkley Regional Insurance Co | 29580 |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  X OCCUR<br>X ERRORS & OMISSIONS<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PROJECT  LOC | 5200-0385 | 04/16/13 | 04/16/14 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 1,000,000<br>$ 100,000<br>$ 10,000<br>$ 1,000,000<br>$ 5,000,000<br>$ 5,000,000 |
| B | | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | 1337330412 | 01/01/13 | 01/01/14 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN  EA ACC<br>AUTO ONLY:   AGG | $<br>$<br>$ |
| C | | EXCESS/UMBRELLA LIABILITY<br>X OCCUR   CLAIMS MADE<br>DEDUCTIBLE<br>RETENTION  $ | 582-101114-4 | 04/16/13 | 04/16/14 | EACH OCCURRENCE<br>AGGREGATE | $ 15,000,000<br>$ 15,000,000<br>$<br>$<br>$ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS  OTHER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | $<br>$<br>$ |
| D | | OTHER<br>Commercial Crime | BCR7100054512 | 06/16/12 | 06/16/13 | Fidelity | $1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

Total Combined Limits of Liability: $16,000,000. Each Occurrence For General Liability, Automobile Liability, and Umbrella Liability

$20,000,000. Aggregate For General Liability

**CERTIFICATE HOLDER**

SPECIMEN COPY - NEW YORK
Comprehensive General Liability
Automobile Liability
Excess Liability
Commercial Crime / Fidelity

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
Michael Lehner

ACORD 25 (2001/08)
© ACORD CORPORATION 1988

SPECIMEN

| ACORD. | CERTIFICATE OF LIABILITY INSURANCE | | OP ID AG<br>EPICSE1 | DATE (MM/DD/YYYY)<br>04/16/2013 |
|---|---|---|---|---|

| PRODUCER<br>The Mechanic Group Inc<br>One Blue Hill Plaza, Suite 530<br>PO Box 1646<br>Pearl River, NY 10965<br>Phone: 845-735-0700  Fax: 845-735-8383 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| | INSURERS AFFORDING COVERAGE | NAIC # |
| INSURED<br>EPIC Security Corp<br>2067 Broadway<br>New York, NY 10023 | Insurer A: Darwin Select Insurance Company | 24319 |
| | Insurer B: Crum & Forster Indemnity Co | 31348 |
| | Insurer C: United States Fire Ins Co | 21113 |
| | Insurer D: Berkley Regional Insurance Co | 29580 |

COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>  CLAIMS MADE  X  OCCUR<br>X ERRORS & OMISSIONS<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY   PRO-JECT   LOC | 5200-0385 | 04/16/13 | 04/16/14 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ 100,000 |
| | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 5,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 5,000,000 |
| B | | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>  ALL OWNED AUTOS<br>  SCHEDULED AUTOS<br>  HIRED AUTOS<br>  NON-OWNED AUTOS | 1337330412 | 01/01/13 | 01/01/14 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>  ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $<br>$ |
| C | | EXCESS/UMBRELLA LIABILITY<br>X OCCUR   CLAIMS MADE<br>  DEDUCTIBLE<br>  RETENTION  $ | 582-101114-4 | 04/16/13 | 04/16/14 | EACH OCCURRENCE | $ 15,000,000 |
| | | | | | | AGGREGATE | $ 15,000,000 |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS   OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| D | | OTHER<br>Commercial Crime | BCR7100054512 | 06/16/12 | 06/16/13 | Fidelity | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

Total Combined Limits of Liability: $16,000,000. Each Occurrence For General Liability, Automobile Liability, and Umbrella Liability

$20,000,000. Aggregate For General Liability

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| SPECIMEN COPY - NEW YORK<br>Comprehensive General Liability<br>Automobile Liability<br>Excess Liability<br>Commercial Crime / Fidelity | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>Michael Lehner |

ACORD 25 (2001/08)                                                                                          © ACORD CORPORATION 1988

# NYSIF New York State Insurance Fund
Workers' Compensation & Disability Benefits Specialists Since 1914

199 CHURCH STREET, NEW YORK, N.Y. 10007-1100
Phone: (888) 997-3863

## CERTIFICATE OF WORKERS' COMPENSATION INSURANCE

^^^^^^ 132946900
EPIC SECURITY CORP
2067 BROADWAY 3RD FL
NEW YORK      NY   10023

**COPY**

| POLICYHOLDER | CERTIFICATE HOLDER |
|---|---|
| EPIC SECURITY CORP<br>2067 BROADWAY 3RD FL<br>NEW YORK       NY   10023 | NYC POLICE DEPARTMENT<br>1 POLICE PLAZA<br>NEW YORK  NY  10038 |

| POLICY NUMBER | CERTIFICATE NUMBER | PERIOD COVERED BY THIS CERTIFICATE | DATE |
|---|---|---|---|
| Z 1046 962-5 | 218450 | 02/01/2005 TO 02/01/2014 | 5/8/2012 |

THIS IS TO CERTIFY THAT THE POLICYHOLDER NAMED ABOVE IS INSURED WITH THE NEW YORK STATE INSURANCE FUND UNDER POLICY NO. 1046 962-5 UNTIL 02/01/2014, COVERING THE ENTIRE OBLIGATION OF THIS POLICYHOLDER FOR WORKERS' COMPENSATION UNDER THE NEW YORK WORKERS' COMPENSATION LAW WITH RESPECT TO ALL OPERATIONS IN THE STATE OF NEW YORK, EXCEPT AS INDICATED BELOW, AND, WITH RESPECT TO OPERATIONS OUTSIDE OF NEW YORK, TO THE POLICYHOLDER'S REGULAR NEW YORK STATE EMPLOYEES ONLY.

IF SAID POLICY IS CANCELLED, OR CHANGED PRIOR TO 02/01/2014 IN SUCH MANNER AS TO AFFECT THIS CERTIFICATE, 10 DAYS WRITTEN NOTICE OF SUCH CANCELLATION WILL BE GIVEN TO THE CERTIFICATE HOLDER ABOVE. NOTICE BY REGULAR MAIL SO ADDRESSED SHALL BE SUFFICIENT COMPLIANCE WITH THIS PROVISION. THE NEW YORK STATE INSURANCE FUND DOES NOT ASSUME ANY LIABILITY IN THE EVENT OF FAILURE TO GIVE SUCH NOTICE.

THIS CERTIFICATE DOES NOT APPLY TO THOSE JOB SITES WHICH ARE COVERED BY OTHER INSURANCE AND ARE SPECIFICALLY EXCLUDED BY ENDORSEMENT.

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS NOR INSURANCE COVERAGE UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY.

NEW YORK STATE INSURANCE FUND

*Sherwin Taylor*

DIRECTOR, INSURANCE FUND UNDERWRITING

This certificate can be validated on our web site at https://www.nysif.com/cert/certval.asp or by calling (888) 875-5790
VALIDATION NUMBER: 48267796