United States v. Joseph Valerio, 14 CR-94 (JFB)

The defendant, Joseph Valerio, waives any right that he may have to attend sidebars during jury selection. This waiver includes sidebars that may occur outside the jury room.

Dated: Central Islip, New York
October 20, 2014

*[signature]*

JOSEPH VALERIO

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 20 2014 ★

LONG ISLAND OFFICE

*Leonard Lato*
attorney LEONARD LATO
attorney for Joseph Valerio

COURT EXHIBIT
1
10/20/14