```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              VERDICT FORM

    - against -                       Cr. No. 14-094 (S-2)(JFB)

JOSEPH VALERIO,

           Defendant.

- - - - - - - - - - - - - - - - -X
```

THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

### COUNT ONE - CONSPIRACY TO SEXUALLY EXPLOIT A CHILD

How do you find the defendant?

Guilty _____          Not Guilty _____

### COUNT TWO – SEXUAL EXPLOITATION OF A CHILD

How do you find the defendant?

Guilty _____          Not Guilty _____

### COUNT THREE – SEXUAL EXPLOITATION OF A CHILD

How do you find the defendant?

Guilty _____          Not Guilty _____

### COUNT FOUR – TRANSPORTATION OF CHILD PORNOGRAPHY

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT FIVE – RECEIPT OF CHILD PORNOGRAPHY**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT SIX – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 1/23/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT SEVEN – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 1/24/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT EIGHT – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 3/28/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT NINE – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 4/4/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT TEN – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 7/16/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT ELEVEN – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 7/22/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT TWELVE – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 9/6/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT THIRTEEN – ATTEMPTED SEXUAL EXPLOITATION OF A CHILD – 9/27/2012**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT FOURTEEN – SEXUAL EXPLOITATION OF A CHILD**

How do you find the defendant?

Guilty _____          Not Guilty _____

**COUNT FIFTEEN – POSSESSION OF CHILD PORNOGRAPHY**

How do you find the defendant?

Guilty _____          Not Guilty _____

Dated: Central Islip, New York
       _____, 2014

                                   _____
                                         Jury Foreperson