UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSEPH VALERIO,

        Defendant.

- - - - - - - - - - - - - - - - -X

SPECIAL VERDICT FORM

Cr. No. 14-094 (S-2)(JFB)

THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

### V PREMIER DESKTOP COMPUTER, SERIAL NUMBER P80003011134

Do you find this property is subject to forfeiture?

Yes ✓        No _____

### 4 GIGABYTE SD CARD, NO SERIAL NUMBER

Do you find this property is subject to forfeiture?

Yes ✓        No _____

### THE REAL PROPERTY AND PREMISES LOCATED AT 3 HIGH GATE DRIVE, SMITHTOWN, NEW YORK 11787, TOGETHER WITH ITS RESPECTIVE BUILDINGS, APPURTENANCES, IMPROVEMENTS, FIXTURES, ATTACHMENTS, EASEMENTS A███████████, DESIGNATED AS DISTRICT 473400, SECTION 50, BLOCK 5 AND LOT 23 ON THE SUFFOLK COUNTY TAX MAP, AND ALL PROCEEDS TRACEABLE THERETO

Do you find this property is subject to forfeiture?

Yes ✓        No _____

Dated: Central Islip, New York
November 13th, 2014
3:25 pm

                                                              _____
                                                              Jury Foreperson

**COURT EXHIBIT**

H