To The Honorable Judge Joseph F. Bianco

I Frances Valerio, Joseph's mom, am writing you from my heart. I am widowed now for over six years, my son would come over and stay with me once a week, and take care of everything for me, now I am lost my daughter is legally blind and cannot help me, her husband has to help her & his mom. My son Joseph grew up in a family of fighting violence, my son & daughter & myself were sexually abused by my husband which I witnessed I was afraid to stay and afraid to leave because my husband said he would kill me.

Your Honor my son has learned his lesson in almost 3½ years of being in prison I am asking you for compassion and leniency for Joseph

Your Honor if you please can make a recommendation for Devons, Marsa, so that my Son will be with people of the same crime, and I do not have to worry about someone taking his life

My prayer Judge Bianco, is to go to Lourdes with my Son & daughter,

Thank You

I remain Sincerely
Frances Valerio