```
                                                              1
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF NEW YORK
 2
          - - - - - - - - - - - - - - X
 3        UNITED STATES OF AMERICA     :  14-CR-094

 4             -against-                  US District Court
                                          Central Islip, NY
 5        JOSEPH VALERIO,
                              Defendant. :  July 25, 2016
 6        - - - - - - - - - - - - - - X   11 am

 7             TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE JOSEPH F. BIANCO
 8             UNITED STATES DISTRICT JUDGE

 9        APPEARANCES:

10        For the Government:
                                    ROBERT L. CAPERS
11                                  United States Attorney
                                    271 Cadman Plaza East
12                                  Brooklyn, New York 11201
                                    By:  ALLEN BODE, ESQ.
13                                       AMEET KABRAWALA, ESQ.
                                    Assistant US Attorney
14
          For the Defense:         ANTHONY LaPINTA, ESQ.
15                                 LEONARD LATO, ESQ.

16

17

18

19

20        Court Reporter:          Dominick M. Tursi, CM, CSR
                                    US District Courthouse
21                                  1180 Federal Plaza
                                    Central Islip, New York 11722
22                                  (631) 712-6108  Fax:  712-6124
                                    DomTursi@email.com
23

24

25             Proceedings recorded by mechanical stenography.
                    Transcript produced by CAT.
```

2

```
 1              (Call to Order of the Court.  Appearances stated

 2    as indicated above.)

 3              THE COURT:  Good morning.

 4              Mr. Valerio is present as well.

 5              As you know, this is a scheduled date for the

 6    Fatico hearing.  I did receive the government's letter

 7    late last week, indicating there was an issue with one of

 8    the witnesses from South Africa.

 9              Is that correct?

10              MR. KABRAWALA:  That's correct, Judge.  She is

11    not available but we are scheduling her testimony.  We

12    have consulted with defense counsel and will certainly

13    propose a date after conferring with your Honor's deputy.

14              THE COURT:  In terms of the order of witnesses

15    today, how do you wish to proceed?

16              MR. KABRAWALA:  We are first going to call Lucy

17    Down.  She is an au pair who was hired to work for

18    Mr. Valerio.  That will be followed by Jolene Leonardo,

19    who worked for the au pair agency.

20              The third witness will be Olena Kalichenko, who

21    we understand is here today.  The government is not

22    technically calling her.  We will be happy to direct her

23    testimony to get the relevant facts out that are relevant

24    to the proceeding, but we are open to suggestion from the

25    court as to how the court wants to handle Miss
```

1    Kalichenko's testimony, given that the government is not

2    calling her, per se.

3              THE COURT:  Yes.  I would expect the government

4    would do the direct examination.

5              MR. KABRAWALA:  Perfect.

6              THE COURT:  I saw that Mr. LaRusso was here

7    before.  Is he gone now?

8              MR. KABRAWALA:  Mr. LaRusso is here.

9              MR. LaPINTA:  Do you want me to get him?

10             THE COURT:  Is he is out there?  I just want to

11   make sure he understands, because he wasn't here when I

12   initially extended that invitation.

13             (Robert LaRusso, Esq., enters the courtroom.)

14             THE COURT:  Good morning, Mr. LaRusso.

15             I saw you sitting back there before.  I just

16   asked the government who the witnesses are for today.

17             You weren't part of the discussion when we were

18   scheduling this Fatico hearing.  You probably have already

19   spoken to both sides, but I invited Ms. Kalichenko to

20   testify in connection with the issues at this Fatico

21   hearing.

22             As you know from the government's letters, they

23   are not intending to make any motion in connection with

24   her sentence, under 5K1.1 or 3553e, but I also want you

25   and Ms. Kalichenko, and I will explain this to her when we

4

1    get to that point, I am not compelling her testimony in

2    this case.  This is voluntary.  I am not ordering her to

3    testify at this hearing.

4            If she wishes to testify, I am willing to hear

5    her testimony based upon some of the things that she said,

6    as you know, at the time she was considering her guilty

7    plea, with regard to alleged treatment by Mr. Valerio.

8    But I'm not compelling her to testify.

9            So I just wanted you to be aware.  I don't want

10   there to be a miscommunication that the judge is ordering

11   her to testify, because that is not the posture we are in.

12           MR. LaRUSSO:  Your Honor, to the contrary.

13   Weeks and weeks ago I received the exact same information

14   from the government, almost line for line the way you just

15   described it.  I have gone over that with my client.  She

16   understands that there are no promises being made

17   anywhere; that the government is not going to be writing

18   the 5K letter.

19           We went over it at least two or three times, and

20   she is well aware that her appearance here today is

21   strictly voluntary.  You can inquire of her and she will

22   answer the questions I hope in the same way she has been.

23           THE COURT:  They have indicated that she is the

24   third witness today, so obviously you don't have to hang

25   around the whole day.  I don't know how long the other

1    witnesses are going to take.

2          MR. KABRAWALA:  The other witnesses will be

3    relatively brief.  I expect Ms. Down and Ms. Leonardo will

4    be finished within the hour, depending upon how much cross

5    there would be.  And I don't expect there to be much

6    cross.  Of course I leave that to the defense.

7          THE COURT:  All right.  So you are free,

8    obviously, to hang around if you want, Mr. LaRusso.

9          MR. LaRUSSO:  Under those circumstances, I will.

10         The only question that I have, and I don't know,

11   and I have spoken to both sides regarding it, how the

12   court would like to proceed relative to the questioning of

13   Ms. Kalichenko.

14         THE COURT:  I mentioned to the government that

15   even though they are not calling her, I'm going to ask

16   that they conduct the direct examination.  Okay?

17         MR. LaRUSSO:  Very good.  Thank you, your Honor.

18         THE COURT:  All right.  Does the defense have

19   anything they wish to raise with me before we have the

20   first witness?

21         MR. LaPINTA:  No.  Thank you.

22         MR. KABRAWALA:  Judge, one housekeeping matter.

23         The government asks that Exhibits 5A, 6 and 7,

24   they are records related to the InterExchange company, the

25   au pair agency, be admitted.  There is a record

6

```
 1    declaration that is Government Exhibit 8 that covers those

 2    forgoing exhibits.  We ask that those be admitted into

 3    evidence.

 4              THE COURT:  Any objection to that?

 5              MR. LATO:  May I have a minute to confer with

 6    Mr. Kabrawala?

 7              THE COURT:  Sure.

 8              (There was a pause in the proceedings.)

 9              MR. LATO:  Your Honor, as there is no jury here,

10    this is my proposal.

11              I will consent subject to connection.  I know

12    the rules of evidence are relaxed here, but it still has

13    to have some indicia of reliability that basically it is

14    what it purports to be.

15              So if in fact the government meets the burden --

16    and I presume that they will in the end -- I will say we

17    consent.  So at this point, let's go forward.  I can't

18    make the argument now.  My guess is they will lay the

19    proper foundation.

20              So let's proceed as if it is in, but I reserve

21    my right at the end to say the documents lack sufficient

22    indicia of reliability to be admitted even at a Fatico

23    hearing.

24              THE COURT:  All right.  I will let you reserve

25    any objections, but obviously we will use them in
```

```
1    connection with this hearing.

2             MR. KABRAWALA:  To accelerate the process, with

3    the court's indulgence, may I please leave a binder of the

4    exhibits up on the podium?

5             THE COURT:  Yes.

6             Is Ms. Down here?

7             MR. KABRAWALA:  Yes, your Honor.  I will call

8    her.

9             And for the record, we are also joined by Agents

10   Troy and Messineo of the FBI, and Ms. Langone of

11   Probation.

12            THE COURT:  Miss Down, if you could, come up to

13   the witness stand here and remain standing for the oath.

14

15   LUCY DOWN

16        called by the Government, having been first duly

17        sworn/affirmed, was examined and testified as

18        follows:

19            THE COURT:  Go ahead, Mr. Kabrawala.

20            MR. KABRAWALA:  Thank you, your Honor.

21

22   DIRECT EXAMINATION

23   BY MR. KABRAWALA:

24   Q.   Good morning.

25   A.   Hi.
```

8

1          THE COURT:  Could you just pull a little closer

2     to the mic.

3          Thank you.

4     BY MR. KABRAWALA:

5     Q.   Miss Down, where are you from?

6     A.   England.

7     Q.   Did you travel here pursuant to a subpoena for your

8     testimony?

9     A.   Yes.

10    Q.   And how old are you?

11    A.   I'm 22.

12    Q.   Would you please speak up a little bit.

13    A.   Sorry.  Yes.

14    Q.   Thank you so much.

15          What is your highest level of education?

16    A.   I have an extended diploma in business studies.

17    Q.   How old were you when you obtained that degree?

18    A.   18 years old.

19    Q.   And are you currently employed?

20    A.   Yes.  In the UK.

21    Q.   What do you do?

22    A.   I'm a service advisor for a Land Rover dealership.

23    Q.   I want to speak to you today about your interactions

24    with an individual named Joseph Valerio.

25          Do you see Mr. Valerio in this courtroom here

9

1   today?

2   A.   Yes.

3   Q.   Can you please point out Mr. Valerio by identifying

4   him by an article of clothing he's wearing.

5   A.   There, with the gray jumpsuit on.

6        MR. KABRAWALA:  Your Honor, we would ask the

7   record to please reflect that the witness has identified

8   Mr. Valerio.

9        THE COURT:  Yes.

10  BY MR. KABRAWALA:

11  Q.   Now, Ms. Down, it is my understanding that you were

12  going to serve as an au pair for Mr. Valerio.  Is that

13  correct?

14  A.   Yes, that's correct.

15  Q.   Can you please tell us how and approximately when you

16  decided to become an au pair.

17  A.   I finished college at the age of 18, in May of 2012,

18  and decided to travel and was always interested in the

19  United States, so I applied to the GAP company.

20  Q.   Had you visited the United States before that?

21  A.   No.

22  Q.   So this was to be your first time in the US.

23  A.   Yes.

24  Q.   Is there any particular agency that coordinated your

25  au pair employment?

10

1    A.    Yes.   InterExchange.

2    Q.    InterExchange.   Was that known by any other name in

3    the United States?

4    A.    In the UK it was called GAP 360.

5    Q.    How did you find them?

6    A.    I found them on line.

7    Q.    How long did you expect the au pair program to last?

8    A.    It's a year, and you get, and you work for the eleven

9    months for your chosen family, and then you have a month

10   of travel at the end by choice.

11   Q.    Can you please describe how the au pair matching

12   program works.

13   A.    So you have a database on line that the InterExchange

14   set up, and GAP 306, they set up so families can view your

15   profile as an au pair.

16   Q.    And are you able to review profiles of potential host

17   families?

18   A.    I couldn't.   I can once they want to see my profile.

19          So once they see my information, then I can view

20   theirs.

21   Q.    Now, did there come a time when you connected with

22   Mr. Valerio in an effort to prospectively serve as an au

23   pair in his household?

24   A.    Yes.   So he viewed my profile and then requested an

25   interview.

```
 1    Q.    How did that request come about?

 2    A.    So it comes through the database.  So firstly you get

 3    information that he's viewing, and then you get

 4    information that he's going to view your, he's requesting

 5    a Skype interview with yourself.

 6    Q.    How did you communicate with Mr. Valerio in order to

 7    set up an interview?

 8    A.    On the InterExchange website, they have like an email

 9    messenger that you can correspond with.

10    Q.    Do you see the giant binder in front of you?

11    A.    Yes.

12    Q.    Could you please turn to Exhibit 5A.

13              (Mr. LaPinta and Mr. Kabrawala confer.)

14    BY MR. KABRAWALA:

15    Q.    Do you see that?

16              Why don't you thumb through it for a moment, and

17    I'm going to be directing your attention to the 10th page.

18              The page numbers are actually marked at the

19    bottom.  And starting from that page, if you can.

20              So thumb through the rest of that exhibit, and

21    let me know when you are done.

22    A.    Okay.

23    Q.    Do you recognize this document?

24    A.    Yes.

25    Q.    What is this, generally?
```

1    A.   So this is the messages from myself and Joe Valerio

2    on the InterExchange website arranging the interview.

3    Q.   And to the best of your knowledge, does this fairly

4    and accurately represent the conversations that you had

5    via this email program built into the InterExchange

6    website?

7    A.   Yes.

8              MR. KABRAWALA:  The government moves to admit

9    Government Exhibit 5A into evidence.

10             MR. LaPINTA:  I object only insofar as a number

11   of the emails seem to pertain to other people besides this

12   witness.

13             I understand that he's offering them presumably

14   as a business record, but a number of the these emails do

15   not pertain to these emails.

16             THE COURT:  In 5?

17             MR. LaPINTA:  5A.

18             THE COURT:  You have no objection to the ones

19   that pertain to this witness.  Correct?

20             MR. LaPINTA:  I do not.

21             THE COURT:  So I'm going admit the ones that

22   pertain to this witness.

23             Again, as Mr. Lato said earlier, I will reserve

24   your ability to object to the other ones.  Okay.

25             MR. LaPINTA:  Yes.

                                                                    13

1                    (Government Exhibit 5A in evidence.)

2     BY MR. KABRAWALA:

3     Q.   Now, is it fair to say that email exchanges between

4     you and Mr. Valerio in this exhibit essentially pertain to

5     scheduling an interview and coordinating your arrival in

6     the United States?

7     A.   Yes.

8              MR. LaPINTA:   I'm going to object to the form of

9     the question, your Honor.

10             THE COURT:   Sustained as to form.

11    BY MR. KABRAWALA:

12    Q.   What are these emails about?

13    A.   Organizing the initial interview and then

14    corresponding regarding information for when I'm due to

15    arrive in the United States.

16    Q.   On InterExchange email page 10, the bottom email.  Do

17    you see where I'm looking?

18    A.   Page 10.  Yes.

19    Q.   The bottom email.

20    A.   Yes.

21    Q.   It talks about the program Skype?

22    A.   Yes.

23    Q.   That is the video conferencing application?

24    A.   Yes.

25    Q.   Did you in fact have an interview with Mr. Valerio

14

1   via Skype?

2   A.    Yes.

3   Q.    Approximately when did you speak to Mr. Valerio via

4   Skype?

5   A.    I can't remember specifically, but going by the

6   information, I'm assuming it was the 17th at 8 pm.

7   Q.    Of September 2012?

8   A.    Yes.

9   Q.    Now, can you please describe what you and Mr. Valerio

10  discussed during this Skype interview.

11  A.    We discussed like my upbringing, where I live,

12  regarding myself.

13        I asked him questions regarding the daughter,

14  the child care, what I would have to do, where he lives,

15  information about the surroundings.  We just found what I

16  do, hobbies, et cetera.

17  Q.    You mentioned a daughter.  Did Mr. Valerio tell you

18  that he had a daughter?

19  A.    Yes.

20  Q.    What did Mr. Valerio say his daughter's name was?

21  A.    ████████

22  Q.    ████████.  Did Mr. Valerio tell you what ██████ age

23  was at that time?

24  A.    I remember it being 8 years old.

25  Q.    Did Mr. Valerio tell you what ████████ interests

1   were, during this Skype interview?

2   A.   From what I remember, she was into dancing.  That's

3   all I remember.

4   Q.   During that Skype interview with Mr. Valerio, did

5   Mr. Valerio tell you what you would be doing in connection

6   with your duties and responsibilities as an au pair within

7   his household?

8   A.   Yes.  So I would be looking after his daughter.

9   Driving.  I would be able to drive the vehicle.  I would

10  drive the vehicle to various hobbies.  And weekends as

11  well.  So I would be doing basic child care for her.

12  Q.   Did Mr. Valeria tell you anything about the child's

13  mother?

14  A.   Yes.  So he said, gave me brief details.  She isn't

15  around, they were separated, but she would have ████ at

16  certain times so I would drive ████ to the mother's if

17  need be.

18  Q.   Did Mr. Valerio tell you anything else about the

19  mother or her condition or her life circumstances?

20  A.   He did say something from, I have a bad memory of

21  this, but that she was ill.  But that's all I can

22  remember.

23  Q.   I want you to please turn to page 12.

24         I'm showing it to counsel.

25         And I'm referring to the bottom message.

16

1    A.    Umm-hmm.

2    Q.    Just reading this aloud, it appears to be to Lucy

3    Down, September 18, 2012, at 10:34 am.  Joseph Valerio to

4    Lucy Down.

5              Let me know if I don't read it correctly.

6              Yes, it would be brilliant 4, as in the number

7    four, sure, exclamation mark, like a diamond in the sky.

8              I think it's more than just a maybe.  It's

9    something to try.  With all the good we spoke about, it's

10   very quite possible you should be the one because you

11   happen to be a lot of fun.

12             Shall I confirm our match?  And we'll get it

13   done.  Joe.

14             Did I read that correctly?

15   A.    Yes.

16   Q.    What's he talking about here, to your understanding?

17   A.    To my understanding, that the Skype interview went

18   well and he was willing to match as an au pair.

19   Q.    So is it fair to say after your match -- withdrawn.

20             What happened after you two were matched?

21   A.    So InterExchange and GAP 360 gathered the details,

22   and then they corresponded with me regarding getting my

23   visa, flight, when I would be going to the US.

24   Q.    Approximately when did you travel to the United

25   States and where did you land?

1    A.   I believe it was the 22nd of October 2012.  And I

2    arrived at JFK Airport.

3    Q.   What happened next?

4    A.   They got me to the New Yorker Hotel, where I stayed

5    with other au pairs on the same kind of program.

6    Q.   How long did you stay at the New Yorker Hotel with

7    the other au pairs?

8    A.   Five days.

9    Q.   What did you do during that five-day period, in

10   general?

11   A.   It was coordination.  So various training child-care

12   information.  Obviously, emergencies in the United States.

13   Various details about child care and the US.

14   Q.   So is it fair to say you had like an orientation

15   program for five days?

16   A.   Yes.

17   Q.   How many au pairs generally, approximately, were

18   there during that training?

19   A.   I'd say altogether about 18 of us.

20   Q.   Now, during that training program, were you told what

21   to do in case of an emergency?

22   A.   Yes.

23   Q.   And what do you remember about that?

24   A.   They gave us details about the InterExchange office

25   and the emergency number of the United States.

18

1    Q.    What happened at the end of the training period?

2    A.    So we finished the orientation in au pair, and we all

3    got collected by our families at the end of the week.

4    Q.    Who came to get you?

5    A.    Mr. Valerio.

6    Q.    And what happened next?

7    A.    So he picked me up in the evening, and we got in the

8    car.  And we were driving to get something to eat and he

9    was asking about what I had done in the week regarding

10   orientation.

11   Q.    How was he behaving toward you, either physically or

12   verbally?

13   A.    Just, we were just talking.  I was asking questions

14   regarding ███████, and he was asking questions regarding

15   how my week was in New York.

16   Q.    What if anything did Mr. Valerio tell you about

17   ███████, during that car trip?

18   A.    That she wasn't his child.

19   Q.    Was not his child?

20   A.    No.

21   Q.    And what did you say or how did you react to that?

22   A.    I was shocked, because I was wondering why I was

23   there for.

24   Q.    Did you ask him that?

25   A.    Yes.

1    Q.   What did he say?

2    A.   He said that he would explain further when we got

3    back to, when we were done with our meal, but he needed

4    someone at the house.  That's what I remember in that

5    conversation.

6    Q.   Did you in fact have a meal before you went back to

7    Long Island?

8    A.   Yes.

9    Q.   And at some point that evening, did you get back to

10   his house in Long Island?

11   A.   Yes.

12   Q.   What happened once you got there?

13   A.   To his house?

14   Q.   Correct.

15   A.   So we went back to his house.  It was quite late at

16   night, I remember.  Took my bags in.  Walking through the

17   house.  Took my bags straight upstairs into, he showed me

18   where my bedroom would be, and so I put my bags in there.

19          He then offered me a drink.  So I went back

20   downstairs, into a media room, I guess.

21   Q.   Let me stop you right there.  On the car ride back,

22   did you two discuss anything about what plans, if any,

23   there he might be for you in the United States?

24   A.   So I was asking back to what he would need me for, et

25   cetera, in the same conversation.  He mentioned a party

1    that we were going to go to.

2    Q.   What sort of party?

3    A.   I believe it was a Halloween party, in my memory.

4    Q.   Did he tell you what kind of costume he wanted you to

5    wear?

6    A.   Yes.  He mentioned me wearing panty hose with nothing

7    else.

8    Q.   Do they use that term, panty hose, in the United

9    Kingdom?

10   A.   No.  I didn't know what it was.

11   Q.   So accelerating to the house again.  Sounds like you

12   got a tour of the house.

13   A.   Yes.

14   Q.   What happened next?  Or what happened during the tour

15   of the house?

16   A.   So he showed me obviously my room.

17   Q.   By the way, what did your room look like?

18   A.   It was a bit rundown room.  There was a --

19        MR. LaPINTA:  I'm sorry.  I didn't understand.

20        Could you repeat that, please?

21        THE WITNESS:  What?  About the room?

22        MR. LaPINTA:  Yes.  Please.

23   BY MR. KABRAWALA:

24   Q.   Yes.

25   A.   It was like a rundown room.

1          You walk in.  On the left there was a glass-door

2    wardrobe that was, I remember, being slightly broken.  The

3    bed wasn't made.  And it had a make-up vanity on the

4    right, from what I remember.

5    Q.   What was going through your mind at that time?

6               MR. LATO:  Objection.

7               THE COURT:  Overruled.

8    BY MR. KABRAWALA:

9    Q.   What was going through your mind at that time?

10   A.   I was scared.  I didn't know why I was there.  I was

11   a bit nervous.  I was nervous anyway, but, you know, I was

12   scared.

13   Q.   Did you have a mobile phone?

14   A.   No.

15   Q.   Did you have any ability to contact the police?

16   A.   No.

17   Q.   What happened next?

18   A.   So I went downstairs, got a drink, and I sat in the

19   media room.  And then Mr. Valerio came in.

20   Q.   How was he dressed?

21   A.   He was he in, he was then in boxers and a wife beater

22   tanktop.

23   Q.   What happened after that?

24   A.   So he sat next to me.  And I sat there for about five

25   minutes and then I wanted to go to bed.

22

1    Q.   At any point up until that moment, had Mr. Valerio

2    touched you in any way?

3    A.   Yes, like various trying to touch my hand.  Just

4    trying to, but just touched my hand.  But I got myself a

5    distance.

6    Q.   What happened after that?  Did you go to bed at all?

7    A.   Yes.  I went straight up to bed then.

8    Q.   And did you sleep the entire night?

9    A.   I was still, had jet lag and had a long week so I was

10   pretty tired so I went to bed.

11         Mr. Valerio brought up like a cover, because the

12   bed wasn't made, but I didn't bother making it.  I just

13   went, just closed the door and I just fell asleep, and

14   then woke up about 4 am, I'd say.

15   Q.   What did you do when you woke up?

16   A.   So I had my laptop.  So I obviously didn't have

17   anything else to contact anyone.  I walked downstairs to

18   see if I could use the phone line, but it didn't work or I

19   didn't know how to work it but I couldn't call.

20         So I went back upstairs and there was an office

21   opposite my room.  I went in to see if there was like a

22   Wi-Fi password, and I couldn't find one anywhere.  So I

23   just went back to my laptop, opened it up, and I got the

24   Wi-Fi and started emailing my dad in the UK.

25   Q.   What happened after that?

```
 1    A.    Just continuously emailing my dad to see if he would

 2    pick up, because it would have been about 9 am in UK time.

 3    Q.    Did your dad respond?

 4    A.    It took about an hour, but yes.

 5    Q.    What was his reaction?

 6    A.    Well, the first, initial email was obviously

 7    questioning why I was emailing about a hundred times.

 8    Excuse me.  And then obviously he replied saying:  Please

 9    get on Skype.  And that's when I called him on Skype.

10    Q.    What did you say?

11    A.    How any father would react.  Like what do I do?  He

12    wasn't anywhere near me.

13    Q.    What did you --

14              MR. LaPINTA:  I'm sorry.  I didn't understand.

15              Can you repeat that last answer, please.

16              THE WITNESS:  Okay.  What, how my dad reacted?

17              So he was obviously asking what to do.  What do

18    I do?  He was really panicking.

19    BY MR. KABRAWALA:

20    Q.    What did you do?

21    A.    I just explained the situation I was in.  Where I

22    was.  And then he said he tried to get hold of the GAP 360

23    in the UK.

24    Q.    Did you ultimately connect with somebody at GAP 360

25    in the UK or InterExchange?
```

24

```
 1    A.    Once my dad got hold of them, I then got a Skype call

 2    from a lady called Emma Larby, who was in the UK GAP 360.

 3    Q.    What did you and Ms. Larby talk about?

 4    A.    Just spoke about my situation.  What happened.  What

 5    I was doing.  From what I remember, she was talking me

 6    through what she would then do.

 7    Q.    What did she tell you to do?

 8    A.    She said:  Sit tight.  Someone will be coming to get

 9    you shortly.

10    Q.    Did Mr. Valerio come into your room or otherwise

11    interact with you during this period of time that you were

12    speaking either to your father via Skype or Ms. Larby?

13    A.    Yes.  So he came in and opened the door.  He was

14    asking me what was wrong, because I'd obviously been

15    crying.  So he asked what was wrong.  What was going on.

16          I just explained, obviously I'd been on Skype

17    with my parents, just home sick, not to make, not to let

18    him know what the situation was for calling Skype to GAP

19    360.

20    Q.    What happened after that?

21    A.    Then he left again.  So I was speaking to Emma, and

22    she said pack your bags.

23          I'm trying to remember this.  She said the

24    coordinator for the area for the au pairs will be coming

25    to get you.  We are in contact with her now.
```

25

1    Q.    What happened after that?

2    A.    From my memory, when I started to get my things

3    together, and then carried, had my laptop on my lap, had

4    everything together.

5              So I'm going downstairs.  Then Mr. Valerio was

6    questioning what I was doing.  I'm assuming no one had got

7    in contacted with him at this point from InterExchange.

8    And I said I'm getting picked up.

9              It's hard to remember this, but I stayed on

10   Skype to Emma Larbu, the GAP 360 representative.

11   Q.    How was Mr. Valerio behaving or acting during this

12   time period while you were waiting to be picked up?

13              MR. LaPINTA:  Objection.

14              THE COURT:  Overruled.

15              THE COURT:  You can answer.

16              THE WITNESS:  Okay.

17   A.    He was acting quite shocked and just asking questions

18   and telling me to grow up, quite aggressively.

19   Q.    Anything else?

20   A.    Saying various things like I could offer you such a

21   lot of money.  He's going into this sort of thing.

22   Storming around the house.

23   Q.    How did you feel?

24   A.    Intimidated.

25   Q.    About how much time passed between you coming

1    downstairs and then you being picked up?

2    A.   It probably felt longer than it actually was.  I

3    would say 20 minutes, tops.  It might be less than that.

4    Q.   Do you recall getting picked up?

5    A.   Yes.

6    Q.   And what happened?  Who picked you up and what

7    happened when they picked you up?

8    A.   Jolene Leonardo came and picked me up.  Sh knocked on

9    the door.  I got up; went to answer it.

10           And then she tried to ask Mr. Valerio what went

11   on:  What's going on?  What's happened?  And he said I'm

12   not answering anything, and just slammed the door.

13   Q.   All right.  Did you go back to the United Kingdom

14   shortly thereafter?

15   A.   I was in the United States for about a week after

16   that.

17   Q.   Where did you stay?

18   A.   At Jolene Leonardo's house.

19   Q.   Do you connect with any other family to work for

20   them?

21   A.   I was looking into a family in California, but there

22   was a hurricane so there was no way to travel.  So after

23   that I decided to go home.

24   Q.   There was a hurricane?  Hurricane Sandy?

25   A.   Umm-hmm.

```
 1    Q.   Is that yes?

 2    A.   Yes.

 3    Q.   So you stayed with Ms. Leonardo's family during that

 4    hurricane time period?

 5    A.   Yes.

 6    Q.   And then you returned to the United Kingdom after

 7    that?

 8    A.   Yes.

 9    Q.   You saw Miss Leonardo right outside today?

10    A.   Yes.

11    Q.   You were reunited with her?

12    A.   Yes

13    Q.   Had you seen or spoken with Miss Leonardo before your

14    reunion just a few minutes ago?

15    A.   No.

16            MR. KABRAWALA:  Your Honor, the government

17    doesn't have anything further at this time.

18            THE COURT:  Cross-examination.

19            MR. LaPINTA:  One moment please.

20            (There was a pause in the proceedings.)

21

22    CROSS-EXAMINATION

23    BY MR. LaPINTA:

24    Q.   Good morning, Ms. Down.

25    A.   Hi.
```

1    Q.    Ms. Down, my name is Mr. LaPinta.  I represent

2    Mr. Valerio.  I'm going to ask you some questions about

3    your testimony and about what happened to you during this

4    time period.

5            Do you understand?

6    A.    Yes.

7    Q.    Okay.  I'm not going to yell at you.  I'm not going

8    to scream at you.  I'm not going to pound my fist.  I'm

9    just going to ask particular questions.  Okay?

10   A.    Yes.

11   Q.    So please be as comfortable as you can in light of

12   the circumstances.  Okay?

13   A.    Okay.  Yes.

14   Q.    All right.  If you don't understand my question,

15   please let me know and I will either reask it or rephrase

16   it for you.  Okay?

17   A.    Okay.  Thank you.

18   Q.    You're welcome.

19            Ms. Down, a few times when you were answering

20   questions before, you had alluded to the fact about your

21   memory.

22   A.    Yes.

23   Q.    Okay?  And it is clear that this incident took place

24   around four years ago.  Correct?

25   A.    Yes.

29

```
 1    Q.    Actually, more -- a little less than four years ago.

 2    Right?

 3    A.    Yes.

 4    Q.    Would you agree with me obviously that due to the

 5    passage of time, you have certain problems remembering

 6    certain things?  Correct?

 7    A.    Yes.

 8    Q.    And your testimony that you just gave is the best

 9    shot at your recollection of what happened.  Correct?

10    A.    Yes.

11    Q.    But it may not be precisely what happened.  Right?

12    A.    Yes.

13    Q.    And what was said may not be precisely what was said.

14    Right?

15    A.    Yes.

16    Q.    And what you said may not be precisely what you said.

17    Right?

18    A.    Yes.

19    Q.    Okay.  Now, before taking the witness stand this

20    morning, did you look over any documents to refresh your

21    recollection of what happened four years ago?

22    A.    Yes.

23    Q.    What documents did you review, Miss Down?

24    A.    My statement from two years ago.

25    Q.    Okay.  And that would be the statement that you made
```

1    to the authorities in the UK two years ago.  Correct?

2    A.   Yes.

3    Q.   Now let's talk a little bit about that statement.

4    Okay?

5    A.   Okay.

6    Q.   Now, we just established that this event happened

7    close to four years ago.  Right?

8    A.   Yes.

9    Q.   And you gave the statement to the UK authorities two

10   years after the incident.  Right?

11   A.   Yes.

12   Q.   And would it be fair to say that when you left

13   Mr. Valerio's home the day that you described, you didn't

14   contact the police then?  Right?

15   A.   Right.

16   Q.   And you didn't make any police reports then.  Right?

17   A.   Right.

18   Q.   And when you were back at the home of the

19   administrator that you had stayed at a week after relaxing

20   and coming to terms with what happened, you didn't notify

21   any authorities then.  Right?

22   A.   Right.

23   Q.   And then two years later you suddenly contacted the

24   authorities.  Correct?

25   A.   No.  They contacted me.

1    Q.    Okay.  Well, you then write the report.  Right?

2    A.    Yes.

3    Q.    So let's talk about them contacting you.  All right?

4    A.    Okay.

5    Q.    The authorities in the UK reached out to you about

6    this incident.  Right?

7    A.    Yes.

8    Q.    Would it be fair to stay, based upon what happened

9    afterward, that you had no intention of reaching out to

10   the authorities at any time after this?  Is that right?

11   A.    Right.

12   Q.    And when you did meet with the authorities, they

13   explained to you that Mr. Valerio had been arrested here

14   in the United States?

15   A.    Yes.

16   Q.    And did the authorities then ask you to give this

17   statement?

18   A.    Yes.

19   Q.    And you complied and gave a statement.  Right?

20   A.    Yes.

21   Q.    Let me take you back to when you first applied to be

22   an au pair.  All right?

23   A.    Umm-hmm.

24   Q.    You explained to Judge Bianco that you did some

25   research on the internet.  Correct?

1    A.    Yes.

2    Q.    And that I believe that was at a point in time in

3    your life when you had just graduated from college, I

4    believe?

5    A.    Yes.

6    Q.    So obviously you are well versed at the internet.

7    Right?

8    A.    Yes.

9    Q.    And you had done due diligence in terms of finding an

10   agency that you felt comfortable with.   Right?

11   A.    Yes.

12   Q.    And part of the factors that you considered when

13   picking an agency was how well established the agency was.

14   Right?

15   A.    Yes, of course.

16   Q.    How complete their application process was with

17   potential host families.   Right?

18   A.    Yes.

19   Q.    And that was an important factor for you in choosing

20   an au pair agency.

21   A.    Yes, of course.

22   Q.    And you chose this 360 agency, I believe, because you

23   had a keen ability to learn and understand facts about the

24   host family.   Right?

25   A.    Yes.

33

1    Q.   You were able to see photographs.  Right?

2    A.   Yes.

3    Q.   You were able even to view their application.

4    Correct?

5    A.   Yes.

6    Q.   So when you had made contact initially with

7    Mr. Valerio, you knew about what was said on the

8    application.  Right?

9    A.   Yes.

10   Q.   And based on that, you took the next step, to engage

11   with him with the prospect of working for him.  Correct?

12   A.   Yes.

13   Q.   Now let's talk about the exchange that you had with

14   him.

15        I believe you said it was on Skype.  Right?

16   A.   Yes.

17   Q.   Now, there is nothing that was said on Skype that was

18   alarming to you.  Right?

19   A.   Yes.

20   Q.   In fact, I believe in one of your reports or

21   interviews you said that he was actually very much a

22   gentleman.  Right?

23   A.   Yes.

24   Q.   And you had researched and done some diligence

25   regarding his circumstances.  Right?  Prior to the Skype.

34

```
1    A.    On the database.

2    Q.    Correct.

3    A.    Yes.

4    Q.    And you had an ability to ask him any questions you

5    wanted to, at that point.  Right?

6    A.    Yes.

7    Q.    And you did.  Right?

8    A.    Yes.

9    Q.    You asked him questions that you felt you needed

10   answers for.  Right?

11   A.    Yes.

12   Q.    You asked him questions in order to find a comfort

13   level with him that you were satisfied with.  Right?

14   A.    Yes.

15   Q.    And to find a safety level with him that you were

16   satisfied with.  Right?

17   A.    Yes.

18   Q.    And when you asked particular questions, he never

19   refused to answer those questions, did he?

20   A.    No.

21   Q.    And when you Skyped with him, he never became angry

22   with you during the Skype, did he?

23   A.    No.

24   Q.    Now, there came a time when you said there was a

25   match.  Right?  You agreed --
```

1    A.    Yes.

2    Q.    -- to work with him, and he agreed to invite you to

3    the home.  Right?

4    A.    Yes.

5    Q.    And one of the reasons why you selected this agency

6    company is because they actually did a home study previous

7    to this.  Right?

8    A.    Yes.

9    Q.    They went to Mr. Valerio's home and they looked

10   around.  Right?

11   A.    Yes.

12   Q.    And you were satisfied with that investigation that

13   they did.  Right?

14   A.    Yes.

15   Q.    And if you weren't satisfied, you were able to ask

16   your own questions about stuff.  Right?

17   A.    Yes.

18   Q.    But you didn't.  Right?

19   A.    Umm-hmm.

20   Q.    When you went through -- there was a time that you

21   arrived here in New York.  Right?  A very exciting time, I

22   would think.  Right?

23   A.    Yes.

24   Q.    And you went through a two-week training program at

25   the New Yorker Hotel.  Right?

```
 1   A.   Yes.

 2   Q.   And Mr. Kabrawala asked you questions about being

 3   trained regarding emergency circumstances.  Right?

 4   A.   Yes.

 5   Q.   They gave you particular instructions as to what to

 6   do if you found yourself in harm's way.  Right?

 7   A.   Yes.

 8   Q.   And you remember those instructions.  Right?

 9   A.   Yes.

10   Q.   Now, you didn't bring a phone with you then.  Is that

11   right?

12   A.   Umm-hmmm.

13        Well, we get provided a phone once we are with

14   the host family.

15   Q.   Okay.  So the host family was to provide you with a

16   phone.  Is that what you are saying?

17   A.   Yes.

18   Q.   But you did have your computer with you.  Right?

19   A.   Yes.

20   Q.   Now, when you first met Mr. Valerio, he picked you up

21   I believe at the hotel.  Is that right?

22   A.   Yes.

23   Q.   And then I believe you said that you kind of drove

24   around a bit?

25   A.   Yes.
```

37

```
 1    Q.    And when you met him for the first time, you engaged

 2    in a conversation with him.   Right?

 3    A.    Yes.

 4    Q.    And it was then that he told you that his

 5    circumstances had changed.   Is that correct?

 6              Did he say the circumstances had changed, do you

 7    recall?

 8    A.    Not changed.

 9    Q.    Did he ever explain to you in the car ride that his

10    circumstances regarding his daughter had changed?

11    A.    No.

12    Q.    Yes or no?

13    A.    No.

14    Q.    Did he explain to you in the car ride that his

15    daughter that he intended to be home with him was not home

16    because she was in the UK?

17    A.    No.

18    Q.    Do you remember that?

19    A.    No.

20    Q.    Do you remember any information from Mr. Valerio

21    about having a daughter in the UK?

22    A.    No.

23    Q.    I'm sorry.   South Africa.   My mistake.

24    A.    No.

25    Q.    Have you since learned that Mr. Valerio has a
```

1    daughter in South Africa?

2    A.   Since Friday.

3    Q.   Now, during that ride, I believe that you said you

4    had dinner?

5    A.   Yes.

6    Q.   But prior to dinner, you had a normal conversation

7    with him.  Right?  Yes?

8    A.   Yes.

9    Q.   And there was nothing that was apparent to you that

10   was a problematic situation then.  Right?  In terms of how

11   he was speaking about himself?  Let me withdraw the

12   question.

13   A.   Yes.

14   Q.   Regarding his demeanor to you?

15   A.   Umm-hmmm.

16   Q.   During the ride to the restaurant, there was nothing

17   alarming during that segment of time, was there?

18   A.   Well, a bit before, he said he didn't actually have

19   any children.

20   Q.   Right.

21   A.   Yes.

22   Q.   So I guess what you are explaining is, the fact that

23   he said he didn't have any children was alarming to you.

24   A.   Yes.

25   Q.   Right?

39

1          Besides that, his demeanor toward you was not

2     alarming.  Is that fair to say?  At that juncture.

3     A.   Not in the car ride.

4     Q.   So in the car ride, besides him explaining his

5     daughter was not there, he was otherwise --

6     A.   Before the restaurant, yes.

7     Q.   Before the restaurant.  Okay.  So let's talk about

8     the restaurant.

9     A.   Okay.

10    Q.   He took you to dinner?

11    A.   Yes.

12    Q.   And it was the two of you that ate together.  Right?

13    A.   Yes.

14    Q.   He didn't force any alcohol upon you, did he?

15    A.   He did ask.  He bought me alcohol but I declined.

16    Q.   But you didn't, you know, do shots with him or have

17    drinking games with him or otherwise attempt to intoxicate

18    you; did he?

19    A.   No.

20    Q.   He bought you a drink and you respectfully declined

21    to drink it.  Correct?

22    A.   Umm-hmmm.

23    Q.   Yes?

24    A.   Yes.

25    Q.   And would you agree that during the dinner, that his

1    demeanor was respectful and polite?

2    A.   What do you mean?

3    Q.   Well, he wasn't angry with you at the dinner, was he?

4    A.   No.

5    Q.   He wasn't threatening you at the dinner, was he?

6    A.   No.

7    Q.   He wasn't saying anything verbally to you that in

8    your opinion was inappropriate.   Right?

9    A.   Not saying, no.

10   Q.   This was a public restaurant.   Right?

11   A.   Yes.

12   Q.   And there were people dining in that area.   Correct?

13   A.   Yes.

14   Q.   You weren't alone with him there.   Right?

15   A.   Yes.

16   Q.   And is it fair to say that at this point in time you

17   didn't feel any danger at all; did you?

18   A.   I did.

19   Q.   Okay.  Well, you felt danger but you didn't reach out

20   to anyone that was there to be reached out to.   Right?

21   A.   Right.

22   Q.   And there were people that were all around there.

23   Right?

24   A.   Right.

25   Q.   When you left --

41

1    A.   Yes.

2    Q.   -- you could have spoken to someone on your way out.

3    Right?

4    A.   Right.

5    Q.   You could have gone to the ladies' room and spoken to

6    the manager.  Right?

7    A.   Right.

8    Q.   You could have asked to use the phone.  Right?

9    A.   Right.

10   Q.   But you didn't, did you?

11   A.   Right.

12   Q.   There came a time when you drove back to the home.

13   Correct?

14   A.   Right.

15   Q.   And during the conversation at that time, certain

16   things happened.  I believe you said in one of the reports

17   that he would touch your hand.  Is that right?

18   A.   Right.

19   Q.   Would he grab your hand and squeeze your hand?  Would

20   he touch the top of your hand?

21            Describe how he would touch your hand.

22   A.   Touched the top.

23   Q.   Okay.  During that ride, he didn't touch any other

24   area of your body.  Right?

25   A.   No.

42

1    Q.    He didn't attempt to touch any other area of your

2    body.  Right?

3    A.    Right.

4    Q.    And was it at that time when he explained to you

5    about this Halloween party?

6    A.    In the car.

7    Q.    Okay.

8    A.    Not in the house.

9    Q.    Well, we haven't reached the house yet.  We are in

10   the car.

11   A.    Sorry.

12   Q.    So in the car, to the house --

13   A.    Yes.

14   Q.    -- is when he spoke to you about the Halloween party?

15   A.    Yes.

16   Q.    And when he told you about this party, did you tell

17   him that you weren't interested in going?

18   A.    I was just trying -- I didn't say anything.

19   Q.    And did he, when he explained that he had this

20   costume, did you tell him that you weren't interested in

21   wearing such a costume?

22   A.    I didn't say anything.

23   Q.    You had no reaction to any of this?

24         Is that yes or no?

25   A.    No.

43

1    Q.   Ms. Down, at any time before arriving at the home,

2    did Mr. Valerio explain to you that his sister had a

3    daughter that he was looking to have an au pair care for?

4    A.   That I remember.

5    Q.   And again, this is four years ago.  He could have

6    said it but you don't remember.  Is that right?

7    A.   Right.

8    Q.   Because, as we said before, you don't remember

9    exactly what was said.  Right?

10   A.   Right.

11   Q.   When you arrived at Mr. Valerio's home, you pulled up

12   in the driveway of the home.  Right?

13   A.   Yes.

14   Q.   And it was at night.  Right?

15   A.   Yes.

16   Q.   But you were able to see that were other homes in

17   that area.  Right?

18   A.   Yes.

19   Q.   I don't know how it is where you live, but is it fair

20   to say that the homes next to him were relatively close?

21   Right?

22   A.   Right.

23   Q.   There was a home to the left of him.  Right?

24   A.   I don't remember.

25   Q.   Was there a home to the right of him?  Do you recall?

```
 1    A.    No.

 2    Q.    How about across the street from him?

 3    A.    Yes.

 4    Q.    Okay.  And when you got out of the car, you didn't go

 5    to any of the homes for help.  Right?

 6    A.    No.

 7    Q.    And is it fair to say that you didn't go to any of

 8    the homes because at that point you didn't particularly

 9    feel as though you were in danger?  Is that fair to say?

10    A.    No.

11    Q.    So you consciously decided not --

12          THE COURT:  I just want to understand the

13    answer.

14          No, that is not fair to say?  Or no, you didn't

15    feel any danger?

16          THE WITNESS:  I did feel danger but I, yes, I --

17    BY MR. LaPINTA:

18    Q.    So you felt -- well, danger is my word.

19          Would you agree that you felt uncomfortable?

20    A.    Uncomfortable.

21    Q.    But not in danger.  Right?

22    A.    I didn't know at this point.

23    Q.    When you were taught what to do in an emergency

24    setting --

25    A.    Yes.
```

45

```
 1    Q.   -- one of the things that you were taught would be to
 2    run away, if you are capable of running away?
 3    A.   No.
 4    Q.   Were you taught to continue to be in a dangerous,
 5    perilous situation without resisting?  Is that what you
 6    were taught?
 7    A.   No, we weren't taught.
 8    Q.   You arrived inside the home.  Right?
 9    A.   Right.
10    Q.   And you explained on direct examination that
11    Mr. Valerio gave you a tour of the home.  Right?
12    A.   Right.
13    Q.   He showed you the entire home.  Right?
14    A.   Yes.  Downstairs and upstairs.
15    Q.   Sorry?
16    A.   Downstairs and upstairs.  Yes.
17    Q.   Well, was there anything more to the house than
18    downstairs and upstairs?
19    A.   No, not that I know of.
20    Q.   He didn't hide any portions of the home from you or
21    say you can't see that area or not.  Right?
22    A.   Not that I know of, no.
23    Q.   And if you had an interest in seeing a certain area,
24    you would have asked him.  Right?
25    A.   Right.
```

1    Q.    But you didn't feel a need to do that.  Right?

2    A.    No.

3    Q.    When you arrived in the home, did he then show you

4    your room?

5    A.    Yes.

6    Q.    Now, when you testified on direct examination, you

7    stated that the room was rundown, your words were.  Right?

8    A.    Right.

9    Q.    Well, isn't it a fact that you had an opportunity to

10   speak to someone about that room before you even agreed to

11   go there?  Right?

12   A.    What do you mean?

13   Q.    Well, the au pair service conducted a home study

14   before.  Right?

15   A.    Right.

16   Q.    Do you know that they took photographs of the room?

17   A.    No.

18   Q.    Did you ask to see photographs of the room?

19   A.    No.

20   Q.    At this juncture, when he introduced you to the room

21   where you are staying, would you agree that, besides

22   feeling uncomfortable, that he had not done anything

23   perilous or dangerous to you?  Would you agree with that?

24   A.    Yes.

25   Q.    I believe you said that, after you brought your

1    belongings to the room, you went downstairs and sat on the

2    couch with him.  Correct?

3    A.    Yes.

4    Q.    And you testified that he came downstairs wearing

5    boxer shorts.  Right?

6    A.    Yes.

7    Q.    I didn't quite understand what you said after boxer

8    shorts.  What else was he wearing?

9    A.    He was wearing a tanktop.

10   Q.    Tanktop.  Like a wife-beater top?

11   A.    Yes.

12   Q.    Wife beater:  Is that your words or something that

13   someone told you?

14   A.    No.  A wife beater.  A tanktop.

15   Q.    Now let's be clear of something here.  The term wife

16   beater is your term.  Right?

17   A.    Yes.

18   Q.    Your words that you decided to use to describe that

19   shirt.  Right?

20   A.    Yes.

21   Q.    He never described that shirt as a wife beater shirt.

22   Right?

23   A.    No.

24   Q.    Nor did anybody that you spoke to --

25   A.    No.

48

1    Q.   -- about this investigation.  Correct?

2    A.   Correct.

3    Q.   Regarding his boxer shorts.  Were they, are you

4    saying that they were underwear that he was wearing?  Or

5    it appeared to look as though they were boxer shorts?

6    A.   They appeared to be boxer shorts.

7    Q.   Okay.  Do you know whether those were the underwear

8    that he was wearing at the time?

9    A.   I wouldn't know.

10   Q.   Do you know whether he was wearing anything under his

11   boxer shorts?

12   A.   I don't know.

13   Q.   Could have been but you don't know.  Right?

14   A.   Right.

15   Q.   And it was then when you described to Judge Bianco

16   that he once again touched your hand.  Right?

17   A.   Right.

18   Q.   And that would be the top of your hand?

19   A.   The top.

20   Q.   With his hand.  Correct?

21   A.   Right.

22   Q.   Let's be clear, Ms. Down.  He didn't touch you

23   anywhere else, did he?

24   A.   No.

25   Q.   He didn't try to touch your breasts, did he?

```
 1    A.    No.

 2    Q.    He didn't try to touch any other private area of your

 3    body.   Correct?

 4    A.    No.   Correct.

 5    Q.    Nor did he ever try to kiss you.   Is that correct?

 6    A.    Right.

 7    Q.    But nevertheless you felt a little intimidated by

 8    him.   Correct?

 9    A.    Right.

10    Q.    And as a result, you decided to remove yourself from

11    that situation and to go upstairs and go to bed.   Right?

12    A.    Right.

13    Q.    He didn't stop you from going to bed, did he?

14    A.    No.

15    Q.    He didn't pull your hand or throw you back onto the

16    sofa, did he?

17    A.    No.

18    Q.    He didn't even try to convince you not to go to bed.

19    Right?

20    A.    Right.

21    Q.    And because you felt uncomfortable --

22    A.    Right.

23    Q.    -- you then made attempts to reach out to your

24    parents.   Right?

25    A.    Right.
```

50

1   Q.   And you did in fact email your dad a number of times,

2   as you explained?

3   A.   Yes.

4   Q.   And eventually you made contact?

5   A.   Yes.

6   Q.   So let's talk about the night that you spent there

7   prior to being picked up in the morning.  All right?

8   A.   Okay.

9   Q.   You were in the room alone.  Right?

10  A.   Right.

11  Q.   At no time during that night when you were in the

12  room did Mr. Valerio come into that room, did he?

13  A.   No.

14  Q.   At no time did he try to get you out of the room.

15  Right?

16  A.   No.

17  Q.   At no time did he try to entice you to come into his

18  bed, did he?

19  A.   No.

20  Q.   And you had, at that point and throughout the entire

21  night, you had access to the entire house.  Right?

22  A.   Right.

23  Q.   In fact you could have left the house in the middle

24  of the night if you wanted to.  Right?

25  A.   Right.

1   Q.   He didn't lock the door of the room and keep you in

2   the room, did he?

3   A.   No.

4   Q.   Nor did he lock any of the doors to the outside of

5   the house.   Correct?

6   A.   To the outside?

7   Q.   Yes.

8   A.   I'm not sure.

9   Q.   Okay.   But as far as you were aware, you could have

10   left that house at any time during the night, while he was

11   even sleeping.   Right?

12   A.   Right.

13   Q.   And if you did so, he wouldn't have even known that

14   you left, maybe.   Right?

15   A.   Right.

16   Q.   You were picked up the next morning.   Right?

17   A.   Right.

18   Q.   Prior to being picked up, Mr. Valerio had asked you

19   if you were okay.   Right?

20   A.   Right.

21   Q.   He had asked you -- and I believe these are the words

22   that you used -- Is everything okay?, quote-unquote.

23   Right?

24   A.   Right.

25   Q.   He expressed concern about your wellbeing, didn't he?

52

```
 1   A.   Yes.

 2   Q.   Okay.  You were then picked up.

 3   A.   Right.

 4   Q.   You got your belongings and you left the house.

 5   Right?

 6   A.   Right.

 7   Q.   And you ended up staying for a week with presumably

 8   the administrator or the representative from the company.

 9   Right?

10   A.   Right.

11   Q.   Right?

12   A.   Yes.

13   Q.   You stayed at her house?

14   A.   Yes.

15   Q.   And I believe you then explained to Judge Bianco it

16   was at that time that you were actually considering going

17   to another family.  Right?

18   A.   Yes.

19   Q.   And that is, after experiencing what you just

20   described, you were willing to go and try it again with

21   someone else.  Right?

22   A.   Right.

23   Q.   But due to Hurricane Sandy, I believe, you weren't

24   able to do so.  Right?

25   A.   Right.
```

53

1   Q.   Lastly, Miss Down.  Is it fair to say that besides

2   touching the top portion of your hands, Mr. Valerio did

3   not make any other advances toward you?

4   A.   Right.

5           MR. LaPINTA:  One moment, please.

6           (There was a pause in the proceedings.)

7           MR. LaPINTA:  Thank you, Miss Down.

8           THE COURT:  Redirect.

9           MR. KABRAWALA:  I will be very brief, your.

10          Honor.

11

12   REDIRECT EXAMINATION

13   BY MR. KABRAWALA:

14   Q.   Miss Down, if you could, please turn to Exhibit No. 5

15   in the binder, and specifically the penultimate page, the

16   second-to-last page.

17          THE COURT:  5 or 5A?

18          MR. KABRAWALA:  5, Judge.  The second-to-last

19   page.  The photos.

20   A.   Okay.

21   BY MR. KABRAWALA:

22   Q.   Do you recognize the photo?

23   A.   Yes.

24   Q.   And where do you recognize the photo from?

25   A.   The InterExchange database.

54

1    Q.   Is that a true depiction of the photo that you recall

2    seeing on the InterExchange database?

3    A.   Yes.

4             MR. KABRAWALA:  Your Honor, the government moves

5    to admit the second-to-last page of Government Exhibit 5.

6             I will separately mark it for the record at the

7    break.

8             MR. LaPINTA:  No objection.

9             THE COURT:  That one page of Exhibit 5 is

10   admitted.

11            (Government Exhibit 5 in evidence.)

12   BY MR. KABRAWALA:

13   Q.   Is that the photo that you saw of Mr. Valerio on the

14   InterExchange website?

15   A.   Yes.

16   Q.   Who did you understand that young girl to be, in the

17   picture?

18   A.   His daughter.

19   Q.   ███████

20   A.   Yes.

21   Q.   You were asked earlier, in essence, whether you ever

22   notified any authorities either while in the United States

23   or after.  Do you recall those questions?

24   A.   Right.

25   Q.   And you were asked whether you reported this activity

1    in the United Kingdom once you were back.  Do you recall

2    that?

3    A.    Yes.

4    Q.    Is there a reason you never reported this to the

5    authorities, yourself?

6    A.    I just wanted nothing to do with it.  I think I was

7    just too scared to do anything.

8    Q.    You were also asked whether you could have left the

9    restaurant or Mr. Valerio's home.

10          Do you recall those series of questions?

11   A.    Yes.

12   Q.    Is there a reason why you didn't leave from the

13   restaurant on your own or leave from Valerio's house on

14   your own?

15   A.    I was too scared.  Where am I going to go?

16   Q.    Had you been in the United States before?

17   A.    No.

18   Q.    Had you been in New York City before?

19   A.    No.

20   Q.    Had you been in Long Island before?

21   A.    No.

22   Q.    Did you have a car or any mode of transportation?

23   A.    No.

24   Q.    Was it late at night?

25   A.    Yes.

56

1    Q.   In the middle of the night?

2    A.   Yes.

3    Q.   With respect to your car ride from New York City to

4    Long Island, you were asked about the request that you

5    wear a costume, a Halloween costume.

6    A.   Right.

7    Q.   Do you recall that?

8    A.   Yes.

9    Q.   Panty hose, I believe?

10   A.   Yes.

11   Q.   And you were asked what your reaction was or your

12   response was to that request.

13   A.   Right.

14   Q.   And I believe your response was that you didn't

15   respond.

16   A.   Right.

17   Q.   Why not?  Why didn't you respond to Mr. Valerio and

18   tell him that you weren't going to wear that?

19   A.   I'm scared.  It could have made it worse.

20   Q.   It would have made it worse?

21   A.   Yes.

22   Q.   You were asked about your memory of these events

23   generally and how it was a number of years ago.

24        Do you recall that?

25   A.   Yes.

57

1    Q.   As you sit here today, is there any doubt in your

2    mind that Joseph Valerio, that man that you pointed out,

3    told you that he had a daughter?

4    A.   Sorry.  Repeat the question?

5    Q.   Is there any doubt in your mind that Joseph Valerio

6    before you came to the United States told you that he had

7    a daughter?

8    A.   No.

9    Q.   Is there any doubt in your mind that he told you his

10   daughter's name was ████████?

11   A.   No.

12   Q.   Is there any doubt in your mind that he repeatedly

13   touched your hand?

14   A.   No.

15   Q.   Is there any doubt in your mind that he ordered you a

16   drink?

17   A.   No.

18   Q.   Is there any doubt in your mind that as you were

19   leaving he was aggressive and stormed around the house?

20   A.   No.

21   Q.   Is there any doubt in your mind that he was

22   aggressive and told you that he paid a lot of money for

23   you?

24   A.   No.

25            MR. KABRAWALA:  Your Honor, there is nothing

58

1    further.

2              THE COURT:  Anything further, Mr. LaPinta?

3              MR. LaPINTA:  No.  Thank you.

4              THE COURT:  You can step down, Ms. Down.  Thank

5    you.

6              (The witness was excused.)

7              THE COURT:  How long is your next witness?

8              MR. KABRAWALA:  About 20 minutes, Judge.

9              THE COURT:  Why don't we take a 10-minute break,

10   then.

11             (Recess taken from 12:15 pm until 12:40 pm.)

12             THE COURT:  Please call your next witness.

13             MR. KABRAWALA:  The government calls Jolene

14   Leonardo.

15

16   JOLENE LEONARDO

17          called by the Government, having been first duly

18          sworn/affirmed, was examined and testified as

19          follows:

20

21   DIRECT EXAMINATION

22   BY MR. KABRAWALA:

23   Q.   Good afternoon, Ms. Leonardo.

24             Were you subpoenaed to testify here today?

25   A.   Yes.

59

```
 1    Q.    What is your current occupation?

 2    A.    I'm a Catholic school math teacher.

 3    Q.    Catholic school math teacher?

 4    A.    Yes.

 5    Q.    What grade?

 6    A.    Seventh.  Eighth.  And I teach ninth grade, too.

 7    Q.    And have you previously been affiliated or employed

 8    with an organization called InterExchange Incorporated?

 9    A.    Yes.

10    Q.    What was your role there?

11    A.    I was a local coordinator.

12    Q.    Would you mind speaking --

13    A.    Local coordinator.

14    Q.    -- a little louder?

15          What were your primary duties and

16    responsibilities as a local coordinator?

17    A.    Mostly, I'm liaison between the au pair and the host

18    family.  I interview the host families.  I have the au

19    pairs at my home and coordinate monthly activities and

20    social events for them.

21          I'm like their person in the United States other

22    than their host family.

23    Q.    Were you assigned to any particular region or county?

24    A.    Yes.  I was Long Island Suffolk County.  I covered

25    Suffolk County.
```

60

1    Q.    Drawing your attention to the year 2012.

2          Did you, in the course of your employment with

3    InterExchange, come to meet an individual named Joseph

4    Valerio?

5    A.    Yes.

6    Q.    Do you see Joseph Valerio in the courtroom here

7    today?

8    A.    I believe that's him.

9    Q.    Can you please point him out by identifying an

10   article of clothing that he's wearing.

11   A.    Light green khaki shirt.

12   Q.    Is he seated next to these two gentlemen on my right?

13   A.    I don't know.  I don't -- I don't know.  I don't

14   know.  I don't remember.

15   Q.    Okay.  That's fair.

16   A.    I'm sorry.

17   Q.    Can you please describe how you met Mr. Valerio.

18   A.    I interviewed him at his home.

19   Q.    And what was the purpose of that interview?

20   A.    He applied to our agency.  So I go to see that -- I

21   interview the family, ask what their expectations are, so

22   that we can find a workable match with an au pair; if they

23   have one child or three children; and we try to match them

24   with an au pair that prefers one child, three children.

25   Pets; no pets.

1          So I gather information based on what the host

2   family's expectations are in the program and their au

3   pair.

4          I also check the home.  And I have to physically

5   see a bedroom for the au pair that's an appropriate living

6   space.  It has to have its own separate door, entrance.

7   If it just has -- it can't be just a part of another room.

8   It can't be shared.  They have to have their own private

9   space in the house.

10          So I have to physically see that.  And I have to

11   write down that there is a bed and a window.  And it can't

12   be a basement apartment, because that's not legal.  It

13   just has to be a room.

14          And then just answer any questions the host

15   family has about the program.

16   Q.   What did Mr. Valerio tell you about his family

17   situation?

18   A.   He told me that him and his wife share custody, he's

19   a single dad, with his daughter.  And at that date he had

20   told me that she was in school and she had spent time

21   during the week with him.  And at that time she was in

22   school.

23   Q.   Did Mr. Valerio tell you anything about the mother of

24   his child?

25   A.   Just that they had joint custody.

62

1   Q.   Did he tell you where the mother lived?

2   A.   No.

3   Q.   What did Mr. Valerio say was his daughter's name?

4   I'm sorry.  His child's name?

5   A.   ███████.  It was a daughter and it was ███████.  I

6   believe he said she was 7.

7   Q.   I would like to show you, in the binder that is in

8   front of you, Exhibit No. 15.  So if you could, please

9   turn to tab No. 15.

10  A.   Yes.

11  Q.   Do you recognize this document?

12  A.   Yes. It --

13  Q.   You can take it out of the binder --

14  A.   -- is the interview sheets that -- the form that I

15  fill out.

16          It is an online form that we fill in the

17  information.

18  Q.   Well, is this a form that you fill out, or is this a

19  form that is filled out by Mr. Valerio?

20  A.   I fill this out.

21          Wait.  Maybe this isn't the one.  Hold on.

22  Q.   Okay.  And this is an application?

23  A.   This, yes.  This is not my interview form.  This is

24  something that the host family would fill out before

25  meeting me, to initiate the process, saying this is what I

63

1    want.

2              When I go, I try to verify this information:

3    Okay.  You said you want this kind of au pair.  You want

4    them to do this.

5              And this is what we use to have the

6    face-the-face interview.

7    Q.   So this facilitates your interview?

8    A.   Correct.

9    Q.   The information that is contained in this report, who

10   is that provided by?

11   A.   The family.  The host family.

12   Q.   And is that information obtained in the regular

13   course of InterExchange's business, to your knowledge?

14   A.   Yes.  This is their first application that -- yes,

15   that they submit to InterExchange.

16             This doesn't go to me, it goes to the company,

17   and then I receive this and I read this and that's how I

18   conduct my interview.

19   Q.   And is the information contained in this report

20   obtained and maintain in the regular course of

21   InterExchange's business?

22   A.   Do they keep this on file, you mean?

23   Q.   Correct.

24   A.   Yes.

25             MR. KABRAWALA:  Your Honor, the government moves

64

```
1    to introduce Government Exhibit 5 into the record.

2              THE COURT:  Objection?

3              MR. LaPINTA:  No objections.

4              THE COURT:  Government Exhibit 5 is admitted.

5              (Government Exhibit 5 in evidence.)

6    BY MR. KABRAWALA:

7    Q.   I would like for you to turn to the second-to-last

8    page of Government Exhibit 5.

9              Is this a photograph?

10   A.   Yes.

11   Q.   Do you recall ever seeing that photograph before?

12   A.   Well, it was in that.  And I think it was also, on

13   one of the shelves in the den there was a picture like

14   that.

15   Q.   In the den of Mr. Valerio's house?

16   A.   Yes.

17   Q.   And who did you believe the little girl to be?

18   A.   It's his daughter.

19   Q.   ████?

20   A.   Yes.

21   Q.   I would like to draw your attention to Exhibit No. 6.

22   It is also in the binder.

23   A.   Okay.

24   Q.   What is this document?

25   A.   This is my host family interview that I fill out when
```

65

1      I see him.

2      Q.    You filled out this report?

3      A.    Yes.

4      Q.    How did you obtain the information that was

5      contained, that is contained in this host family interview

6      report?

7      A.    This is what I bring with me when I physically meet

8      the host family.  And this is what I filled out after

9      meeting with Mr. Valerio.

10     Q.    And did you fill out the information shortly after

11     you spoke with Mr. Valerio?

12     A.    Yes.  I write it and then I go home and type it.

13     Q.    And to your knowledge is this host family interview

14     report kept on file with InterExchange?

15     A.    Yes.

16            MR. KABRAWALA:  Your Honor, the government moves

17     to introduce Government Exhibit 6 into the record.

18            THE COURT:  Any objection?

19            MR. LaPINTA:  No.

20            THE COURT:  Government Exhibit 6 is admitted.

21            (Government Exhibit 6 in evidence.)

22     BY MR. KABRAWALA:

23     Q.    Let's look at the first page, referring to the very

24     top under the title Instructions to Local Coordinator.

25            What do you understand your instructions to be?

66

1    A.    As far as filling this out?

2    Q.    Correct.

3    A.    Similar to what I just said, as far as getting his

4    information.

5          The first thing here, where it says regulations

6    and policies, they ask us to read them each time we

7    interview, even if it is the same family, just so that the

8    procedures are clear.

9          Then I have a conversation with them about how

10   many au pairs are in the area and types of activities that

11   we will offer the au pair.  Just gathering, I use this to

12   gather information so that we get the best match so that

13   whatever the au pair is looking for fits with what the

14   type of au pair the family wants.

15   Q.    When you interviewed Mr. Valerio, you went to his

16   house?

17   A.    Yes, I did.

18   Q.    Do you recall where his house is?

19   A.    Yes.  It's in Smithtown.

20   Q.    And tell us about the interview.

21   A.    It was like most interviews.  We sat in his den.  I

22   believe I sat on the couch and he sat on a cushioned

23   chair.  He told me his daughter was at school.  We talked

24   about her.

25          He told me that he had properties; like that he

67

1    owned different properties, and he did very well for

2    himself and he was looking forward to showing Lucy

3    different places.

4            And that's important in our program, that it is

5    not just the au pair coming in as hired help.  We want

6    them to be part of the family.  So he said that he

7    traveled a lot and he would anticipate the au pair

8    traveling with him and his daughter.

9            And he showed me the au pair's room, and then I

10   filled out whatever it had, that it had a window and there

11   was a separate room in the house for her.  That it just

12   looked like a regular house.  I feel like I remember it

13   being sparse, maybe not a lot of color.

14           I remember there being brickwork, like the

15   driveway was being bricked and it was halfway done.  So it

16   just looked like a single dad's fixing up a house, living

17   with his kid.

18   Q.   What time of day did you interview Mr. Valerio at his

19   home?

20   A.   It was in the afternoon, around noon.  I can't tell

21   you the exact time.  I know it was during school hours,

22   obviously.

23   Q.   Was there any requirement to your knowledge that at

24   that time you would have to meet the child?

25   A.   There was not, but there since is.

```
1     Q.   Why is that now a requirement?

2               MR. LaPINTA:  Objection.

3               THE COURT:   Sustained.

4     A.   It's absolutely --

5               THE COURT:   It was sustained.  If I sustain the

6     objection, he is going to ask another question.  You can't

7     answer it.

8               THE WITNESS: Okay.

9     BY MR. KABRAWALA:

10    Q.   To your knowledge why is that now required?

11              MR. LaPINTA:  Objection.

12              THE COURT:  It doesn't matter what they are

13    doing now.  I don't need to know what they are doing now.

14    Okay?

15              THE WITNESS:  Okay.

16    BY MR. KABRAWALA:

17    Q.   Now referring to page 4, so it is the last page, and

18    I'm going to be referring to question number 5.  It is a

19    check list and it reads as follows.

20              "Please check all adjectives you feel describe

21    the host family."

22              There are a number of check boxes.  There are

23    four checked boxes.  Correct?

24    A.   Yes.

25    Q.   Can you read aloud the boxes that are checked.
```

69

1    A.    Organized.  Easy going.  Patient.  Intellectual.

2    Q.    And what do you recall about your interview that

3    caused you to check those boxes; that is, why did you

4    check those boxes, of the options available?

5    A.    Mr. Valerio just felt very relaxed compared to host

6    families.  Like sometimes they are all nervous and, I

7    don't know, talkative, and whatever.  And he was just very

8    relaxed.  So he appeared to be decent.  He spoke slowly.

9          I don't know.  Just that's how he -- he just

10   seemed very -- he didn't ask a lot of questions about all

11   the things the au pair can do or wouldn't do.  So it just

12   seemed to me that he was easy going.

13         And I believe I would write organized because

14   there wasn't a lot of stuff everywhere.  Just, you know,

15   just the first impression.

16   Q.    Turning back to page 3.

17         I'm sorry.  If you could, go back one page.

18   Question No. 4.

19         Question:  The general condition of the house at

20   the time of the interview can best be described as.  And

21   then there is one of four options that are checked.  I

22   will read aloud the options.

23         Very neat and clean.

24         Normal lived-in home with children.

25         Extremely casual.

1          Other.

2          Which box is checked?

3  A.   "A normal lived-in home with children."

4  Q.   Why did you check that box?

5  A.   Basically, we use this question to like determine the

6  presentation of the house.

7          To be perfectly honest, if it is very neat and

8  clean, sometimes it is not realistic.  If a family has

9  three kids and it is all perfectly in order, you want to

10 know is the au pair going to be responsible for keeping it

11 in a certain order.

12         It is really just to gauge what the expectations

13 are of the home.  If it is extremely casual and it is very

14 sloppy and then in two months I get a call that the au

15 pair is not keeping the house tidy, hopefully it sparks

16 like a memory:  Your house wasn't perfectly in order.  So

17 it's really not the au pair's job to all of a sudden give

18 them an immaculate house.

19         So this is kind of just to gauge what it looks

20 like, the typical living arrangement.

21         So there was no real extreme, so if it's not

22 perfectly in order where the kids' shoes are lying under

23 the doors, which is completely a fact which we see

24 sometimes, and it is not a terrific match, basically the

25 other option is a normal lived-in home.

1    Q.   So you want to gauge what the condition is and

2    capture it in a form somehow?

3    A.   Yes.  How do they live, so that it doesn't change

4    with the expectations down the road of what the host

5    family expects of the au pair to maintain for them.

6    Q.   You don't want the au pair to come and be a maid.

7    A.   Exactly.

8    Q.   Okay.  So flipping forward again to page 4 of 4, to

9    question No. 6.  It is a yes-or-no check box.  And then,

10   if it is yes, please explain.

11        The question is:  "Do you have any doubt or

12   reservation as to the suitability of this home?"

13   A.   And I checked No.

14   Q.   Why did you check that?

15   A.   Because I had no reason to have doubts about him at

16   the time of my interview.

17   Q.   Did you have any reservations about Mr. Valerio's

18   suitability to participate in the InterExchange au pair

19   program?

20   A.   Personally, I thought he was he creepy, but I cannot,

21   I can't decline a family because they give me the creeps.

22   There was something just weird.  But that doesn't seem

23   like a viable -- it's just not appropriate.

24        So my choices are yes or no.  And I have to give

25   everybody a chance because he didn't demonstrate any

72

```
 1    concrete evidence of not being appropriate.

 2    Q.   Did you believe he was telling you the truth about

 3    his daughter ████ and the custody arrangement?

 4    A.   ████?

 5    Q.   Yes.  ████.

 6    A.   Yes.

 7    Q.   If you believed that he was lying to you, what if

 8    anything would you have done?

 9              MR. LaPINTA:  Objection.

10              THE COURT:  Sustained.

11    A.   I would have --

12              THE COURT:  Sustained.

13              THE WITNESS:   Oh.  Okay.

14    BY MR. KABRAWALA:

15    Q.   Did there come a time when you went to Mr. Valerio's

16    house to collect Ms. Down?

17    A.   Yes.

18    Q.   Can you describe what happened and what your role

19    was.

20    A.   I received a call from Lucy's international

21    cooperator saying that she was very upset and felt

22    uncomfortable in the home and wanted to leave the home.

23    So I -- something about there being no child there.

24              And I went and I picked her up.  And when I got

25    to the house, Lucy was at the door.  She had her laptop
```

73

```
1    open.  She was Skyping with her coordinator at the door,
2    with her bag backed.
3           Mr. Valerio was standing next to her.  And I
4    opened the front door, saw her holding her laptop, and
5    then she went to grab her bag and he was closing the door.
6    And I think her luggage got caught in the door because he
7    was like literally closing the door on her back.  And she
8    pulled it and held her laptop, I think -- I don't -- I
9    think I took the bag from her.  I took the bag and I put
10   the bag back in my truck.  And he just shut the door and I
11   put the bag in my car and Lucy drove home with me.
12   Q.   Did you speak to Mr. Valerio or did he speak to you?
13   A.   No.  I think he just said I don't understand what's
14   going on, or I don't know what this is, and that was it.
15   There wasn't anything.
16   Q.   How was his demeanor or tone?
17   A.   Just chilled.  Like relaxed.  Not anxious.  Didn't
18   explain himself.  Had nothing.  Just weirdly calm.
19   Q.   Did Mr. -- sorry.  Withdrawn.  Did Lucy ever tell you
20   what happened?
21   A.   Yes.
22   Q.   What did she say?
23           MR. LaPINTA:  Objection.
24           THE COURT:  Sustained.
25   BY MR. KABRAWALA:
```

74

```
1    Q.   Did you ever learn what happened and what caused Lucy

2    to leave so abruptly?

3    A.   Yes.

4              MR. LaPINTA:  Objection.

5              THE COURT:  Sustained.  Hearsay.

6    BY MR. KABRAWALA:

7    Q.   Did you ever come to speak to Mr. Valerio ever again?

8    A.   No.

9    Q.   Had you ever heard of a similar situation ever

10   occurring?

11   A.   Never.

12             MR. LaPINTA:  Objection.

13   A.   Never.

14             MR. LaPINTA:  Objection.

15             THE COURT:  Sustained.

16             MR. KABRAWALA:  Just one moment, your Honor.

17             (Prosecutor counsel confer .)

18             MR. KABRAWALA:  Nothing further at this time,

19   judge.

20             THE COURT:  Cross-examination.

21             MR. LaPINTA:  Yes, sir.

22

23   CROSS-EXAMINATION

24   BY MR. LaPINTA:

25   Q.   Good afternoon, Miss Leonardo.
```

```
 1   A.   Hi.

 2   Q.   My name is Anthony LaPinta.  I'm just going to ask

 3   you a few questions about your testimony.

 4   A.   Okay.

 5   Q.   If I don't ask a clear question in your view, or it

 6   is unclear in any way, please let me know and I will

 7   either reask or rephrase it.  Is that okay?

 8   A.   Sure.

 9   Q.   You may be nervous.  I will just try my best not to

10   confuse you in any way.  Okay?

11   A.   Umm-hmm.

12   Q.   Ms. Leonardo, before taking the witness stand this

13   afternoon, did you review any documents to refresh your

14   recollection?

15   A.   Yes.  I saw just a tracking sheet of when he,

16   Mr. Valerio, the dates of when he entered the program and

17   the dates that I interviewed him.  Just like a timeline

18   list of the material.

19   Q.   Would that be in a report that was generated by

20   either your company or the 360 company?

21   A.   Yes.  My company.

22   Q.   Is that a report that you developed?

23   A.   No.  I don't work for the company any more so this

24   is, I just saw these today.

25   Q.   All right.  But you had mentioned a particular report
```

76

1    that mentioned chronology of events.  Is that right?

2    A.   Yes.

3    Q.   Did you develop that report with that chronology?

4    A.   My boss did based on my paper work and their paper

5    work.  It's two separate, when he originally --

6    Q.   Ms. Leonardo, it's really simple.

7    A.   Okay.

8    Q.   Did you write the report or not?

9    A.   I did not write the report.

10   Q.   Now, I thought on your direct testimony you indicated

11   a bit that you don't remember certain things.  Is that

12   right?

13   A.   If you refresh my memory of what I didn't remember.

14   Q.   It is either yes or no.  Do you remember everything

15   about this event?  Yes or no?

16   A.   I think I do.  I don't know what I said I didn't

17   know.

18   Q.   Well --

19   A.   I'm sorry.

20   Q.   -- you were asked to pick out Mr. Valerio in court

21   here. Right?

22   A.   Yes.

23   Q.   And you said you weren't sure who he was.

24        Isn't that what you said?  Yes or no?

25   A.   Yes.

77

```
 1    Q.   So is it fair to say that you don't have --

 2    A.   I actually -- like I just got flustered.  I really --

 3    Q.   Stop.  Let's do it this way.  Let me ask a simple

 4    question.

 5    A.   Okay.

 6    Q.   Miss Leonardo --

 7    A.   Yes.

 8    Q.   -- I'm not looking to confuse you.

 9    A.   Okay.

10    Q.   I just want to be clear.

11    A.   Okay.

12    Q.   Okay?

13              Let me ask a simple question --

14    A.   Okay.

15    Q.   -- and then you can give a simple answer.

16    A.   Okay.

17    Q.   Fair?

18    A.   Yes.

19    Q.   Isn't it fair to say that on your direct testimony

20    you were not able to identify Mr. Valerio in this

21    courtroom?  Yes or no?

22    A.   I identified him, yes, and then I got flustered and I

23    don't know why I said that.  I do know that he's sitting

24    right here.

25    Q.   So is it your testimony that you remember totally
```

```
 1    everything that transpired exactly how it did?  Is that
 2    what you are saying?
 3    A.   I feel like --
 4    Q.   If you can, answer it yes or no.
 5    A.   Yes.  I feel like, yes, I do.
 6    Q.   All right.  Is there any particular portion of your
 7    experience with this situation that you don't remember too
 8    well?
 9    A.   I don't know.  You would have to ask me the question.
10    Q.   Okay.  Let's talk about --
11    A.   Lucy lived in my house --
12    Q.   Stop.  Stop.
13    A.   -- a long time so we talked about this for a long
14    time, so I feel like --
15    Q.   Miss Leonardo --
16    A.   Yes.
17    Q.   -- all I'm asking you to do is to answer my
18    questions --
19    A.   Okay.
20    Q.   -- yes or no --
21    A.   Okay.
22    Q.   -- and if you are not able to answer yes or no --
23    A.   Okay.
24    Q.   -- just tell me you can't answer it yes or no.
25    A.   Okay.
```

1    Q.    Fair?

2    A.    Yes.

3    Q.    Okay.  So let's start with when you first came to

4    know of the Valerio application.  Remember that time

5    period?

6    A.    Yes.

7    Q.    Okay.  Now, is it fair to say that you relied on

8    certain information that was entered into a computer

9    program?

10   A.    Yes.

11   Q.    Okay.  And that as part of your responsibilities as a

12   coordinator for this region, that you looked at that

13   material closely.  Yes?

14   A.    Yes.

15   Q.    And upon your review of that information, there was

16   nothing that was suspicious about it.  Yes?

17   A.    Correct.  Yes.

18   Q.    Now, as a match was made and an au pair was selected,

19   it was then your duty as the regional coordinator to

20   investigate that application.  Right?

21   A.    Yes.

22   Q.    As you have done many times prior to that.

23   A.    Correct.

24   Q.    Right?

25   A.    Yes.

1    Q.   So at the time that you did the Valerio home

2    inspection, you had conducted numerous prior home

3    inspections.  Correct?

4    A.   Correct.

5    Q.   And were you trained to do home inspections?

6    A.   Yes.

7    Q.   Did you take classes and instructions to do so?

8    A.   I don't know if --

9    Q.   You can answer it yes or no.

10   A.   I don't know if you would consider it a class or not

11   so I don't know whether I should answer it yes or no.

12   Q.   So you are not able to answer it yes or no.

13   A.   Sure.

14   Q.   Okay.  Now, when you did the Valerio home inspection,

15   you had dealt with Mr. Valerio, yourself, on the phone to

16   make the appointment.  Correct?

17   A.   Yes.

18   Q.   And prior to going there, you did your own review of

19   the documents that you were furnished.  Correct?

20   A.   Correct.

21   Q.   Did you do any other investigation, besides the

22   review of the application, at that juncture?

23   A.   No.

24   Q.   I believe you had explained that when you do the home

25   inspection, that there is a check list, so to speak?

81

```
 1    A.   Yes.

 2    Q.   Or an application that you follow.  Correct?

 3    A.   A form, yes.

 4    Q.   So it is a structured --

 5    A.   Yes.

 6    Q.   -- type of thing.  Correct?

 7    A.   Yes.

 8    Q.   So you went into the house.  Right?

 9    A.   Yes.

10    Q.   Prior to that you looked around the outside of the

11    house.  Right?

12    A.   Yes.

13    Q.   And it purported (sic) to be what it was made out to

14    be on the application.  Right?

15    A.   Correct.

16    Q.   Nothing alarming, suspicious, or dangerous --

17    A.   No.

18    Q.   -- in your view at that point.

19    A.   Correct.

20    Q.   You then went into the house.  Right?

21    A.   Yes.

22    Q.   And you met Mr. Valerio.  Right?

23    A.   Yes.

24    Q.   And you did a home inspection.  Right?

25    A.   Correct.
```

82

1    Q.   You asked to see the inside of the home, and he

2    showed you the inside of the home.

3    A.   I asked --

4    Q.   Just listen.  Yes or no or you are not able to answer

5    it yes or no.

6    A.   I'm not able to answer it yes or no.

7    Q.   Did you ask to do an inspection of the home?

8    A.   I asked to do an inspection of the au pair's bedroom.

9    Q.   Did you ask -- yes or no - to see any other areas of

10   the home?

11   A.   No.

12   Q.   You could have if you wanted to.  Is that correct?

13   A.   Yes.

14   Q.   And that is in your sole discretion to do so.

15   Correct?

16   A.   Yes.

17   Q.   But at the time, you didn't feel a need to see any

18   other area of the home.  Right?

19   A.   Correct.

20   Q.   You felt comfortable, then and there, that it was an

21   appropriate setting for a young, 18-year-old au pair to be

22   in.  Correct?

23   A.   Yes.

24   Q.   And when you looked into the room designated to be

25   the au pair's room, you went inside the room.  Right?

83

```
1    A.    Yes.

2    Q.    You looked around.  Right?

3    A.    Yes.

4    Q.    And you were comfortable that it was an appropriate

5    room.  Right?

6    A.    Yes.

7    Q.    Would you agree with me that when you saw it then and

8    there, that that room it was not run down; was it?

9    A.    No.

10   Q.    If it were run down, you would have made notations of

11   that and presumably this process would have halted there.

12   Correct?

13   A.    Correct.

14   Q.    Then you had a dialogue with Mr. Valerio about

15   certain aspects of his family life.  Correct?

16   A.    Right.  Well, I made the check list, you know.

17   Oftentimes the rooms are sparse.

18   Q.    Just answer yes or no at this point.

19   A.    Okay.  Go ahead.

20   Q.    Did you ever then have a dialog with Mr. Valerio

21   about his qualifications to be a host to the au pair?

22   A.    His qualifications?  No.  Mostly, his expectations.

23   So no.

24   Q.    Okay.  Did you engage him regarding certain aspects

25   of the relationship with the au pair that you felt
```

84

```
1    necessary to inquire of?

2    A.   What?  Could you repeat that question?

3    Q.   Okay.

4    A.   I'm having a little difficulty.

5    Q.   Sure.  Did you ask him certain questions about the

6    expected relationship with the au pair?

7    A.   Yes.

8    Q.   You asked him about the family dynamic.  Correct?

9    A.   Correct.

10   Q.   Besides the application that you hand-wrote and then

11   downloaded, did you take any notes during this process?

12   A.   That downloaded that note:  What do you mean?

13   Q.   Besides the handwriting -- one second.

14   A.   Did I know --

15   Q.   Let's do it this way.  If you give me a moment to

16   finish my question, you will then be in a better position

17   to answer.

18   A.   I'm sorry.  I thought you were finished.

19   Q.   Thank you.  So besides the application that you had

20   written notes on, did you write, on anything else, any

21   notes that you may have written that day?

22   A.   No.

23          It is an interview report.  I just want to be

24   clear that it wasn't an application.

25   Q.   You had checked off certain things on your evaluation
```

1   regarding the home.  Correct?

2   A.   Yes.

3   Q.   And you were asked on direct examination the

4   appropriateness of the setting.  Correct?

5   A.   Yes.

6   Q.   And you indicated that it was an appropriate setting.

7   Right?

8   A.   Correct.

9   Q.   And not only that, it looked like a child had lived

10  there.  Correct?

11  A.   Correct.

12  Q.   Because in your view of the home, you saw indications

13  that a child was there.  Right?  Yes or no?

14  A.   Yes.

15  Q.   And when you were complete with this home study, you

16  approved that residence to be qualified to host an au

17  pair.  Correct?

18  A.   Right.  Yes.

19  Q.   You felt it was a safe environment.  Right?

20  A.   Yes.

21  Q.   You felt that it was an appropriate environment.

22  Right?

23  A.   Yes.

24  Q.   And you felt that it was an environment for a child.

25  Correct?

1    A.   Yes.

2    Q.   But here today you are indicating to Judge Bianco

3    that you had a creepy, weird feeling.

4    A.   Not about --

5    Q.   Stop.  I'm not finished yet.

6    A.   Okay.  Sorry.

7    Q.   You indicated that you had a creepy, weird feeling

8    about Mr. Valerio.

9    A.   Correct.

10   Q.   Was that your testimony?

11   A.   Yes.

12   Q.   And despite having a creepy, weird feeling, you

13   approved him to host an 18-year-old au pair.

14   A.   Correct.

15   Q.   Is that your testimony?

16   A.   Yes.

17   Q.   You didn't indicate anywhere on any of your documents

18   that you had this weird, creepy feeling.  Right?

19   A.   Correct.

20   Q.   Do you have a weird, creepy feeling about him right

21   now?

22   A.   Very, sir.

23   Q.   Now, you explained very carefully that from the

24   handwritten items that you wrote on this form, you

25   downloaded that on a computer.  Correct?

1    A.   Yes.

2    Q.   And you entered that information in a system.

3    Correct?

4    A.   Correct.

5    Q.   And that is Exhibit 6.  You have it before you, don't

6    you?

7    A.   Yes.

8    Q.   Turn to page 3, please, Miss Leonardo.  Actually,

9    page 4.  I'm sorry.

10          See that page?

11   A.   Yes.

12   Q.   Where it says:  Local Coordinator Jolene Leonardo?

13   A.   Yes.

14   Q.   You never signed that document.  Is that right?

15          The document before you is not signed.  Is that

16   right?

17   A.   It is a --

18   Q.   The document before you is not signed?

19   A.   You can't physically sign it.  It's an electronic

20   thing.

21   Q.   Did you ever sign off on this document?

22   A.   I would consider this signed off.

23   Q.   By having your name typed there?

24   A.   Correct.

25   Q.   You had made reference to the point where you had

88

1    picked up Miss Down.  Do you remember that portion of your

2    testimony?

3    A.   Yes, I do.

4    Q.   And when you went there, you said that Mr. Valerio

5    had stated, in sum and substance, that he didn't

6    understand what was wrong.  Right?

7    A.   Correct.

8    Q.   And you described him as not anxious.  Right?

9    A.   No.

10   Q.   And I believe you had used the word calm.  Is that

11   right?

12   A.   Yes.

13   Q.   He wasn't loud or abusive, was he?

14   A.   No.

15   Q.   He wasn't threatening in any way, was he?

16   A.   No.  He just pulled the door.

17   Q.   Yes or no?

18   A.   No.

19   Q.   Because if he were, you would have made note of that.

20   Right?

21   A.   Correct.

22   Q.   During the course of your dealings, from beginning to

23   end, with Mr. Valerio, had he had mentioned the fact that

24   his sister had a young daughter?

25   A.   No.

Leonardo - for the Government - Redirect/Mr. Kabrawala

89

1   Q.   Have you since learned that?

2   A.   I don't really know what I know about that.

3   Q.   It's either yes or no.  Have you since --

4   A.   No, I don't -- no, I don't.  There seems to be a lot

5   of confusion.

6   Q.   So either yes or no.  Have you since learned that he

7   has a daughter?

8   A.   No.

9   Q.   His sister has a daughter?

10  A.   No.

11              (Defense counsel confer.)

12              MR. LaPINTA:  I have nothing further.  Thank

13  you, Miss Leonardo.

14              THE COURT:  Redirect?

15              MR. KABRAWALA:  Very brief, judge.

16

17  REDIRECT EXAMINATION

18  BY MR. KABRAWALA:

19  Q.   Miss Leonardo?

20  A.   Yes.

21  Q.   In your experience with InterExchange, have you ever

22  experienced a host family who misrepresented the presence

23  of a child at home?

24              MR. LaPINTA:  Objection.

25  A.   Never.

1                THE COURT:    Sustained.

2                I don't care about other families.  Okay?  Just

3        focus on this situation.

4                MR. KABRAWALA:  There is nothing further.

5                THE COURT:  Okay.  You can step down, Ms.

6        Leonardo.  Thank you.

7                (The witness was excused.)

8                THE COURT:  So we will take the lunch break.

9                And you just have Ms. Kalichenko, right?

10               MR. KABRAWALA:  For today.

11               THE COURT:   I will discuss this with her when

12       she arrives after lunch.

13               I know I asked you to do the direct, but I

14       obviously know there is a long relationship between her

15       and Mr. Valerio, from the trial and from the hearing that

16       she had in connection with her case.

17               I don't want the government to go from start to

18       finish with the relationship.  I really just want to hear

19       from her -- at least on direct; obviously, the defense can

20       focus on whatever they wish to focus on.  I will hear any

21       objection, obviously.

22               But in terms of the direct, I just want to focus

23       on any threats of violence or acts of violence that

24       Mr. Valerio made toward her in their relationship, if any.

25               Again, the reason I invited her to testify is, I

1    believe at some point in the hearing she made such an

2    allegation.  But I don't want you to start from the

3    beginning of her interactions with him.

4              MR. KABRAWALA:  Understood.

5              MR. LATO:  And for scheduling, since your Honor

6    is obviously familiar with both Mr. Valerio's case and

7    Miss Kalichenko's, my cross will be focused precisely as

8    to her credibility with respect to the allegations, and I

9    am not going to get into all of this other stuff that I

10   know you already are familiar with.

11             THE COURT:  Great.  Why don't we say 2:15.

12             Thank you.

13             (Lunch recess taken at 1:15 pm.)

14

15

16

17

18

19

20

21

22

23

24

25

92

```
1                A F T E R N O O N   S E S S I O N

2                         2:35 PM

3

4          THE COURT:  Please bring Miss Kalichenko out.

5          MR. KABRAWALA:  I have one housekeeping issue.

6          I know the court had requested that certain

7    topics be covered.  There is a specific topic that was not

8    specifically addressed by the court; that is, adoption of

9    a child.  I think that those are germane to the issues

10   that are before the court.  We will move quickly through

11   them toward the end of the direct.

12         THE COURT:  Yes.  I understand why that may

13   potentially be relevant, so that is fine.

14         (Miss Kalichenko enters the courtroom.)

15         THE COURT:  Good afternoon, Miss Kalichenko.

16         In a minute I am going to have you take the

17   oath.  But first, I don't know if this was communicated to

18   you during the lunch break, but I have asked the

19   government to focus on any allegations -- actually, let's

20   swear in the interpreters.

21         (Interpreters Nelly Alishaev and Nina Adar Tkach

22   were sworn by the courtroom deputy.)

23         THE COURT:  Miss Kalichenko, as with the other

24   conferences, we have the interpreters here, standing by if

25   you need them.
```

93

1               Do you understand that?

2               THE WITNESS:  Yes, your Honor, I do.

3               THE COURT:  So what I was saying was, I want the

4    government to focus on any allegations of any violence or

5    threats of violence as relates to Mr. Valerio.  And he may

6    also cover any discussions regarding adopting the child.

7               I know that there are other aspects of your

8    interactions with Mr. Valerio that you have testified

9    about at the hearing that we had and maybe you want to

10   bring to my attention for purpose of your own sentencing,

11   but at least for purposes of direct examination, those are

12   the issues that I want focused on today.  Okay?

13              THE WITNESS:  Okay.  I understand.

14              MR. LATO:  Your Honor, just before beginning, do

15   you have defense exhibit stickers so we can save time once

16   we begin?

17              THE COURT:  Let's have the witness sworn.

18

19   OLENA KALICHENKO

20        called by the Government, having been first duly

21        sworn/affirmed, was examined and testified as

22        follows:

23

24   DIRECT EXAMINATION

25   BY MR. KABRAWALA:

94

```
 1    Q.    Good afternoon.

 2          You are here to testify against Joseph Valerio?

 3    A.    Yes.

 4    Q.    You are testifying voluntarily and of your own free

 5    will?

 6    A.    Yes, I am.

 7    Q.    The government has not compelled you to testify.

 8    Correct?

 9    A.    Correct.

10    Q.    No one is forcing to testify.   Correct?

11    A.    No.

12    Q.    And you do not have any sort of agreement with the

13    government to testify.

14    A.    No, I don't.

15    Q.    You haven't been promised anything in exchange for

16    your testimony here today?

17    A.    No.

18    Q.    You are testifying here in the hopes of obtaining

19    leniency at your own sentencing.   Correct?

20    A.    Correct.

21    Q.    And you have pleaded guilty to a host of federal

22    crimes.   Correct?

23    A.    Correct.

24    Q.    You pleaded guilty to child exploitation, to child

25    pornography, transmission of child pornography, and
```

1    related child pornography offenses?

2    A.    Yes.

3    Q.    And you didn't plead guilty pursuant to any kind of

4    agreement with the government.  Correct?

5    A.    Correct.

6    Q.    I want to draw your attention to an individual named

7    Joseph Valerio.

8            Do you see Joseph Valerio sitting in the

9    courtroom here today?  And if so, I ask you to please

10   point him out by identifying an article of clothing that

11   he is wearing.

12   A.    Yes, I do.  I see him.  He's wearings the green

13   clothes.

14           MR. KABRAWALA:  Your Honor, may the record

15   please reflect that witness has identified Joseph Valerio?

16           THE COURT:  Which chair is he sitting at?

17           THE WITNESS:  Next to his attorneys.  He is the

18   only person there who is defendant.

19           THE COURT:  Is that sufficient for the defense?

20           MR. LATO:  Yes.

21           THE COURT:  The identification has been made.

22   BY MR. KABRAWALA:

23   Q.    I want to briefly talk about your relationship with

24   Mr. Valerio and how it developed.

25           Could you please tell us how you first came to

1    meet Mr. Valerio and how your relationship developed.

2    A.   Yes.  I remember I met him first through the website,

3    basically where I had my profile and he had his profile as

4    well, mostly for, you know, the communication.

5           And I was looking for a marriage, for a man to,

6    I was, you know, for a husband, a future husband, and a

7    future.  I had a child and I was looking for a person who

8    would be like a father for my daughter as well.

9           So that was the reason why I actually started

10   with Mr. Valerio a relationship.

11   Q.   You were in the Ukraine at this time when you made

12   contact with Mr. Valerio?

13   A.   No.  I arrived to the US in June and I contacted him

14   late in June.  So I was in the US at that time when I

15   first contacted him.

16   Q.   And it was over a website.

17   A.   Yes.

18   Q.   UkranianDate.com? (Sic)

19   A.   I think so.  I think so.  I think so.

20   Q.   You were looking for a husband and somebody who would

21   be a good father to your daughter.

22   A.   That's what he was looking for as well, according to

23   his profile.  Yes.

24   Q.   And you two decided to meet.  Correct?

25   A.   That's correct.

97

1   Q.   That was sometime in the summer of 2011?

2   A.   Yes.  I think it was very, very end of June 2011.

3   Q.   Where were you at the time in the United States?

4   A.   I was in Dallas, Texas.

5   Q.   How did you -- withdrawn.  Did you come to meet

6   Mr. Valerio here in Long Island?

7   A.   Yes, I came to meet him.  He wanted me to come, and I

8   came to meet him in Long Island.  Yes.

9   Q.   Who paid for your trip?

10   A.   Mr. Valerio paid.

11   Q.   And when you came to Long Island, did he pick you up

12   at the airport?  Did you meet him somewhere?

13   A.   Yes.  He picked me up at the airport.  Yes.  I

14   remember.  Yes, he picked me up at the airport.

15   Q.   Let's back up for a moment.

16          You and I haven't talked about your testimony.

17   Correct?

18   A.   This testimony?  No.

19   Q.   You and I haven't?

20   A.   No.

21   Q.   We haven't prepared for your testimony?

22   A.   No.  I didn't talk to you, no.

23   Q.   I want the record to be clear that you and I have not

24   talked before today other than in court when I questioned

25   you previously.  Right?

1    A.    Yes.  That's correct.

2    Q.    By the way, have you seen Mr. Valerio before today's

3    date, such as in the prison?

4    A.    I have seen him twice, yes.

5    Q.    Have you spoken with Mr. Valerio?

6    A.    No, I haven't spoken to him.  It was because they

7    have the visitors room.

8              It is the same room for when the attorneys come.

9    So just when his attorneys came and my attorneys came

10   simultaneously, that was the only reason.  But I didn't

11   talk to him, no.  Never.

12   Q.    Other than seeing him in the prison this couple of

13   times in the attorney visiting room, you didn't interact

14   with him in any way?

15   A.    No.

16   Q.    So going back to that summer of 2011 when you came to

17   visit Mr. Valerio.

18             Tell us about your hopes for that meeting and

19   tell us about that summer, the time that you spent with

20   Mr. Valerio that summer.

21   A.    Yes.

22             I came, I remember, like very late, very late in

23   2011, to his house.  I stayed at Smithtown, Long Island.

24   Basically I stayed, this time I didn't stay for a long

25   time.  I stayed like, for the first time, like ten days,

1    close to two weeks.  But I remember that I was celebrating

2    the Independence Day with him and in his house.

3             And basically so we, at that point we were, you

4    know, at the point of establishing a relationship.  And I

5    remember that I met his son, as well, and I also met his

6    mother.  So from my point of view, like basically he

7    seemed to be a credible person to me.  Because I saw the

8    relationship with his son and I didn't see absolutely

9    nothing that I can say is wrong about his relationship

10   with his own child, like there was, you know.  So I stayed

11   for close to 10 days.

12            But my own family at that time, like my mother,

13   she has put my daughter at the orphanage in the Ukraine at

14   that particular time.  So basically, because we had no

15   place to live and she lives by herself, they went for

16   Eastern Ukraine but she was living in a shelter.  So

17   basically, when I was staying at Mr. Valerio's house, like

18   my own family was like, you know, in a situation where

19   they didn't even have a place to, you know, to go to or

20   whatever.

21            And she just, my mom, she just told me that she

22   put my daughter at the orphanage.  And it was a shock for

23   me.  You know, I didn't, like I was completely shocked.

24   And I mentioned to Mr. Valerio about it briefly during the

25   first, you know, when I first stayed with him briefly I

1    mentioned it.  But I decided like to continue to develop

2    the relationship with him.  And he sent me back to Ukraine

3    in August with the intention to come back to him again and

4    to continue to build the relationship, it was the purpose

5    of my visit.

6    Q.   I'm going to stop you right there.

7              While you were with Mr. Valerio for those

8    approximate couple of weeks in July --

9    A.   Yes, sir.

10   Q.   -- of 2011, did you have a romantic relationship with

11   him?

12   A.   Yes.  Yes, of course.

13   Q.   Did you have a sexual relationship with him?

14   A.   Yes, I had.  Yes.

15   Q.   At any point in time during that first visit in July

16   of 2011, did Mr. Valerio physically abuse you in any way?

17   A.   During my first trip, I couldn't say so, no.

18             Like I noticed that he had, you know, like he

19   had this issue that, like his mood would change.  He would

20   be a normal person, normal person like a few days, and

21   just in the middle of sudden, his temper would change,

22   like click.  I couldn't explain why.  But that was the

23   only issue that I noticed during my first stay.

24   Q.   What did you observe about his mood swings?  What do

25   you mean by his temper would change?

1    A.   He would become angry with no reason.  Like angry

2    with no reason, which I couldn't understand why.  But I

3    thought that, you know, I thought that maybe because he

4    has like he's Italian, I thought maybe it was like a hot

5    blooded or something like that.  So it was my first

6    impression.

7    Q.   Did that, other than anger -- withdrawn.

8         How would that anger play out?  What would he

9    do, specifically?

10        And I'm talking only about that first time, in

11   July of 2011, when you were with him.

12   A.   He would becomes like jealous with no reason.  He

13   would become suspicious.  Like this is something that I

14   would have noticed that at the first.  But the first time,

15   I spent like ten days with him.  That was the only time

16   that I spent.

17        But still we got committed that to continue the

18   relationship.  And he sent me back to the Ukraine

19   specifically like I didn't have absolutely like no, no,

20   you know, funds of my own at all.  He purchased the ticket

21   for me and he would support me and we would communicate.

22        When I was in the Ukraine, we would constantly

23   communicate.  He would ask me how am I doing.  Like it was

24   a relationship.  It was a relationship which continued.

25        And he would send money to me also, like in

102

1    August, and he would tell me that I'm expecting you to

2    come.  Like I'm waiting and waiting for you to come like

3    in September.  And we were just building a relationship at

4    that point.

5    Q.   And to be clear.  Your daughter was not with you in

6    the United States that summer.  Correct?

7    A.   No.  My daughter never was in the United States.  And

8    at that time she was specifically at the orphanage.  Yes.

9    Q.   While you were traveling here, looking for a husband?

10   A.   I didn't put her in the orphanage.  My mother did,

11   without my knowing, while I was already over there because

12   she was afraid.

13           Like the place, we don't have our own place in

14   Ukraine.  We were always renting.  Like I don't have a

15   house like.  And I have a history of basically being a

16   homeless person since 2008.  But that's another story, but

17   I'm just telling you.

18   Q.   Did you tell Mr. Valerio that you had a daughter?

19   A.   Yes, I told him.  Yes.

20   Q.   Did Mr. Valerio indicate to you one way or the other

21   whether he want to adopt the child?  And I'm talking about

22   July of 2011.

23   A.   No, he didn't tell me immediately that he want to

24   adopt.  No, he didn't tell me immediately.

25   Q.   So you had returned to the Ukraine after Mr. Valerio

103

1    paid for your trip.  Did you later return to the United

2    States that year?

3    A.   Yes, I did.  Yes.

4    Q.   And when was that?

5    A.   I remember it was September 2.

6    Q.   September 2 of 2011?  And what made you return?

7    A.   We were still in the process of building the

8    relationship and that was like it was up to him to pick up

9    the date.  Like he was, you know, had some issues and he

10   told me that I'm expecting you to come specifically on

11   this date.  And I arrived, I arrived September 2.

12            But I also remember that in August I was staying

13   here.  But my child, she wasn't here.  She was in

14   Stroganovka Crimea in the orphanage.  And I remember that

15   I couldn't even go.  I couldn't even go visit her.  Like I

16   couldn't even get her back by my own because, you know, I

17   couldn't, I didn't have funds in order for me to get her

18   back.

19            I had to, according to the requirement of our

20   government, I had to secure another residence for her,

21   which I couldn't do.  I didn't even have enough money even

22   to see her, you know, at the time when I was in Kiev.  And

23   I didn't even have a place to live in Kiev also.  I was

24   just staying with my friends, basically.

25   Q.   So you returned to the United States.  What was your

1   primary purpose for returning to the United States?

2   A.   Basically, I returned to continue it.  I was

3   determined to build serious relationship with this man

4   specifically for the marriage.  That's all that I was

5   looking for.

6   Q.   Now, upon your return in September of 2011, did your

7   relationship with Mr. Valerio change?  Remain the same?

8   Can you please describe your relationship when you

9   returned in September.

10  A.   Yes.  I returned in -- Mr. Valerio, I think that he

11  has, you know, like a dual personality.  So he would be

12  normal and, you know, a caring person and a good person at

13  one point.  But at the other point, he would just,

14  something happen and he would completely change into

15  opposite person.

16  Q.   Are you looking at something?

17  A.   No.  I just have some notes for myself which I made.

18  Q.   Okay.  Can we just mark that for the sake of our

19  record here?

20          THE COURT:  Yes.  Let's mark that as Court

21  Exhibit 1, her notes.

22          MR. KABRAWALA:  May I just have a very brief

23  moment to look at it?  I have never seen it.

24          THE COURT:  Sure.

25          MR. KABRAWALA:  May I approach, your Honor?

105

```
 1              THE COURT:  Yes.  And Mr. Lato may look at it as
 2      well.
 3              (There was a pause in the proceedings.)
 4              THE COURT:  Miss Kalichenko, if you need to
 5      refresh your memory about something, including any notes
 6      that you have, you just need to let the record and me know
 7      that you are referring to your notes.
 8              So you should testify from your memory.  If you
 9      can't remember something and need to refer to notes, say:
10      Judge, I need to refer to my noes.
11              THE WITNESS:  Okay.  So far I have read nothing
12      yet.
13              THE COURT:  Fine.
14              MR. KABRAWALA:  That appears to be the case.
15      BY MR. KABRAWALA:
16      Q.   So let's talk about your visit in September.  During
17      that time did -- I'm sorry.  Withdrawn.
18              Approximately how long did you stay following
19      your visit in September?  During the visit how long were
20      you in the United States for?
21      A.   I stayed, during that trip to the United States I
22      stayed since September 2 and till the very, very end of
23      October.  But not all of this time I stayed at
24      Mr. Valerio's house.  Only some period of time I stayed at
25      his house.
```

106

1   Q.    About how long did you stay at Mr. Valerio's house?

2   A.    Starting from September 2, like around three weeks, I

3   believe.  Close to three weeks.  Close.  Approximately

4   three weeks.  20 days.  Three weeks.

5   Q.    After that approximate three-week period of time, did

6   you return to Mr. Valerio's house?

7   A.    Yes, I do.

8   Q.    During the same trip?

9   A.    To the US, yes.  To the US?  Yes.  I was still in the

10  country.  I didn't leave the country.

11  Q.    Okay.  Where did you go after three weeks,

12  approximately?  I just want to get the time frame that we

13  are dealing with.

14  A.    Okay.  I had to, I had to go to Seattle because he

15  kicked me out from his house, basically.  And that is the

16  instance that I wanted to talk about.

17  Q.    Let's talk about that.  During the time when you

18  visited Mr. Valerio in September of 2011, did Mr. Valerio

19  ever sexually or physically, or both, assault you in any

20  way?

21  A.    Yes, he did.

22  Q.    Can you describe -- well, how many --

23  A.    I mentioned two.

24  Q.    So there were two instances?

25  A.    I mentioned two.  Yes.

1    Q.    When you say -- okay.  Withdrawn.  Tell us about the

2    first instance.

3    A.    It happened as I was staying at Mr. Valerio's house

4    and, you know, he suddenly like became mad.  I don't even

5    know, like out of no reason.  And he just told me, he just

6    told me that he wanted me to leave his house.

7              You know, like he just, he literally told me

8    that I have to leave.  Like, I have to leave?  He just

9    told me that I have to leave his house and that's it.

10             Like it wasn't his concern where or why, you

11   know, because I didn't know no people in the US.  I had

12   absolutely no funds.  I couldn't go back to my country.  I

13   couldn't even purchase a ticket back to my country.  I

14   didn't even have a place to go.  He just, you know, he

15   just like just put the condition to leave the house.

16   Q.    Around when was this?

17   A.    Approximately three weeks after my second arrival.

18   Q.    So sometime in September of 2011.

19   A.    Yes.  20-something.

20   Q.    What happened?  Where were you?  What time of day was

21   this?  And tell us what happened.

22   A.    Okay.  I think it was close to, it was during the

23   day.  It was during the day.  I remember he was expecting

24   me to leave his house like immediately.  But I didn't

25   know, you know, where to go.

108

1          And I just simply, I remember that he was in his

2    kitchen, okay?  And I remember that I came downstairs to

3    the kitchen.  I literally, I remember how I was dressed.

4    I remember that I had a bathrobe on top of myself.  The

5    black one.  And I remember how he was dressed.  He had

6    also like he was casually dressed.  And he had, you know,

7    also like a bathrobe, the one he was wearing at his home,

8    and like a casual pants or shorts.  Something like that.

9    Very casual.  Very casual.  Okay?

10          And so he was in the kitchen and I just started

11   to, you know, I approached and I didn't know what to do.

12   I just asked him, I started to beg him if I could stay at

13   least, you know, one or two more days in his house until I

14   find out, you know, the place where I can go.  But he

15   didn't want it.  He just wanted me to leave.  You know, he

16   just wanted me to leave.

17          And I literally started to beg him, you know?

18   And what he did is, he just, you know, he, like he pulled

19   me out, I remember, from the kitchen towards the cinema.

20   He has this control.

21   Q.    Cinema?

22   A.    Yes.

23   Q.    Like a theater?

24   A.    Yes, like a theater room.

25   Q.    What happened next?

1    A.    Yes.  So he pulled me out to the room, like a cinema

2    room.  And, you know, he just took my clothes off and he

3    forced me, me told me to crawl on the floor, okay?  He

4    told me to crawl on the floor.

5          And he would start calling me different, you

6    know, like insulting names.  I can't repeat how he would

7    call me but this is like not a proper language.

8    Q.    You can.  I'm asking you to testify truthfully and

9    completely, so the language that was used, I want you

10   to -- I'm asking you to repeat it even if it is not

11   appropriate language.

12   A.    Okay.  So he would call me like, you know, like he

13   would say a dirty whore, a bitch, and, you know, he would

14   use language like this.  And sentences like this.  And he

15   would, he would, you know, he would just constantly insult

16   me, humiliate me, would start calling me like this.

17         And he wanted me to reply in the same way, so I

18   had to tell, agree with him and I had to reply to him

19   like:  Yes, my master.  That's what he, you know, always

20   wanted to hear from me as a response.  Okay.

21         And after that, so he asked me to crawl on the

22   floor.  And I would.  I had like no clothes on myself.

23   Okay?  And he would use his hand like, I don't know how to

24   say in English when you do like this.  Slap, is it?  You

25   know, he would slap me, I think, if it's the proper word

110

1    to say.

2            THE COURT:  Let the record indicate the witness

3    made a slapping motion with her left hand.

4            Go ahead.

5            THE WITNESS:  And then he would, you know, he

6    would use his hand.  And he would just, you know, he would

7    just go like inside of me with his hand.  And he would

8    like continuously do it, which was painful for me.

9    Q.   I'm sorry.  Let me stop you right there.

10           Slapping.  Where did Mr. Valerio slap you?

11   A.   On my body.  Like, you know, like this.

12   Q.   Pointing to your rear end?  You are pointing to your

13   rear end?

14   A.   Like this.

15           (Conferring with interpreter.)

16           THE INTERPRETER:  My behind.

17   BY MR. KABRAWALA:

18   Q.   And approximately how many times?

19   A.   He would constantly do it.  He would, like he would

20   do it.  And he would insult me, use this language.  And he

21   would ask me to crawl on the floor.  And he would just,

22   you know, use his hand and just insert, you know, inside

23   of me.  And he would literally hurt me.  I ask him to stop

24   it but he just did it.  Like he didn't care.

25   Q.   Was his hand motion?

111

1    A.    Yes.  His hands were always in motion.

2    Q.    Okay.  And was it forceful?  Gentle?  Something else?

3    A.    It was forceful.  And I remember that it hurt me.  I

4    remember that he hurt me like really, really badly.

5    Really badly.  And I had to crawl, you know, on the floor

6    doing all of that.  And he would constantly like humiliate

7    me.

8    Q.    Did he have anything in his hand or was he using his

9    hand?

10   A.    I think he had.  I think he had, yes.

11   Q.    What do you think he had?

12   A.    Just it is from, you know, is my recollection.  If he

13   had, he had like a stick.

14   Q.    A stick?  Did he use his hand in a closed hand, like

15   a closed fist, or an open hand?

16   A.    I think he did both.

17   Q.    Okay.  And you said that he put his hand inside you.

18   Was it in your --

19   A.    Yes.

20   Q.    -- mouth?  Vagina?

21   A.    In the vagina.  He would put it in the vagina.  But

22   he would also try, you know, to put it in the other area

23   as well.

24   Q.    In your anus?

25   A.    Yes.

1    Q.   Was his hand closed?  Open?  Can you please describe

2    the -- I know it's uncomfortable, but I'm trying to get

3    the details for the record.

4    A.   He would move his hand.  It would be like open and

5    closed.  He would move his hand.

6    Q.   Now, did he do anything other than what you have

7    described?

8    A.   Yes.  He would like, you know, he would, at that time

9    I had long hair, the black long hair at that time I had,

10   and he would pull me like, you know, with the hair also.

11        And also I remember he would ask me to -- I'm

12   going to ask the interpreter how to say it.

13   Q.   Please take your time.

14        (Witness and interpreter confer.)

15        THE INTERPRETER:  It's very hard to tell me

16   that, but he would ask me to use the like oral sex.

17   A.   Like, you know, with my mouth to specifically perform

18   on his, how do you, you know, the male organ.  How do you

19   call it?

20   Q.   Penis.  Did you perform oral sex on his penis?

21   A.   I told him that it is disgusting and I told him that

22   I don't want to do it, you know.  But he would, he would,

23   he would force me to do it.  Specifically, like he would

24   pull me, you know, through my hair.  That's what he would

25   do.  I told him that.

1          And I know that for me it is disgusting.  Okay?

2     For me, it's disgusting.  And I told him it was disgusting

3     for me.

4     Q.    Just so the record is clear.  Did you perform oral

5     sex on him?  And I will ask you follow-up about whether

6     you wanted to or not.  But did you?  Yes or no?

7     A.    Yes, I did.

8     Q.    Now, did you want to perform oral sex on him?

9     A.    No.

10    Q.    Did you resist, or tell him no?

11    A.    I told no.  Yes.

12    Q.    Did you resist, or tell him no, that you did not want

13    to be slapped?

14    A.    Yes, I told no, because I didn't want to be slapped.

15    I told him that I don't want to crawl on the floor.  Of

16    course I did.

17    Q.    Did you resist or tell him no, that you don't want

18    any of part of his body inside your body?

19    A.    Yes.  I told him.  I couldn't fight him, you know,

20    but I told him no.  Yes, of course I did.

21    Q.    Were you subdued in any physical way such as a

22    restraint?

23    A.    What is it?

24    Q.    Were your hands tied?  Were you pinned down?  How

25    were you restrained, if at all?

114

```
 1              (Witness and interpreter confer.)
 2   A.   Yes.   I remember he would hold my hands like this, on
 3   the back.
 4              THE COURT:  The witness is indicating with her
 5   hands behind her back.
 6   A.   Yes.  Like this, I remember.
 7   BY MR. KABRAWALA:
 8   Q.   Were they tied in any manner or restrained in any
 9   way?
10   A.   He would just hold.  He didn't use anything specific.
11   He would just hold with using his own, you know, using his
12   own hand.
13   Q.   Was he standing above you, to the side of you, on the
14   floor?  Describe how he, where he was in relation to you
15   during this occasion.
16   A.    I remember that I was on the floor.  Okay?  And he
17   would be like, not a position, like not laying down, but
18   in a position like crawling; you know, when you are about
19   to crawl?
20              And the hands would be like this.  And he would
21   hold them like this.  And he would be, like he would be
22   like almost on top, like sitting on my, you know, on my
23   back.
24              MR. KABRAWALA:  The witness gestured, for the
25   record, behind her back, when she was describing that.
```

1          THE COURT:  Yes.

2     BY MR. KABRAWALA:

3     Q.    Approximately how long did this encounter last?

4     A.    It wasn't a short encounter.  I would say it would be

5     between one hour and two hours.  Something like that.

6     Between.  Because it only stopped after, you know, like I

7     was suffering.

8              But for him it didn't really matter.  It stopped

9     after he received his satisfaction.  So basically until he

10    received whatever he was looking for.  Then, only after

11    that, like after he was like completely discharged.  You

12    know.

13    Q.    Discharged?

14    A.    Yes.  Like completely discharged.  After he discharge

15    himself.  Like even after he had like even no energy left.

16    Q.    You mean ejaculated or --

17    A.    Yes.

18    Q.    Okay.  At any point during that encounter, did you

19    have sexual intercourse with Mr. Valerio?

20    A.    Yes.  He would try, he would do it.  He would do it.

21    If that's what you mean, yes, he would do it.

22    Q.    Just so we are talking about the same thing.  Did he

23    insert his penis in you?

24    A.    Yes, he did.  Umm-hmm.

25    Q.    And again, did you say no or resist in any way?

```
1    A.    I told him no.  I couldn't otherwise resist but I

2    told him no way.

3    Q.    Did you have the opportunity to -- withdrawn.  After

4    this was over, what happened?

5    A.    After this was over, I remember that I just, I cried.

6    I was crying.  And I just went upstairs to the room where

7    I was staying.

8            And then I just stayed, you know, I just stayed

9    till I left.  I didn't even talk to him much.  I only told

10   him that I'm ready to leave this day and then he drove me

11   to the airport.

12   Q.    Did you observe any marks on your body of any kind?

13   A.    I felt pain inside.  It was painful for me to walk,

14   you know.  And I think that it was definitely painful for

15   me to walk.

16   Q.    To walk?

17   A.    To walk.  Like this.

18   Q.    Oh.  To walk?

19   A.    To walk.  And I remember that I was bleeding as well

20   inside.

21   Q.    You were bleeding inside your vagina?

22   A.    I had, yes, I have had blood.  Yes.

23   Q.    Did you observe any red marks anywhere on your body?

24   A.    That I cannot say for sure.  That I cannot say.

25   Q.    Just to be clear.  Were you menstruating during this
```

1    time period?

2    A.    No.

3    Q.    So you, at some point after that, you told him you

4    were leaving.  Correct?

5    A.    It is not that I wanted.  You know, it is just I had

6    no other choice.

7            I had to go somewhere because I didn't, like I

8    couldn't, he didn't want me to stay in his house, and I

9    couldn't obviously be on the street.  So I just contacted

10   a person, who I didn't even know.  He was like a very, you

11   know, cold contact.  Just a person who I just barely knew

12   in Seattle.  He invited me to come and stay with his

13   family.  I would stay with his family.

14   Q.    Was this another romantic --

15   A.    It wasn't romantic.  It was more of a, you know, kind

16   of a friend connection.  Because I was staying with his

17   barracks, they all stay over there.

18   Q.    The person that took you in in Seattle, did you meet

19   that person on any kind of dating website?

20   A.    Yes.  But -- yes.  But it was like a very, you know,

21   contact -- I even contacted him two days like prior to my

22   arrival to him just because I had no other choice.  I

23   didn't want to go over there to be with a stranger.  I

24   didn't want to but I had no other choice.

25   Q.    Did you, at any point in time following this first

1    instance, report Mr. Valerio to any sort of legal

2    authorities?

3    A.    I was considering.  I was considering.  Specifically

4    after that incident, when I was in Seattle I was

5    considering to maybe contact the police.  I was

6    considering.

7    Q.    Why didn't you?

8    A.    I was hesitant because, first of all, this is a

9    foreign country to me.  Like this is not my country.  I

10   never dealt with no American police or whatever and I

11   didn't know what their reaction would be.

12          And also, like my, you know, my primary concern

13   at that point was about my family and the reunion with my

14   family because like, for instance from Mr. Valerio's

15   house, I remember that I called to the orphanage, like

16   every other day I would call back home, I would call back

17   home, and I would check on my daughter, how she's doing,

18   how she's doing.

19          And they, you know, like this principal of the

20   orphanage in the Ukraine, they wouldn't, they would even

21   refuse to tell me how she was.  They were very rude.  They

22   told me they have so many kids, we don't know how your

23   daughter is.  They just didn't want to even talk to me.

24          But I was -- so my priority was to reunite with

25   my family, to get my daughter out of the orphanage to make

1    sure that she is okay.  That was my priority.  And he was

2    like, you know, regarding the kids.

3            And I want you to know, because it's important,

4    regarding the kids he was, and my daughter specifically,

5    he was very receptive.  Like he really wanted her to be

6    part of the family.  Okay?

7            And he told me, like he told me about his

8    previous relationship with this woman I believe from South

9    Africa.  Angelique I believe her name is.  And he told me

10   that he has a daughter with her.  Her name is Alexa, his

11   daughter with this woman.  And I remember that he was

12   showing me this picture of his daughter when she was

13   staying with him like at his house.  He would show me the

14   pictures of his daughter.  And he would tell me that he

15   was like very happy.

16           And I could see that he was very sincere, that

17   he had love for the child.  And I could see that he was,

18   you know, really missed the child, you know.  And he would

19   also like tell me that he would complain that the daughter

20   wasn't with him; that this woman took her away from him.

21           And so I could see that basically, you know,

22   that he would be -- and he would also encourage me to

23   bring my own daughter to live with him.  So I saw that he

24   would be, you know, a suitable, a very good person as a

25   father.

120

1  Q.   So you didn't call the police because you still held

2  out hope that --

3  A.   Yes, I hold out hope.

4  Q.   May I finish the question so the record is clear.

5       You didn't call the police on Mr. Valerio

6  following this incident of September 2011 because you,

7  essentially you still held out hope that Mr. Valerio would

8  be a good father to your child?

9  A.   Exactly.  Exactly.  I saw him as a father to his own

10  son and I saw his sincere concern to his daughter with

11  this woman Angelique.

12       And he also told me this woman, she had a son,

13  which wasn't his son, from the previous relationship of

14  her.  But he would tell me that he would, like he would

15  see no difference, you know, between a boy and between his

16  own daughter and he would accept the son as his own one.

17  Q.   Okay.

18  A.   He would also tell me about this.

19  Q.   I want to talk about your second trip to

20  Mr. Valerio's house.

21  A.   Okay.

22  Q.   That trip in that time, in the fall of 2011.  What

23  made you come back after Seattle?

24  A.   First of all, I realized that there was no place for

25  me in Seattle.  And there never was.  Like simply, like I

1    was simply, like there never was.

2           And Mr. Valerio, after this incident he

3    contacted me through the email.  He contacted me and he

4    was completely in a different tone.  Completely like

5    nothing happened, you know.  He contacted me.  And he

6    would ask me how am I doing, if I'm all right.  And he

7    would, you know, the purpose of reestablish the

8    relationship, you know, in a softer way, a nice way, a

9    gentle way, and he would advise me to come back to him.

10          And I decided to give it a chance because I was,

11   in my mind I was like, in my mind I was after being in a

12   family, and I decided to give him a chance of building the

13   family with him.

14   Q.   So you came back to him, hoping to build a family

15   with him.  He paid for your flight.  Correct?

16   A.   Yes, he did.

17   Q.   This second time when you stayed with Mr. Valerio,

18   how long was that visit?

19   A.   The second time I came back, it was, I think it was

20   second week of October, and stayed till the end of

21   October.

22   Q.   During that second visit in the fall of 2011, did

23   Mr. Valerio ever sexually or physically assault you in any

24   way?

25   A.   I remember that, you know, when he was about to pick

122

1    me up from the airport so he -- I was communicate -- he

2    bought me a cell phone before.  So I had a cell phone with

3    an American sim card.  So I still, like it was activated.

4         So I was communicating with him through the cell

5    phone at that time.  And he would ask me that he wanted me

6    to come.  Like I came from the airport.  I flew.  And then

7    he would tell me from the airport to take a taxi and to go

8    to the Central Park, Manhattan, and there he was going to

9    pick me up in Central Park.  Not in the airport but in

10   Central Park.

11        And he was specifically, I remember, telling me

12   in the task of how he would like me to be dressed.  Okay.

13   Q.   How was that?

14   A.   Yes.  He would tell me that he wanted me specifically

15   to have like a mini dress or a mini skirt to put on.  And

16   he would tell me to wear the panty hose.  Right, in

17   English?  Panty hose.  And he would tell me not to put,

18   like no underwear.  That was his --

19   Q.   And you did it.

20   A.   I did it.  But I didn't understand why he asked me,

21   but I just did it.

22   Q.   So -- withdrawn.  Around what time was this that you

23   arrived into New York City?

24        Was it late?  Was it during the day?

25   A.   No.  I arrived during the day.  And it took me a

1    while to drive from the airport to Manhattan also.  But

2    Mr. Valerio I met around from, it was between 4 to 5 pm in

3    Central Park.

4    Q.    Okay.  What happened once you met him?

5    A.    He picked me up.  I was waiting there, waiting in a

6    taxi.  I was waiting in a taxi in the Central Park.  And

7    he arrived.  He arrived in his car.  I remember the Range

8    Recover, the one that he has, the black one.  Okay?  So he

9    picked me up in that car.  He paid for the fee that I was

10   supposed to pay to drive me to the airport.

11   Q.    The taxi fare.

12   A.    Yes, the taxi fare.  And I came.  Whatever small

13   luggage I had, I put in his car and I came into his car.

14         And he was like he was very happy to see me.  He

15   was, you know, he asked me how was I doing.  He was in the

16   car.  He was like talking nice to me, like very happy that

17   I came, you know.

18         And then we started to drive from the Central

19   Park all the way back to his house to Long Island.  Okay?

20   And so I remember we were driving.  And like everything

21   was okay during the initial ride through the town.  But we

22   were like already in the Long Island.  I don't remember

23   where it was because I'm not very familiar with the area.

24   Like I can describe how it looks but I cannot tell where

25   the specific location.

124

1    Q.   Okay.  Go ahead.  Describe, in as much detail as you

2    can, where you were and what happened.

3    A.   So I remember it was already a long drive.  And the

4    road from Manhattan to Long Island takes like a couple of

5    hours to drive.  So I remember that we are in Long Island

6    already, so it was already dark.  It was already dark.  It

7    wasn't night but it was like, I don't know, like 8, 9 pm.

8    Something like that.  It wasn't like very dark but it was

9    like a twilight, a twilight.

10              So he just, he suddenly stopped the car and he

11   pulled over.  He pulled over from the road.  Just pulled

12   over to the side.  And he just pulled over.

13              And he, you know, he was sitting with the

14   driver's area place and I was sitting next to him.  And he

15   would just, he would just, you know, use his hand and just

16   like, so he just, like an animal, like attacked me, you

17   know, like using his hands.

18   Q.   What do you mean?

19   A.   Using his hand, he would put it like under my

20   clothes.  He wouldn't take the panty hose off.  He would

21   just, you know, go inside of it with his hands, through

22   the clothes, you know.

23              And it was very painful because like, I don't

24   know, a woman will probably understand, like with your

25   hand through the clothes.  He didn't take it off.  And he

1    just started, you know, to use his hand like inside of me

2    and he was just -- and I just, like I was shocked.  I was

3    shocked.  You know, I didn't understand why he did it or,

4    like, just absolutely like no explanation.  No, just, you

5    know, he did it.  And he kept doing it till he, you know,

6    till he relieved himself.

7    Q.   So to get this straight.  He was driving and he

8    pulled over on some road.  You don't know exactly where

9    that was.

10   A.   On the Long Island.  I remember that there was like,

11   for instance, like a road you drive and he would pull over

12   to the side where there was like no cars.

13   Q.   Okay.  So you were on the road somewhere in Long

14   Island.  And in the moments before, did you have any

15   warning that he was going to do this to you?

16   A.   No.  We was just listening to the music.  We was just

17   listening to the music.

18   Q.   And it is your testimony that he pulled over and took

19   his hand and put it up your vagina?

20   A.   Yes.

21   Q.   While you were still wearing panty hose?

22   A.   Yes.

23   Q.   And it was painful?

24   A.   It was very painful.  Because it was not only the,

25   you know, the pain of the hand, it was also the clothes,

126

```
1       you know, when it is, like how do you say it?
2                (Witness and interpreter confer.)
3                THE INTERPRETER:  When it's rubbing against.
4       A.   Yes, when it's like rubbing the skin it was also
5       painful, you know.
6       BY MR. KABRAWALA:
7       Q.   Did your clothing tear in any way?  Your panties.
8       A.   Yes.  He completely, like he made like a hole, you
9       know, over there.  And I think it was, for him it was
10      giving him some kind of a drive, you know, when a woman
11      like no, no underwear but the panty hose and mini skirt;
12      that, you know, it was really like driving him crazy, you
13      know.
14      Q.   Were you resisting in any way?
15      A.   I was shocked.  I didn't.  I wasn't like out of the
16      car.  Like it was locked completely.  It was his car.  The
17      car was locked.  I couldn't go nowhere.
18      Q.   Why --
19      A.   Like I couldn't --
20      Q.   Didn't you -- I'm sorry.  Go ahead.
21      A.   I couldn't go.  I couldn't open the car.  There were
22      no people around.  It was just in the middle of nowhere.
23      And it was dark.  I didn't even know the area.
24      Q.   Was he saying anything to you at this time?
25      A.   You know?  He was, after he finished like doing what
```

127

```
 1    he was doing, like, you know, satisfying himself and after

 2    his discharge, like he felt this relief and he turned to

 3    me and said that he was sorry.  He turned to me and said

 4    that he was sorry.

 5    Q.    How --

 6    A.    He turned to me and said that he was sorry.

 7          But I remember that he, you know, like when I

 8    was trying to get myself out of here, I remember that I

 9    hurt my head in the car, in the car, you know, trying to

10    turn around away from him.

11    Q.    So while Mr. Valerio was penetrating you with his

12    hand, you turned to move away and you hit your head?

13    A.    Yes.  With the car.

14    Q.    Did he say anything to you while he was physically

15    assaulting you?

16    A.    No.  He was just, and I remember he also tried to

17    kiss me, you know, like kiss and simultaneously to use his

18    hand.

19    Q.    You did gesture.  It sounds like you were testifying

20    that Mr. Valerio was masturbating while he was doing this

21    to you.

22    A.    Yes, he was.

23    Q.    Did you -- withdrawn.

24    A.    He told me he was sorry after he finished, you know,

25    after he said.  That was like, you know, after he, like
```

1    something wild came out of him, you know.  And then he

2    turned and then he did like this even.  Maybe he even felt

3    sorry, I don't know, but --

4    Q.   You're slumping.

5    A.   That was his gesture trying to show.  Maybe he even

6    felt sorry, I don't know, but he said, he told me that he

7    was sorry.

8    Q.   Did you call the police or notify any sort of

9    authorities about the interaction?

10   A.   No.  I didn't call to nobody.  Because I just, I

11   didn't.  No.  I didn't call.  I didn't call.  I thought --

12   I couldn't understand why he was doing this.  He wasn't

13   like this all the time.  He was just, you know, it was

14   like some kind of madness, you know, coming on him.

15           And I was, I wanted desperately to reunite with

16   my daughter.  And he would encourage me.  Like he would

17   encourage me constantly to get her out and to bring her,

18   you know, as a family, to live together with him.

19   Q.   So despite this second event, you wanted to give him

20   another chance because you saw him as a good father

21   figure.

22   A.   Yes.  And also I was thinking that he lived in the

23   marriage with this Russian lady, his wife.  Natalia, I

24   believe.  He lived for over ten years, since '11 or '12,

25   something like that, from what he told me, his first

1    marriage.

2         And it was, from my point of view it was kind of

3    successful, his marriage with his wife.  And he had a kid.

4    And I saw the kid.  I saw his mother.  And I thought that

5    maybe he is, you know, maybe he is a normal person.  Maybe

6    he is a good person; like, if she lived with him for more

7    than 10 years, this Russian lady, his first wife.  So I

8    guess, you know, that's how I saw it.

9         And also his attitude with his other kids, like

10   Alexa.  I believed him he was concerned about her.  Like

11   he truly loved her, his daughter.  And even the kid.  I

12   think that the other one that she had, the boy, I forget

13   his name, he was sincerely concerned about them like I

14   could see from him.

15   Q.   I want to show you a few documents.

16        May I approach the witness?

17        THE COURT:  Yes.

18   BY MR. KABRAWALA:

19   Q.   I will have you turn to some exhibits here.  The

20   first exhibit I'm showing you is Exhibit No. 9.

21        Do you recognize this document, Exhibit 9?  It

22   is a one-page.  Looks like some sort of contract.

23   A.   Yes, I do.

24   Q.   Is that your signature?

25   A.   Yes.

130

```
 1    Q.   Is this a true and correct copy of the document that

 2    you signed?

 3    A.   Yes, it is.

 4            MR. KABRAWALA:  Your Honor, the government moves

 5    into evidence Government Exhibit 9.

 6            THE COURT:  Any objection?

 7            MR. LATO:  No, your Honor.

 8            THE COURT:  Government Exhibit 9 admitted.

 9            (Government Exhibit 9 in evidence.)

10    BY MR. KABRAWALA:

11    Q.   Can you describe what that document is.

12    A.   It is a contract that he came out with and he asked

13    me to sign.

14    Q.   And I see that it is dated, the email on which it is

15    printed, a date from October 18, 2011.  This is at the end

16    of your stay approximately.

17    A.   Close to the end.

18    Q.   Close to the end of your stay with him.  Correct?

19    A.   Yes.

20    Q.   Is it fair to say that this is some sort of,

21    quote-unquote, contract where you are promising to

22    quote -- withdraw that.

23            Is it true that this is some sort of contract

24    where you are entering into a, quote, multiple partner

25    relationship, close quote, with Mr. Valerio?
```

131

1    A.    That's what he, this is what he wrote, yes, contract.

2    Q.    I want to focus your attention to the last few

3    sentences.  And I'm going to read it.  Just tell me if I'm

4    reading it correctly and then I will ask you a couple of

5    follow-up questions about it.

6            So it is the fifth line from the bottom.  It

7    reads in boldface print:

8            "I," meaning you, "always obey his commands and

9    provide the support for our strong partnership.

10            "Joseph," meaning Mr. Valerio, "promises to be a

11   good man and a gentle man with his partner when not

12   engaging in consensual rough sexual intercourse which I,

13   Helena, meaning you, also enjoy.  Therefore, in balanced

14   harmony, Joseph will treat me as an equal when I'm obeying

15   him thoroughly."  Close quote.

16            Did I read that correctly?

17   A.    Yes.

18   Q.    To be clear.  The instances that you described of

19   Mr. Valerio sexually assaulting you, did you consider that

20   to be consensual intercourse?

21   A.    No, I don't.

22   Q.    Why not?

23   A.    First of all, during the first, you know, incident, I

24   was literally begging him to allow me to stay in his house

25   at least until I would be able to find a way to go

132

1    somewhere.  I was literally begging him.

2          At the end, you know, at the end of the sexual

3    assault, he would tell me -- this is, I forgot to say

4    it -- he would tell me after, you know, he got his

5    satisfaction, he got discharged, he told me this is how

6    you earn your additional like two days.

7          This I clearly, I remember what he said.  It was

8    kind of a, you know, how I earned, according to him, the

9    additional two days to stay in his place.

10   Q.   So just to be clear.  After the first time, in

11   September of 2011, when he had asked you to leave, you

12   told us about that assault that took place.  And following

13   the assault, Mr. Valerio said, in effect, this is how you

14   had earned an additional two days?

15   A.   Yes.  I remember he said that.

16   Q.   I notice here in this purported contract it says that

17   you will never mention the word police in his home because

18   he is my provider and my leader as well as my guard.

19         This language about police?

20   A.   Yes.

21   Q.   To your knowledge why is that in this purported

22   contract?

23   A.   I never told him, you know, I never told him that I

24   would openly, that I was considering the contact, the

25   police or whatever.  But I think that this is his

133

1    subconscious fear.  I think that he was afraid.  He was

2    afraid.  And this is, and he wanted to, you know, secure

3    himself.  He would think that I would make because I would

4    told him that this is, you know, like; but I never openly

5    told him I'm calling the police right now.  That situation

6    never happened.  But it was in his, you know, I think he

7    was scared that I might do it.  That's why he did it.

8    Q.   Other than the two instances that you described in

9    the fall of 2011, were there any other instances of sexual

10   assault, nonconsensual sexual assault, that Mr. Valerio

11   perpetrated on you?

12   A.   I left.  I left in October.  Close to end of October.

13   Q.   So the answer is no?

14   A.   No.

15   Q.   After you left, did you ever come back to Mr.

16   Valerio?

17   A.   No.

18              (Continued on the following page.)

19

20

21

22

23

24

25

134

1    DIRECT EXAMINATION   (Continuing)

2    BY MR. KABRAWALA:

3    Q    I want to have you jump ahead to number 13.

4         Do you recognize this two page document?

5    A    Yes.

6    Q    Is this an e-mail that Mr. Valerio sent to your

7    e-mail address?

8    A    Can I look at it?

9    Q    Pardon?

10   A    Can I read it?

11   Q    Oh please, please, take your time.

12        That is an e-mail that you received from

13   Mr. Valerio, correct?

14   A    Yes, this is.

15   Q    Is it a true and correct copy of that e-mail?

16   A    Yes, it is.

17        MR. KABRAWALA:  Your Honor, the government moves

18   Government Exhibit 13 into evidence.

19        MR. LATO:  No objection.

20        THE COURT:  Government Exhibit 13 admitted.

21        (Government Exhibit 13 in evidence.)

22   BY MR. KABRAWALA:

23   Q    I'm going to read a portion of the fourth paragraph

24   down from Mr. Valerio.

25        Quote:  I wanted to ask if you would also help

                    Ellen S. Combs, CSR

               OFFICIAL COURT REPORTER

135

1   me with an adoption of a child from your country.  Can you

2   help me just by saying we are a couple looking to adopt.

3   I will give you a sold commission for your help, that you

4   know.

5          Can you briefly describe what is being discussed

6   here.

7   A    Yes.  He asked me, he asked me at this point to help

8   him out to adopt a child from my country.  Specifically

9   this is a request he want me to help him to adopt a child

10  from my country.  And he, like he is understanding, okay.

11  This understanding he wanted us like me and him to pose as

12  a couple in front of the -- so is thought that he could do

13  it.  He would take his chances of getting a child from my

14  country.

15  Q    Please take a look at number 14, Government 14.  And

16  this will be my last series questions.

17         I'll ask you again whether this is a true and

18  correct copy of the e-mail that got from Mr. Valerio?

19         For the record Government 14 is dated 2013/7/8.

20  So that is July 8, 2013.

21  A    Yes.

22         MR. KABRAWALA:  Your Honor, the government moves

23  Government Exhibit 14 into the record.

24         MR. LATO:  No objection.

25         THE COURT:  Government 14 is admitted.

                        Ellen S. Combs, CSR

                     OFFICIAL COURT REPORTER

```
 1              (Government Exhibit 14 in evidence.)
 2   BY MR. KABRAWALA:
 3   Q    I'm going to read from the second paragraph on.
 4              I want to be able to teach my new daughter all
 5   the talents I have passed onto my son and daughter.  There
 6   will be an au-pair with me as well to tend to a little
 7   girl's needs.  I have a girl here now that's qualified.
 8   If not her later on there will be some other qualified
 9   helper or woman with me.  The won't only be for me to
10   enjoy and raise.  When I plan an action I think it
11   through.  As far as going to meet with authorities in the
12   Ukraine, that's no problem as you will accompany me there
13   posing as my girlfriend.
14              Tell us what's going on in there?
15   A    He was, there he was -- after first request to help
16   him with adoption I became concerned.  I'm saying that
17   after his second request for an adoption, specifically to
18   help him to adopt a child from Ukraine, so I became
19   extremely concerned.  Extremely concerned.  And I
20   immediately like, I responded to him.  But if you will go
21   look at my letter.  There was a response.
22              And I was trying to find out what was his plan.
23   I wanted to know what was, what was he planning to do.
24   Okay.  And he basically, he is telling me what his plan
25   is.  Like he explains to me how his plan to take the girl,
```

                              Ellen S. Combs, CSR

                           OFFICIAL COURT REPORTER

```
 1    that um, that, this is what he says.  He will teach her

 2    this and this and this.  And there will be an au-pair and

 3    etcetera.  And he told me that he was going to come.  So

 4    he is basically tell me what his intentions are.

 5    Q    Did you help him -- withdrawn.

 6         Did you ever help Mr. Valerio adopt some other

 7    child from the Ukraine per his e-mail request?

 8    A    No.  I sent a letter to the consulate, American

 9    consulate make sure he will never adopt anyone from my

10    country or from anywhere in the world.

11    Q    Thank you.  There is nothing further.

12         THE COURT:  Okay, we'll take a ten minute break

13    before the cross.

14         (A recess was taken.)

15         (After recess the following occurred.)

16    CROSS-EXAMINATION

17    BY MR. LATO:

18    Q    Good afternoon, Ms. Kalichenko.

19    A    Good afternoon.

20    Q    I'm going to ask you questions for about 15 minutes.

21         Most of my questions will call for a yes or no

22    answer.  If you don't understand my question or can't

23    answer it yes or no, please tell me and I'll rephrase the

24    question.  Okay?

25    A    Yes.
```

Ellen S. Combs, CSR

OFFICIAL COURT REPORTER

138

```
 1    Q     Do you understand me now?

 2    A     Yes.

 3    Q     Did you meet Mr. Valerio in July of 2011?

 4    A     Was the very --

 5    Q     I'm sorry.  I can't hear you.

 6    A     Was the very end of June, like very end of June.

 7    Q     Did you meet him in the United States?

 8    A     Yes.

 9    Q     Was it in Long Island?

10    A     Um, I came to New York.  Which airport I don't --

11    Q     When were you --

12    A     In New York.  It would have been, um I don't remember

13    which airport it was.

14    Q     How long did you stay with Mr. Valerio?

15    A     The first time?

16    Q     Yes.

17    A     The first time ten days.

18    Q     Did you have sex with him during those ten days?

19    A     Yes, I have.

20    Q     Did he have a bad temper at any point within those

21    ten days?

22    A     I know just that he would have changes in his mood,

23    yes.

24    Q     And that is the first ten days you were with him you

25    already noticed that, right?
```

Ellen S. Combs, CSR

OFFICIAL COURT REPORTER

139

```
 1    A    I notice that he has --

 2    Q    Yes or no?

 3    A    Yes, I know he has.

 4    Q    Did you thereafter go back to the Ukraine?

 5    A    Yes, I went back to the Ukraine.

 6    Q    In September of the same year did you come back and

 7    spend time with Mr. Valerio?

 8    A    Yes, I came back.

 9    Q    Did you want to build your relationship with him?

10    A    Yes.

11    Q    Did you have sex with him?

12    A    I had sex with him, yes, at that time.

13    Q    In September of 2011 was your daughter about one year

14    old?

15    A    September, yes.

16    Q    Now the second time you were with Mr. Valerio in

17    September, did he show that he had a bad temper?

18    A    I could say that he showed more of his character.

19    Q    Well, were there times that he was good to you and

20    times that he was bad to you?

21    A    Kind of, yes.

22    Q    Some days he was good Joe and bad Joe, right?

23    A    Yes.  It was, yes, yes.  I never said that there was

24    no good part.

25    Q    Okay, please.  I just want a yes-or-no question.
```

Ellen S. Combs, CSR

OFFICIAL COURT REPORTER

1          Now is it a fair statement that Joe acted like

2     he had a dual personality?

3     A     It's so --

4     Q     Let me withdraw that.

5          When you testified about an hour ago, did you

6     say that Mr. Valerio had a dual personality?

7     A     I said he has dual personality, yes.  I said that he

8     had dual personality.

9     Q     Now in September of 2011 did he assault you?  Was he

10    forceful with you against your will?

11    A     I just described, yes.

12    Q     But I'm going to ask you a few more questions about

13    that.

14         Just so you know, now it's my turn to ask

15    questions.  I know it's not familiar to you, but

16    Mr. Kabrawala asked you questions and now I have a chance

17    to ask you the same questions even though you may have

18    said it earlier.  Okay?

19    A     Okay.

20    Q     Do you understand?

21    A     Yes, I do.

22    Q     Now, the first time Mr. Valerio assaulted you, right

23    before he did that he told you to leave his house,

24    correct?

25    A     Yes, that is what he did.

                    Ellen S. Combs, CSR

                 OFFICIAL COURT REPORTER

141

1    Q    You begged him to stay, right?

2    A    Yes.

3    Q    And what he did was he ripped your clothes off,

4    right?

5    A    First he dragged me from the kitchen to, it was a --.

6    And then that same room that's where he took my clothes

7    off.

8    Q    And he made you crawl on the floor, right?

9    A    Yes, he did.

10   Q    And he slapped your behind, correct?

11   A    Yes.

12   Q    In fact he inserted his hand into your vagina, right?

13   A    Yes.

14   Q    He called you a whore, right?

15   A    He would, he would use different insultive (sic)words

16   including this one.

17   Q    Did it occur to you during this while he was doing

18   this, that maybe he wasn't the right guy for you?

19   A    I don't think I was thinking about at this point.  I

20   just um, are you talking about during the incident

21   specifically?

22   Q    Yes.  Right.

23        In other words, while he was assaulting you and

24   putting his hand inside you, did you come to the opinion

25   that maybe this is the wrong guy for me?

                    Ellen S. Combs, CSR

                 OFFICIAL COURT REPORTER

142

```
 1    A    I didn't make exactly opinion.

 2    Q    Please just yes or no?

 3    A    I was just --

 4    Q    Please.  Once again --

 5         THE COURT:  Ms. Kalichenko, if you could just

 6    answer the question yes or no or just tell him you can't

 7    answer it yes or no.

 8         THE WITNESS:  If I can answer yes or no, I just

 9    have to tell him.

10         THE COURT:  You can't tell him.

11         THE WITNESS:  I can't answer this yes or no.

12    BY MR. LATO:

13    Q    Did he want you to perform oral sex on him?

14    A    Yes, he wanted.

15    Q    You did not do that at first, correct?

16    A    During that incident he forced me to do it.

17    Q    But you refused, right, you didn't want to?

18    A    I didn't want, no.  I didn't want.

19    Q    But once later you performed oral sex on your infant

20    daughter, correct?

21    A    I won't answer that.  I don't want to answer.  I

22    refuse to answer.

23    Q    You can't refuse to answer anything unless the judge

24    says so.

25    A    You want me answer yes or no, and I can't say yes or
```

Ellen S. Combs, CSR

OFFICIAL COURT REPORTER

1    no.

2              MR. LATO:  Your Honor, given that she is a

3    defendant, I'm going to defer to the Court what she can

4    not do, and I withdraw my question what she can and can

5    not do.

6              THE COURT:  You can't answer yes or no?

7              THE WITNESS:  I don't want to answer yes or no

8    because it wouldn't be my answer to this question.

9              THE COURT:  Okay.  I think the government will

10   concede that fact in any event based upon the evidence in

11   the case.  Right?

12             MR. KABRAWALA:  Your Honor, the videos certainly

13   speak for themselves.

14             THE COURT:  So you can stipulate to that.

15   BY MR. LATO:

16   Q    Now Mr. Valerio assaulted you a second time in a car,

17   right?

18   A    Yes, he did.

19   Q    And that time when he assaulted you it was with your

20   pantyhose still on, correct?

21   A    Yes.

22   Q    And he actually put his hand through your pantyhose

23   into your vagina, correct?

24   A    Yes.

25   Q    And it hurt, right?

                         Ellen S. Combs, CSR

                      OFFICIAL COURT REPORTER

144

```
1    A    Yes.

2    Q    Well at this point did you say, This is not the right

3    guy for me.  I should get away from this guy?

4    A    He apologized.  He said he was sorry.

5    Q    Well, it's not like he spilled coffee on you, right?

6    A    It's not.

7    Q    Right, okay.  He actually shoved his hand into your

8    vagina and said to you he was sorry after masturbating,

9    and you were okay with that?

10   A    I would prefer not to answer that question.

11   Q    I'll move on.

12        Now when you were in the United States in June,

13   July or September of 2011, did you see any other American

14   men?  I'm not asking you what happened, just whether you

15   saw them?

16   A    (Inaudible).

17   Q    You say September of 2011, did you see men other than

18   Mr. Valerio in the United States?

19   A    The person who I has to go to, and that's it.

20   Q    Well did you think maybe he was a better choice?

21   A    I wasn't looking for him for this point of view at

22   all.  I just had a place to go.

23   Q    Now even after Mr. Valerio did these things to you,

24   in the -- room and in the car, was it still your hope that

25   he would be nicer to you in the future?
```

                          Ellen S. Combs, CSR

                        OFFICIAL COURT REPORTER

1    A    Yes, it was still my hope, yes.  It was still my

2    hope.

3    Q    Now on or about October 18 of 2011, did you and

4    Mr. Valerio enter into a contract that has previously been

5    introduced here as Government Exhibit 9?

6    A    He drafted the contract, yeah.  It was his

7    initiation.  It came out of his mind, you know, this

8    contract, and I did sign it.  It wasn't my initiative.  I

9    just know he wanted me to sign it.  It just came from his

10   mind.

11   Q    On October 18th, 2011, did you send Mr. Valerio an

12   e-mail in which you agreed to enter into a contract with

13   him and agreed to have rough sex and do cooking with him,

14   your words?

15   A    In October 18 I sent an e-mail.  This is not what

16   happened.

17   Q    Wait, hold on.  I want to show you Defense Exhibit A

18   for identification.

19          Please tell me if you recognize it.  And use the

20   interpreter if you have trouble reading it.

21   A    Yes.  So that was out of more my words.  And the

22   other one was his words.  This was my words here.  He

23   wanted me to --

24   Q    Is Defense Exhibit A for identification an e-mail you

25   sent to Mr. Valerio, yes or no?  Did you send this to him?

                        Ellen S. Combs, CSR

                     OFFICIAL COURT REPORTER

146

1   A    I sent, I sent, but that is not how at the time.  But

2   I sent.

3           MR. LATO:  Your Honor, at this time I offer

4   Defense Exhibit A.

5           MR. KABRAWALA:  No objection.

6           THE COURT:  Defendant's Exhibit a admitted.

7           (Defense Exhibit A in evidence.)

8   BY MR. LATO:

9   Q    Now is it fair to say that you wrote to Mr. Valerio

10  on October 18, 2011:  I, Olena Kalichenko promise to

11  Joseph Valerio to enter into a multiple partner

12  relationship where I, as being one of his partners, agree

13  on having rough sex with him, do cooking from the

14  groceries, provided preferably in Ukrainian style, clean

15  the house, go out with him, travel together, be nice and

16  clean and affectionate things to him.  Joseph Valerio

17  being a -- is to take care her and her child.

18          Did you write that to him?

19  A    Yes, was that.

20  Q    And this is on the same day that he sent you what you

21  signed, the contract, correct?

22  A    I'm sorry, which same day?  I don't understand.

23  Q    On October 18th of 2011 you sent Mr. Valerio a signed

24  contract?

25  A    No, this is not what this is.

                        Ellen S. Combs, CSR

                     OFFICIAL COURT REPORTER

147

```
1    Q    Please.

2    A    But can I tell --

3    Q    No, you can't.

4         THE COURT:  Mr. Kabrawala can get up after he is

5    done and ask you to explain what happened.

6         THE WITNESS:  But I just can not agree.  This 24

7    is not what happened.  I don't want to agree.  This is not

8    what happened.

9         THE COURT:  If you just say, no, that is not

10   what happened.  Don't try to explain, just say, no, that

11   is not what happened.

12        THE WITNESS:  This is not what happened the way

13   he --

14        THE COURT:  Ms. Kalichenko, the question is just

15   whether or not that e-mail is the same day that you signed

16   the contract.  That is the only question.  Yes or no?

17        Was it the same day, or was it not the same day?

18        THE WITNESS:  October is, yes, it was the same

19   day.

20   BY MR. LATO:

21   Q    Now I'm going to show you Government Exhibit 9

22   previously introduced into evidence.

23        Is this the contract?

24   A    This is the contract that he made, yes.  That he

25   wanted me to sign.
```

1  Q    Did you sign it?

2  A    That is my signature.

3  Q    And you in this contract that you signed, agreed that

4  Joseph promises to be a good man and a gentleman with his

5  partner when not engaged in consensual rough sexual

6  intercourse, which I, Olena, also enjoy.

7       Did you put your name to that?

8  A    He is talking about consensual, yes.

9  Q    But you actually signed a document where it said you

10 enjoyed rough sex?

11 A    No, that is not how this happened.

12 Q    Now you returned, I should say in -- let me rephrase

13 it.

14       When you sent an e-mail on October 18 you were

15 already back in the Ukraine, correct?

16 A    No.  I was in his house.  I was in his house.

17 Q    When did you go back to the Ukraine?

18 A    I have to check with my passport history, but it

19 would be very end of October.  Not totally the day.  I

20 have to check my passport.  But I remember this contract

21 was -- I remember, because he printed it out and I signed

22 a copy.  I remember signing the copy at his house.

23 Q    By December of 2011 you were back in the Ukraine,

24 correct?

25 A    December, yes.

                    Ellen S. Combs, CSR

                 OFFICIAL COURT REPORTER

```
1    Q    Now did you send Mr. Valerio an e-mail on December 23

2    of 2011 in which you told him that you want to move

3    forward with him and commit you, yourself and your child

4    tomorrow.

5         Did you tell him that in an e-mail?

6    A    Yes.  I told him this --

7    Q    Okay, that's it.  That is the question.  You

8    answered.

9         Now at some point he started making videos of

10   you and your daughter engaging in sexual acts, correct?

11   A    You mean I started to make?

12   Q    Yes.

13   A    I started to make of my own will?  That is what

14   you're saying?  I wanted to make something to me --

15   Q    I understand what you're saying --

16   A    That is what you're asking me questions --

17   Q    Mr. Valerio asked you to make video of you and your

18   daughter?

19   A    He was demanding, yes, of course.

20   Q    And when he demanded them, were you in the Ukraine

21   when he made the demand?

22   A    I was in Ukraine, yes.

23   Q    Mr. Valerio was in the United States, correct?

24   A    He was in the United States, yes.

25   Q    About how many videos did you make of you and your
```

Ellen S. Combs, CSR

OFFICIAL COURT REPORTER

```
 1    daughter engaging in immoral acts, about 20 or 30?
 2    A    I told you -- different days, so, yes.
 3    Q    On April 29, 2012, did you send Mr. Valerio an e-mail
 4    that you wanted the relationship with him to continue.
 5    And I think ███, your infant daughter, will love you,
 6    and that you, Mr. Valerio, could be a great father to her?
 7    A    When was April 29th you say?
 8    Q    Yes.  And if you don't remember, I'll show you a
 9    document maybe it will refresh your recollection.
10              Would you like me to show you the document?
11    A    No, that's okay.  That's okay.
12    Q    Yes or no.  I'm sorry, do you want me to show it to
13    you?  Just say, no, and I'll stop walking forward.
14    A    No, you don't have to.
15    Q    Okay, so, did you send Mr. Valerio such an e-mail;
16    yes or no?  Do you remember?
17    A    I did, yes.  But I had no visa --
18    Q    Okay --
19    A    -- my visa was being cancelled, so --
20    Q    Okay.  So now, did you feel that Mr. Valerio was
21    blackmailing you?
22    A    Yes, I felt, yes.
23    Q    And the reason you felt he was blackmailing you was
24    because he threatened not to continue to send you money if
25    you ceased making videos of you and your daughter,
```

151

1    correct?

2    A    That's not how he exactly was saying.  I wouldn't say

3    that.  I wouldn't say that.

4    Q    Well, did you ever try to negotiate with Mr. Valerio?

5         You know what the word, negotiate, means?  I

6    don't know if the translator -- well, could you please

7    translate that?

8    A    I know what the word is.

9    Q    I just wasn't sure.

10        Did you ever negotiate with Mr. Valerio?

11   A    Negotiate what?

12   Q    Well, on anything?  I'll get to what if you say, yes.

13   A    It's not, it's how you mean the word, okay?  I will

14   say, yes, okay, I would say yes, uh-huh.

15   Q    In fact in December of 2013, did you tell Mr. Valerio

16   that if he didn't give you, or continue to give you money,

17   you were going to report him to the police?

18   A    No, I didn't say that.  This I didn't say that, no,

19   didn't say that.  I didn't say if you don't give me I'm

20   going to.  That's not what I said.  I never said that.

21   Q    Well specifically, on December 30, 2013, did you

22   actually send Mr. Valerio what is called a viber message

23   in which you said, You know, you are really damned.  You

24   could have negotiated with me before the criminal case

25   against you was being opened.

                    Ellen S. Combs, CSR

                  OFFICIAL COURT REPORTER

152

1          Do you remember sending him that message?

2     A     I remember the conversation and the content of the

3     conversation.  I remember.

4     Q     You actually sent that to him, right?

5     A     I sent, yes.  I remember the conversation.

6     Q     Now on December 11 of 2013, you also sent him a viber

7     message in which you stated; Joseph, I now have eight

8     different video I made for you, not counting the one sent

9     through G H L.  FBI is asking me every single day, either

10    I'm sending them additional evidence to them.  I don't

11    think you really understand how serious a matter it is.

12    I'm asking you for the last time, would you like me to

13    provide the police everything I have, or would you like to

14    negotiate?

15          Did you send him that message?

16    A     When did it happen, which date?

17    Q     December 11th?

18    A     And when did I leave the --

19    Q     I'm not here to answer your questions.  My question

20    to you is.  Did you send him that message.

21          If you're not sure, I'll show you something that

22    might refresh your recollection.

23    A     I remember the conversation, yes.

24    Q     But you were attempting to negotiate with him, is it

25    a fair statement?  You wanted him to send you more money,

Ellen S. Combs, CSR

OFFICIAL COURT REPORTER

1  correct?

2  A    I wouldn't say it this way.  If you go further in

3  this conversation there are also statements which can also

4  be included --

5  Q    Were you asking him to negotiate?  You were looking

6  for something from him?

7  A    I was.  I was.  And I told him openly that I would,

8  that I plan to file this case for damages because of my

9  daughter, the damages that he cost.  And I told him the

10  same conversation, that I'm hiring a lawyer specifically

11  to file a civil lawsuit against him.  This is included in

12  the conversation.  I told him openly.

13  Q    Did you want money from him; yes or no?

14  A    I didn't --

15  Q    Excuse me.  Yes or no?  Did you want money from him?

16  A    From behalf of my daughter, yes, I believe she is

17  entitled to.

18  Q    So what you were telling Mr. Valerio in these

19  messages, you wanted to negotiate, send money on behalf of

20  my daughter or I'm going to the FBI and turning you in.

21       That's what you were doing, right?

22  A    First of all --

23  Q    Yes or no, or I can't answer yes or no.  Those are

24  the only choices.

25  A    No.  No.

                    Ellen S. Combs, CSR

                 OFFICIAL COURT REPORTER

1          MR. LATO:  Just a couple of more questions, your

2    Honor.

3    Q    Do you remember being arrested by Special Agent Troyd

4    and Special Agent Messineo in this country at the airport?

5    A    I do.

6    Q    When they arrested you did you tell them, well let me

7    go back?  Did you speak to them?

8    A    Yes, I spoke to them, yes.

9    Q    How long did you speak to them?  Say a half hour?

10   A    Maybe a little bit more at the office, close to an

11   hour.

12   Q    At any time during your conversation with Special

13   Agent Troyd and Special Agent Messineo did you say to them

14   that Mr. Valerio had sexually or otherwise assaulted you

15   in 2011; yes or no?  Did you tell them that?

16   A    They never asked me.

17   Q    Did you volunteer it?

18   A    No, I didn't tell.  I don't know.  I would say I

19   don't remember, but I think, no.  I don't remember.  I

20   don't know if I told them.  I don't remember, seriously,

21   if I told them.  I remember I told some agent at one

22   point, but to them I don't remember, honestly.

23          MR. LATO:  One moment, your Honor, I just want

24   to make sure.

25          (There was a pause in the proceedings.)

                    Ellen S. Combs, CSR

                 OFFICIAL COURT REPORTER

155

1  BY MR. LATO:

2  Q    Ms. Kalichenko, you realize you're facing a mandatory

3  minimum of 15 years imprisonment?

4  A    I do.

5  Q    You hope for leniency?

6  A    Excuse me?

7  Q    Are you hoping for leniency from the judge?

8  A    What does that mean?

9  Q    Are you hoping to get as little time as possible?

10 A    No, I'm not.

11 Q    You're hoping to get as much time in jail as

12 possible?

13 A    What?  I don't --

14 Q    Maybe you don't understand me.

15       Are you trying to get the lowest sentence

16 possible?

17 A    No, I'm not.  It's just a request from the judge was

18 surprising from me.  I didn't ask for him to ask me --

19 Q    About an hour ago did you tell Mr. Kabrawala that you

20 were hoping for leniency?

21 A    Excuse me?

22 Q    About an hour ago when you testified, when

23 Mr. Kabrawala was asking you questions, did you say you

24 were hoping for leniency?

25 A    He asked me if I had any agreement with them, if they

                    Ellen S. Combs, CSR

                OFFICIAL COURT REPORTER

1  promise me anything.  And I said that they never promised

2  me.

3  Q    Did he also ask you whether you were hoping for

4  leniency, and did you answer, yes?

5           Maybe you don't remember.

6  A    I don't remember if he asked me for that.

7           MR. LATO:  Nothing further.

8           THE COURT:  Redirect?

9           MR. KABRAWALA:  No, your Honor.

10          THE COURT:  Step down, Ms. Kalichenko.

11          Did you discuss a potential date to continue the

12  hearing?

13          MR. KABRAWALA:  We did, judge.

14          We have the other foreign national witnesses'

15  availability.  We have also spoken with defense counsel

16  and we're proposing September 26th, that week if it's

17  clear.  It appears to work for everyone.

18          MR. LATO:  Your Honor, it may not work for you,

19  but those dates can change.

20          MR. KABRAWALA:  And also I want to say I haven't

21  been able to connect with a witness.  But the witness did

22  provide me with her schedule before today.  And I'm going

23  from that schedule presuming nothing has changed in the

24  intervening few days.

25          THE COURT:  The 26th then?

                    Ellen S. Combs, CSR

                OFFICIAL COURT REPORTER

157

1           MR. LATO:  Thank you, your Honor.

2           THE COURT:  And again, as I said previously,

3     that was the hearing date.  And we'll set a sentencing

4     date on the 26th.

5           Okay, thank you.

6           (The proceedings were concluded at 4:24 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    Ellen S. Combs, CSR

               OFFICIAL COURT REPORTER

158

```
 1
 2                    I N D E X
 3   LUCY DOWN
     DIRECT EXAMINATION                        7
 4   BY MR. KABRAWALA
     CROSS-EXAMINATION                        27
 5   BY MR. LaPINTA
     REDIRECT EXAMINATION                     53
 6   BY MR. KABRAWALA
 7   JOLENE LEONARDO
     DIRECT EXAMINATION                       58
 8   BY MR. KABRAWALA
     CROSS-EXAMINATION                        74
 9   BY MR. LaPINTA
     REDIRECT EXAMINATION                     89
10   BY MR. KABRAWALA
11   OLENA KALICHENKO
     DIRECT EXAMINATION                       93
12   BY MR. KABRAWALA
     CROSS-EXAMINATION                       137
13   BY MR. LATO
14
                   E X H I B I T S
15
     Government Exhibit 13 in evidence       134
16   Government Exhibit 14 in evidence       136
     Defense Exhibit A in evidence           146
17   Government Exhibit 9 in evidence        130
     Government Exhibit 5A in evidence        13
18   Government Exhibit 5 in evidence         54
     Government Exhibit 5 in evidence         64
19   Government Exhibit 6 in evidence         65
20
21
22
23
24
25
                    Ellen S. Combs, CSR
               OFFICIAL COURT REPORTER
```

# Transcript Word Index

**[094 - adar]**

## 0

**094**
1:3

## 1

**1**
104:21
**1:15**
91:13
**10**
13:16,18 58:9 99:11 129:7
**10:34**
16:3
**10th**
11:17
**11**
1:6 128:24 152:6
**11201**
1:12
**11722**
1:21
**1180**
1:21
**11th**
152:17
**12**
15:23 128:24
**12:15**
58:11
**12:40**
58:11
**13**
134:3,18,20,21 158:15,17
**130**
158:17
**134**
158:15
**136**
158:16
**137**
158:12
**14**
1:3 135:15,15,19,23,25
136:1 158:16
**146**
158:16
**15**
62:8,9 137:20 155:3
**17th**
14:6
**18**
8:18 9:17 16:3 17:19 82:21
86:13 130:15 145:3,15
146:10 148:14
**18th**
145:11 146:23

## 2

**2**
103:5,6,11 105:22 106:2
**2:15**
91:11
**2:35**
92:2
**20**
26:3 58:8 106:4 107:19
150:1
**2008**
102:16
**2011**
97:1,2 98:16,23 100:10,16
101:11 102:22 103:6 104:6
106:18 107:18 120:6,22
121:22 130:15 132:11
133:9 138:3 139:13 140:9
144:13,17 145:3,11 146:10
146:23 148:23 149:2
154:15
**2012**
9:17 14:7 16:3 17:1 60:1
150:3
**2013**
135:20 151:15,21 152:6
**2013/7/8**
135:19
**2016**
1:5
**22**
8:11
**22nd**
17:1
**23**
149:1
**24**
147:6
**25**
1:5
**26th**
156:16,25 157:4
**27**
158:4
**271**
1:11
**29**
150:3
**29th**
150:7

## 3

**3**
69:16 87:8
**30**
150:1 151:21

**306**
10:14
**3553e**
3:24
**360**
10:4 16:21 23:22,24 24:2
24:19 25:10 32:22 75:20

## 4

**4**
16:6 22:14 68:17 69:18
71:8,8 87:9 123:2
**4:24**
157:6

## 5

**5**
12:16 53:14,17,18 54:5,9
54:11 64:1,4,5,8 68:18
123:2 158:18,18
**53**
158:5
**54**
158:18
**58**
158:7
**5a**
5:23 11:12 12:9,17 13:1
53:17 158:17
**5k**
4:18
**5k1.1**
3:24

## 6

**6**
5:23 64:21 65:17,20,21
71:9 87:5 158:19
**631**
1:22
**64**
158:18
**65**
158:19

## 7

**7**
5:23 62:6 158:3
**712-6108**
1:22
**712-6124**
1:22
**74**
158:8

## 8

**8**
6:1 14:6,24 124:7 135:20

**89**
89:1 158:9

## 9

**9**
23:2 124:7 129:20,21 130:5
130:8,9 145:5 147:21
158:17
**93**
158:11

## a

**ability**
12:24 21:15 32:23 34:4
**able**
10:16 15:9 33:1,3 35:15
43:16 52:24 77:20 78:22
80:12 82:4,6 131:25 136:4
156:21
**abruptly**
74:2
**absolutely**
68:4 99:8 101:19 107:12
125:4
**abuse**
100:16
**abusive**
88:13
**accelerate**
7:2
**accelerating**
20:11
**accept**
120:16
**access**
50:21
**accompany**
136:12
**accurately**
12:4
**acted**
140:1
**acting**
25:11,17
**action**
136:10
**activated**
122:3
**activities**
59:19 66:10
**activity**
54:25
**acts**
90:23 149:10 150:1
**adar**
92:21

[additional - asked]

**additional**
132:6,9,14 152:10
**address**
134:7
**addressed**
92:8
**adjectives**
68:20
**administrator**
30:19 52:8
**admit**
12:8,21 54:5
**admitted**
5:25 6:2,22 54:10 64:4
65:20 130:8 134:20 135:25
146:6
**adopt**
102:21,24 135:2,8,9 136:18
137:6,9
**adopting**
93:6
**adoption**
92:8 135:1 136:16,17
**advances**
53:3
**advise**
121:9
**advisor**
8:22
**affectionate**
146:16
**affiliated**
59:7
**affirmed**
7:17 58:18 93:21
**afraid**
102:12 133:1,2
**africa**
2:8 37:23 38:1 119:9
**afternoon**
58:23 67:20 74:25 75:13
92:15 94:1 137:18,19
**afterward**
31:9
**age**
9:17 14:22
**agency**
2:19 5:25 9:24 32:10,13,13
32:20,22 35:5 60:20
**agent**
154:3,4,13,13,21
**agents**
7:9
**aggressive**
57:19,22

**aggressively**
25:18
**ago**
4:13 27:14 28:24 29:1,21
29:24 30:1,7 43:5 56:23
140:5 155:19,22
**agree**
29:4 39:25 44:19 46:21,23
83:7 109:18 146:12 147:6,7
**agreed**
34:25 35:2 46:10 145:12,13
148:3
**agreement**
94:12 95:4 155:25
**ahead**
7:19 83:19 110:4 124:1
126:20 134:3
**airport**
17:2 97:12,13,14 116:11
122:1,6,7,9 123:1,10
138:10,13 154:4
**alarming**
33:18 38:17,23 39:2 81:16
**alcohol**
39:14,15
**alexa**
119:10 129:10
**alishaev**
92:21
**allegation**
91:2
**allegations**
91:8 92:19 93:4
**alleged**
4:7
**allen**
1:12
**allow**
131:24
**alluded**
28:20
**aloud**
16:2 68:25 69:22
**altogether**
17:19
**ameet**
1:13
**america**
1:3
**american**
118:10 122:3 137:8 144:13
**angelique**
119:9 120:11
**anger**
101:7,8

**angry**
34:21 40:3 101:1,1
**animal**
124:16
**answer**
4:22 23:15 25:15 26:9
34:19 44:13 61:14 68:7
77:15 78:4,17,22,24 80:9
80:11,12 82:4,6 83:18
84:17 133:13 137:22,23
142:6,7,8,11,21,21,22,23
142:25 143:6,7,8 144:10
152:19 153:23 156:4
**answered**
149:8
**answering**
26:12 28:19
**answers**
34:10
**anthony**
1:14 75:2
**anticipate**
67:7
**anus**
111:24
**anxious**
73:17 88:8
**anybody**
47:24
**anyway**
21:11
**apartment**
61:12
**apologized**
144:4
**apparent**
38:9
**appearance**
4:20
**appearances**
1:9 2:1
**appeared**
48:5,6 69:8
**appears**
16:2 105:14 156:17
**application**
13:23 32:16 33:3,8 62:22
63:14 79:4,20 80:22 81:2
81:14 84:10,19,24
**applied**
9:19 31:21 60:20
**appointment**
80:16
**approach**
104:25 129:16

**approached**
108:11
**appropriate**
61:5 71:23 72:1 82:21 83:4
85:6,21 109:11
**appropriateness**
85:4
**approved**
85:16 86:13
**approximate**
100:8 106:5
**approximately**
9:15 14:3 16:24 17:17
105:18 106:3,12 107:17
110:18 115:3 130:16
**april**
150:3,7
**area**
24:24 40:12 41:24 42:1
43:17 45:21,23 49:2 66:10
82:18 111:22 123:23
124:14 126:23
**areas**
82:9
**argument**
6:18
**arrangement**
70:20 72:3
**arranging**
12:2
**arrested**
31:13 154:3,6
**arrival**
13:5 107:17 117:22
**arrive**
13:15
**arrived**
17:2 35:21 43:11 45:8 46:3
96:13 103:11,11 122:23,25
123:7,7
**arrives**
90:12
**arriving**
43:1
**article**
9:4 60:10 95:10
**asked**
3:16 14:13 24:15 34:9,12
34:18 36:2 41:8 45:24
51:18,21 54:21,25 55:8
56:4,11,22 76:20 82:1,3,8
84:8 85:3 90:13 92:18
108:12 109:21 122:20
123:15 130:12 132:11
135:7,7 140:16 149:17
154:16 155:25 156:6

[asking - burden]

**asking**
  18:9,13,14 19:24 23:17
  24:14 25:17 78:17 109:8,10
  144:14 149:16 152:9,12
  153:5 155:23
**asks**
  5:23
**asleep**
  22:13
**aspects**
  83:15,24 93:7
**assault**
  106:19 121:23 132:3,12,13
  133:10,10 140:9
**assaulted**
  140:22 143:16,19 154:14
**assaulting**
  127:15 131:19 141:23
**assigned**
  59:23
**assistant**
  1:13
**assuming**
  14:6 25:6
**ate**
  39:12
**attacked**
  124:16
**attempt**
  39:17 42:1
**attempting**
  152:24
**attempts**
  49:23
**attention**
  11:17 60:1 64:21 93:10
  95:6 131:2
**attitude**
  129:9
**attorney**
  1:11,13 98:13
**attorneys**
  95:17 98:8,9,9
**au**
  2:17,19 5:25 9:12,16,25
  10:7,11,15,22 15:6 16:18
  17:5,7,17 18:2 24:24 31:22
  32:20 43:3 46:13 59:17,18
  60:22,24 61:2,5 63:3 66:10
  66:11,13,14 67:5,7,9 69:11
  70:10,14,17 71:5,6,18
  79:18 82:8,21,25 83:21,25
  84:6 85:16 86:13 136:6
  137:2
**august**
  100:3 102:1 103:12

**authorities**
  30:1,9,21,24 31:5,10,12,16
  54:22 55:5 118:2 128:9
  136:11
**availability**
  156:15
**available**
  2:11 69:4
**aware**
  4:9,20 51:9

**b**

**back**
  3:15 19:3,6,9,15,19,21,24
  22:20,23 26:13 30:18 31:21
  41:12 49:15 55:1 69:16,17
  73:7,10 97:15 98:16 100:2
  100:3 101:18 103:16,18
  107:12,13 114:3,5,23,25
  118:16,16 120:23 121:9,14
  121:19 123:19 133:15
  139:4,5,6,8 148:15,17,23
  154:7
**backed**
  73:2
**bad**
  15:20 138:20 139:17,20,22
**badly**
  111:4,5
**bag**
  73:2,5,9,9,10,11
**bags**
  19:16,17,18 24:22
**balanced**
  131:13
**barely**
  117:11
**barracks**
  117:17
**based**
  4:5 31:8 33:10 61:1 76:4
  143:10
**basement**
  61:12
**basic**
  15:11
**basically**
  6:13 70:5,24 96:3 98:24
  99:3,6,14,17 102:15 103:24
  104:2 106:15 115:9 119:21
  136:24 137:4
**bathrobe**
  108:4,7
**beater**
  21:21 47:10,12,14,16,21
**bed**
  21:3,25 22:6,7,10,12 49:11

**bed (cont.)**
  49:13,18 50:18 61:11
**bedroom**
  19:18 61:5 82:8
**beg**
  108:12,17
**begged**
  141:1
**begging**
  131:24 132:1
**beginning**
  88:22 91:3 93:14
**behalf**
  153:16,19
**behaving**
  18:11 25:11
**believe**
  17:1 20:3 32:2,4,22 33:15
  33:20 36:21,23 38:3 41:16
  46:25 51:21 52:15,23 56:9
  56:14 60:8 62:6 64:17
  66:22 69:13 72:2 80:24
  88:10 91:1 106:3 119:8,9
  128:24 153:16
**believed**
  72:7 129:10
**belongings**
  47:1 52:4
**best**
  12:3 29:8 66:12 69:20 75:9
**better**
  84:16 144:20
**bianco**
  1:7 31:24 48:15 52:15 86:2
**binder**
  7:3 11:10 53:15 62:7,13
  64:22
**bit**
  8:12 20:18 21:11 30:3
  36:24 38:18 76:11 154:10
**bitch**
  109:13
**black**
  108:5 112:9 123:8
**blackmailing**
  150:21,23
**bleeding**
  116:19,21
**blood**
  116:22
**blooded**
  101:5
**bode**
  1:12
**body**
  41:24 42:2 49:3 110:11

**body (cont.)**
  113:18,18 116:12,23
**boldface**
  131:7
**boss**
  76:4
**bother**
  22:12
**bottom**
  11:19 13:16,19 15:25 131:6
**bought**
  39:15,20 122:2
**box**
  70:2,4 71:9
**boxer**
  47:5,7 48:3,5,6,11
**boxers**
  21:21
**boxes**
  68:22,23,25 69:3,4
**boy**
  120:15 129:12
**break**
  54:7 58:9 90:8 92:18
  137:12
**breasts**
  48:25
**bricked**
  67:15
**brickwork**
  67:14
**brief**
  5:3 15:14 53:9 89:15
  104:22
**briefly**
  95:23 99:24,25 135:5
**brilliant**
  16:6
**bring**
  36:10 65:7 92:4 93:10
  119:23 128:17
**broken**
  21:2
**brooklyn**
  1:12
**brought**
  22:11 46:25
**build**
  100:4 104:3 121:14 139:9
**building**
  102:3 103:7 121:12
**built**
  12:5
**burden**
  6:15

[business - communicated]

**business**
8:16 12:14 63:13,21

**c**

**cadman**
1:11
**california**
26:21
**call**
2:1,16 7:7 22:19 24:1 58:12
70:14 72:20 109:7,12
112:19 118:16,16 120:1,5
128:8,10,11,11 137:21
**called**
7:16 10:4 23:9 24:2 58:17
59:8 93:20 118:15 141:14
151:22
**calling**
2:22 3:2 5:15 24:18 109:5
109:16 133:5
**calls**
58:13
**calm**
73:18 88:10
**cancelled**
150:19
**capable**
45:2
**capers**
1:10
**capture**
71:2
**car**
18:8,17 19:21 37:9,14 39:3
39:4 42:6,10,12 44:4 55:22
56:3 73:11 123:7,9,13,13
123:16 124:10 126:16,16
126:17,21 127:9,9,13
143:16 144:24
**card**
122:3
**care**
14:14 15:11 17:11,13 43:3
90:2 110:24 146:17
**carefully**
86:23
**caring**
104:12
**carried**
25:3
**cars**
125:12
**case**
4:2 17:21 90:16 91:6
105:14 143:11 151:24
153:8

**casual**
69:25 70:13 108:8,9,9
**casually**
108:6
**cat**
1:25
**catholic**
59:2,3
**caught**
73:6
**caused**
69:3 74:1
**ceased**
150:25
**celebrating**
99:1
**cell**
122:2,2,4
**central**
1:4,21 122:8,9,10 123:3,6
123:18
**certain**
15:16 29:5,6 41:15 45:23
70:11 76:11 79:8 83:15,24
84:5,25 92:6
**certainly**
2:12 143:12
**cetera**
14:16 19:25
**chair**
66:23 95:16
**chance**
71:25 121:10,12 128:20
140:16
**chances**
135:13
**change**
71:3 100:19,21,25 104:7,14
156:19
**changed**
37:5,6,8,10 156:23
**changes**
138:22
**character**
139:18
**check**
61:4 68:19,20,22 69:3,4
70:4 71:9,14 80:25 83:16
118:17 148:18,20
**checked**
68:23,25 69:21 70:2 71:13
84:25
**child**
14:14 15:11 17:11,13 18:18
18:19 60:23,24 61:24 67:24
72:23 85:9,13,24 89:23

**child (cont.)**
92:9 93:6 94:24,24,25 95:1
96:7 99:10 102:21 103:13
119:17,18 120:8 135:1,8,9
135:13 136:18 137:7
146:17 149:3
**children**
38:19,23 60:23,24 69:24
70:3
**child's**
15:12 62:4
**chilled**
73:17
**choice**
10:10 117:6,22,24 144:20
**choices**
71:24 153:24
**choosing**
32:19
**chose**
32:22
**chosen**
10:9
**chronology**
76:1,3
**cinema**
108:19,21 109:1
**circumstances**
5:9 15:19 28:12 33:25 36:3
37:5,6,10
**city**
55:18 56:3 122:23
**civil**
153:11
**class**
80:10
**classes**
80:7
**clean**
69:23 70:8 146:14,16
**clear**
28:23 47:15 48:22 66:8
75:5 77:10 84:24 97:23
102:5 113:4 116:25 120:4
131:18 132:10 156:17
**clearly**
132:7
**click**
100:22
**client**
4:15
**close**
30:7 43:20 99:1,11 106:3,3
107:22 130:17,18,25
131:15 133:12 154:10

**closed**
22:13 111:14,15 112:1,5
**closely**
79:13
**closer**
8:1
**closing**
73:5,7
**clothes**
95:13 109:2,22 124:20,22
124:25 125:25 141:3,6
**clothing**
9:4 60:10 95:10 126:7
**cm**
1:20
**coffee**
144:5
**cold**
117:11
**collect**
72:16
**collected**
18:3
**college**
9:17 32:3
**color**
67:13
**combs**
134:25 135:25 136:25
137:25 138:25 139:25
140:25 141:25 142:25
143:25 144:25 145:25
146:25 147:25 148:25
149:25 150:25 151:25
152:25 153:25 154:25
155:25 156:25 157:25
158:25
**comfort**
34:12
**comfortable**
28:11 32:10 82:20 83:4
**coming**
24:8,24 25:25 30:20 67:5
128:14
**commands**
131:8
**commission**
135:3
**commit**
149:3
**committed**
101:17
**communicate**
11:6 101:21,23 122:1
**communicated**
92:17

**[communicating - court's]**

**communicating**
122:4
**communication**
96:4
**company**
5:24 9:19 35:6 52:8 63:16
75:20,20,21,23
**compared**
69:5
**compelled**
94:7
**compelling**
4:1,8
**complain**
119:19
**complete**
32:16 85:15
**completely**
70:23 99:23 104:14 109:3
115:11,14 121:4,4 126:8,16
**complied**
31:19
**computer**
36:18 79:8 86:25
**concede**
143:10
**concern**
51:25 107:10 118:12
120:10
**concerned**
129:10,13 136:16,19,19
**concluded**
157:6
**concrete**
72:1
**condition**
15:19 69:19 71:1 107:15
**conduct**
5:16 63:18
**conducted**
46:13 80:2
**confer**
6:5 11:13 74:17 89:11
112:14 114:1 126:2
**conferences**
92:24
**conferencing**
13:23
**conferring**
2:13 110:15
**confirm**
16:12
**confuse**
75:10 77:8
**confusion**
89:5

**connect**
23:24 26:19 156:21
**connected**
10:21
**connection**
3:20,23 6:11 7:1 15:5 90:16
117:16
**consciously**
44:11
**consensual**
131:12,20 148:5,8
**consent**
6:11,17
**consider**
80:10 87:22 131:19
**considered**
32:12
**considering**
4:6 52:16 118:3,3,5,6
132:24
**constantly**
101:22 109:15 110:19
111:6 128:17
**consulate**
137:8,9
**consulted**
2:12
**contact**
21:15 22:17 24:25 30:14
33:6 50:4 96:12 117:11,21
118:5 132:24
**contacted**
25:7 30:23,25 96:13,15
117:9,21 121:3,3,5
**contacting**
31:3
**contained**
63:9,19 65:5,5
**content**
152:2
**continue**
45:4 100:1,4 101:17 104:2
150:4,24 151:16 156:11
**continued**
101:24 133:18
**continuing**
134:1
**continuously**
23:1 110:8
**contract**
129:22 130:12,21,23 131:1
132:16,22 145:4,6,8,12
146:21,24 147:16,23,24
148:3,20
**contrary**
4:12

**control**
108:20
**conversation**
19:5,25 37:2 38:6 41:15
66:9 152:2,3,5,23 153:3,10
153:12 154:12
**conversations**
12:4
**convince**
49:18
**cooking**
145:13 146:13
**cooperator**
72:21
**coordinate**
59:19
**coordinated**
9:24
**coordinating**
13:5
**coordination**
17:11
**coordinator**
24:24 59:11,13,16 65:24
73:1 79:12,19 87:12
**copy**
130:1 134:15 135:18
148:22,22
**correct**
2:9,10 9:13,14 12:19 19:14
28:24 29:6,9 30:1,24 31:25
33:4,11 34:2 37:5 39:21
40:12 41:13 47:2 48:1,2,20
49:3,4,5,8 51:5 63:8,23
66:2 68:23 79:17,23 80:3,4
80:16,19,20 81:2,6,15,19
81:25 82:12,15,19,22 83:12
83:13,15 84:8,9 85:1,4,8,10
85:11,17,25 86:9,14,19,25
87:3,4,24 88:7,21 94:8,9,10
94:19,20,22,23 95:4,5
96:24,25 97:17 98:1 102:6
117:4 121:15 130:1,18
134:13,15 135:18 140:24
141:10 142:15,20 143:20
143:23 146:21 148:15,24
149:10,23 151:1 153:1
**correctly**
16:5,14 131:4,16
**correspond**
11:9
**corresponded**
16:22
**corresponding**
13:14

**cost**
153:9
**costume**
20:4 42:20,21 56:5,5
**couch**
47:2 66:22
**counsel**
2:12 15:24 74:17 89:11
156:15
**counting**
152:8
**country**
106:10,10 107:12,13 118:9
118:9 135:1,8,10,14 137:10
154:4
**county**
59:23,24,25
**couple**
98:12 100:8 124:4 131:4
135:2,12 154:1
**course**
5:6 32:15,21 60:2 63:13,20
88:22 100:12 113:16,20
149:19
**court**
1:1,4,20 2:1,3,14,25,25 3:3
3:6,10,14 4:23 5:7,12,14,18
6:4,7,24 7:5,12,19 8:1 9:9
12:16,18,21 13:10 21:7
25:14,15 27:18 44:12 53:8
53:17 54:9 58:2,4,7,9,12
64:2,4 65:18,20 68:3,5,12
72:10,12 73:24 74:5,15,20
76:20 89:14 90:1,5,8,11
91:11 92:4,6,8,10,12,15,23
93:3,17 95:16,19,21 97:24
104:20,20,24 105:1,4,13
110:2 114:4 115:1 129:17
130:6,8 134:20,25 135:25
135:25 136:25 137:12,25
138:25 139:25 140:25
141:25 142:5,10,25 143:3,6
143:9,14,25 144:25 145:25
146:6,25 147:4,9,14,25
148:25 149:25 150:25
151:25 152:25 153:25
154:25 155:25 156:8,10,25
156:25 157:2,25 158:25
**courthouse**
1:20
**courtroom**
3:13 8:25 60:6 77:21 92:14
92:22 95:9
**court's**
7:3

[cover - direct]

**cover**
22:11 93:6
**covered**
59:24 92:7
**covers**
6:1
**cr**
1:3
**crawl**
109:3,4,21 110:21 111:5
113:15 114:19 141:8
**crawling**
114:18
**crazy**
126:12
**credibility**
91:8
**credible**
99:7
**creeps**
71:21
**creepy**
71:20 86:3,7,12,18,20
**cried**
116:5
**crimea**
103:14
**crimes**
94:22
**criminal**
151:24
**cross**
5:4,6 27:18,22 74:20,23
91:7 137:13,16 158:4,8,12
**crying**
24:15 116:6
**csr**
1:20 134:25 135:25 136:25
137:25 138:25 139:25
140:25 141:25 142:25
143:25 144:25 145:25
146:25 147:25 148:25
149:25 150:25 151:25
152:25 153:25 154:25
155:25 156:25 157:25
158:25
**current**
59:1
**currently**
8:19
**cushioned**
66:22
**custody**
61:18,25 72:3

---

**d**

**dad**
22:24 23:1,3,16 24:1 50:1
61:19
**dad's**
67:16
**dallas**
97:4
**damages**
153:8,9
**damned**
151:23
**dancing**
15:2
**danger**
40:17,19 44:9,15,16,18,21
**dangerous**
45:4 46:23 81:16
**dark**
124:6,6,8 126:23
**database**
10:13 11:2 34:1 53:25 54:2
**date**
2:5,13 61:19 98:3 103:9,11
130:15 152:16 156:11
157:3,4
**dated**
130:14 135:19
**dates**
75:16,17 156:19
**dating**
117:19
**daughter**
14:13,17,18 15:8 37:10,15
37:21 38:1 39:5 43:3 54:18
57:3,7 61:19 62:5 64:18
66:23 67:8 72:3 88:24 89:7
89:9 96:8,21 99:13,22
102:5,7,18 118:17,23,25
119:4,10,11,12,14,19,23
120:10,16 128:16 129:11
136:4,5 139:13 142:20
149:10,18 150:1,5,25 153:9
153:16,20
**daughter's**
14:20 57:10 62:3
**day**
4:25 17:9 30:13 67:18
84:21 99:2 107:20,23,23
116:10 118:16 122:24,25
146:20,22 147:15,17,17,19
148:19 152:9
**days**
17:8,15 98:25 99:11 100:20
101:15 106:4 108:13
117:21 132:6,9,14 138:17

---

**days (cont.)**
138:18,21,24 139:22 150:2
156:24
**dealership**
8:22
**dealing**
106:13
**dealings**
88:22
**dealt**
80:15 118:10
**december**
148:23,25 149:1 151:15,21
152:6,17
**decent**
69:8
**decided**
9:16,18 26:23 44:11 47:18
49:10 96:24 100:1 121:10
121:12
**declaration**
6:1
**decline**
71:21
**declined**
39:15,20
**defendant**
1:5 95:18 143:3
**defendant's**
146:6
**defense**
1:14 2:12 5:6,18 89:11
90:19 93:15 95:19 145:17
145:24 146:4,7 156:15
158:16
**defer**
143:3
**definitely**
116:14
**degree**
8:17
**demand**
149:21
**demanded**
149:20
**demanding**
149:19
**demeanor**
38:14 39:1 40:1 73:16
**demonstrate**
71:25
**den**
64:13,15 66:21
**depending**
5:4

---

**depiction**
54:1
**deputy**
2:13 92:22
**describe**
10:11 14:9 41:21 47:18
60:17 68:20 72:18 104:8
106:22 112:1 114:14
123:24 124:1 130:11 135:5
**described**
4:15 30:13 47:21 48:15
52:20 69:20 88:8 112:7
131:18 133:8 140:11
**describing**
114:25
**designated**
82:24
**desperately**
128:15
**despite**
86:12 128:19
**detail**
124:1
**details**
15:14 16:21 17:13,24 112:3
**determine**
70:5
**determined**
104:3
**develop**
76:3 100:1
**developed**
75:22 95:24 96:1
**dialog**
83:20
**dialogue**
83:14
**diamond**
16:7
**difference**
120:15
**different**
67:1,3 109:5 121:4 141:15
150:2 152:8
**difficulty**
84:4
**diligence**
32:9 33:24
**dining**
40:12
**dinner**
38:4,6 39:10,25 40:3,5
**diploma**
8:16
**direct**
2:22 3:4 5:16 7:22 45:10

**direct (cont.)**
46:6 58:21 76:10 77:19
85:3 90:13,19,22 92:11
93:11,24 134:1 158:3,7,11
**directing**
11:17
**dirty**
109:13
**discharge**
115:14 127:2
**discharged**
115:11,13,14 132:5
**discretion**
82:14
**discuss**
19:22 90:11 156:11
**discussed**
14:10,11 135:5
**discussion**
3:17
**discussions**
93:6
**disgusting**
112:21 113:1,2,2
**distance**
22:5
**district**
1:1,1,4,8,20
**document**
11:23 62:11 64:24 87:14,15
87:18,21 129:21 130:1,11
134:4 148:9 150:9,10
**documents**
6:21 29:20,23 75:13 80:19
86:17 129:15
**doing**
15:5,11 24:5 25:6 68:13,13
101:23 111:6 118:17,18
121:6 123:15 125:5 126:25
127:1,20 128:12 141:17
153:21
**dominick**
1:20
**domtursi**
1:22
**door**
21:1 22:13 24:13 26:9,12
51:1 61:6 72:25 73:1,4,5,6
73:7,10 88:16
**doors**
51:4 70:23
**doubt**
57:1,5,9,12,15,18,21 71:11
**doubts**
71:15

**downloaded**
84:11,12 86:25
**downstairs**
19:20 21:18 22:17 25:5
26:1 45:14,16,18 47:1,4
108:2
**drafted**
145:6
**dragged**
141:5
**draw**
64:21 95:6
**drawing**
60:1
**dress**
122:15
**dressed**
21:20 108:3,5,6 122:12
**drink**
19:19 21:18 39:20,21 57:16
**drinking**
39:17
**drive**
15:9,10,16 123:1,10,18
124:3,5 125:11 126:10
**driver's**
124:14
**driveway**
43:12 67:15
**driving**
15:9 18:8 123:20 125:7
126:12
**drove**
36:23 41:12 73:11 116:10
**dual**
104:11 140:2,6,7,8
**due**
13:14 29:4 32:9 52:23
**duly**
7:16 58:17 93:20
**duties**
15:6 59:15
**duty**
79:19
**dynamic**
84:8

**e**

**earlier**
12:23 54:21 140:18
**earn**
132:6
**earned**
132:8,14
**east**
1:11

**eastern**
1:1 99:16
**easy**
69:1,12
**eat**
18:8
**education**
8:15
**effect**
132:13
**effort**
10:22
**eight**
152:7
**eighth**
59:6
**either**
18:11 24:12 28:15 54:22
75:7,20 76:14 89:3,6 152:9
**ejaculated**
115:16
**electronic**
87:19
**eleven**
10:8
**ellen**
134:25 135:25 136:25
137:25 138:25 139:25
140:25 141:25 142:25
143:25 144:25 145:25
146:25 147:25 148:25
149:25 150:25 151:25
152:25 153:25 154:25
155:25 156:25 157:25
158:25
**email**
11:8 12:5 13:3,16,16,19
23:6 50:1 121:3 130:14
**email.com**
1:22
**emailing**
22:24 23:1,7
**emails**
12:11,14,15 13:12
**emergencies**
17:12
**emergency**
17:21,25 36:3 44:23
**emma**
24:2,21 25:10
**employed**
8:19 59:7
**employment**
9:25 60:2
**encounter**
115:3,4,18

**encourage**
119:22 128:16,17
**ended**
52:7
**energy**
115:15
**engage**
33:10 83:24
**engaged**
37:1 148:5
**engaging**
131:12 149:10 150:1
**england**
8:6
**english**
109:24 122:17
**enjoy**
131:13 136:10 148:6
**enjoyed**
148:10
**enter**
145:4,12 146:11
**entered**
75:16 79:8 87:2
**entering**
130:24
**enters**
3:13 92:14
**entice**
50:17
**entire**
22:8 45:13 50:20,21
**entitled**
153:17
**entrance**
61:6
**environment**
85:19,21,24
**equal**
131:14
**esq**
1:12,13,14,15 3:13
**essence**
54:21
**essentially**
13:4 120:7
**established**
30:6 32:13
**establishing**
99:4
**et**
14:16 19:24
**etcetera**
137:3
**evaluation**
84:25

[evening - fixing]

**evening**
18:7 19:9
**event**
30:6 76:15 128:19 143:10
**events**
56:22 59:20 76:1
**eventually**
50:4
**everybody**
71:25
**evidence**
6:3,12 12:9 13:1 54:11 64:5
65:21 72:1 130:5,9 134:18
134:21 136:1 143:10 146:7
147:22 152:10 158:15,16
158:16,17,17,18,18,19
**exact**
4:13 67:21
**exactly**
43:9 71:7 78:1 120:9,9
125:8 142:1 151:2
**examination**
3:4 5:16 7:22 27:18,22
45:10 46:6 53:12 58:21
74:20,23 85:3 89:17 93:11
93:24 134:1 137:16 158:3,4
158:5,7,8,9,11,12
**examined**
7:17 58:18 93:21
**exchange**
33:13 94:15
**exchanges**
13:3
**exciting**
35:21
**exclamation**
16:7
**excuse**
23:8 153:15 155:6,21
**excused**
58:6 90:7
**exhibit**
6:1 11:12,20 12:9 13:1,4
53:14 54:5,9,11 62:8 64:1,4
64:5,8,21 65:17,20,21 87:5
93:15 104:21 129:20,20,21
130:5,8,9 134:18,20,21
135:23 136:1 145:5,17,24
146:4,6,7 147:21 158:15,16
158:16,17,17,18,18,19
**exhibits**
5:23 6:2 7:4 129:19
**expect**
3:3 5:3,5 10:7
**expectations**
60:21 61:2 70:12 71:4

**expectations (cont.)**
83:22
**expected**
84:6
**expecting**
102:1 103:10 107:23
**expects**
71:5
**experience**
78:7 89:21
**experienced**
89:22
**experiencing**
52:19
**explain**
3:25 19:2 37:9,14 43:2
71:10 73:18 100:22 147:5
147:10
**explained**
23:21 24:16 31:13,24 42:4
42:19 45:10 50:2 52:15
80:24 86:23
**explaining**
38:22 39:4
**explains**
136:25
**explanation**
125:4
**exploitation**
94:24
**expressed**
51:25
**extended**
3:12 8:16
**extreme**
70:21
**extremely**
69:25 70:13 136:19,19

**f**

**face**
63:6,6
**facilitates**
63:7
**facing**
155:2
**fact**
6:15 13:25 19:6 28:20
33:20 38:22 46:9 50:1,23
70:23 88:23 141:12 143:10
151:15
**factor**
32:19
**factors**
32:12
**facts**
2:23 32:23

**fair**
13:3 16:19 17:14 30:12
31:8 39:2 40:16 43:19 44:7
44:9,14 53:1 60:15 77:1,17
77:19 79:1,7 130:20 140:1
146:9 152:25
**fairly**
12:3
**fall**
120:22 121:22 133:9
**familiar**
91:6,10 123:23 140:15
**families**
10:14,17 18:3 32:17 59:18
69:6 90:2
**family**
10:9 26:19,21 27:3 32:24
36:14,15 52:17 59:18,22
60:21 61:15,16 62:24 63:11
63:11 64:25 65:5,8,13 66:7
66:14 67:6 68:21 70:8 71:5
71:21 83:15 84:8 89:22
99:12,18 117:13,13 118:13
118:14,25 119:6 121:12,13
121:14 128:18
**family's**
61:2
**far**
51:9 66:1,3 105:11 136:11
**fare**
123:11,12
**father**
23:11 24:12 96:8,21 119:25
120:8,9 128:20 150:6
**fatico**
2:6 3:18,20 6:22
**fax**
1:22
**fbi**
7:10 152:9 153:20
**fear**
133:1
**federal**
1:21 94:21
**fee**
123:9
**feel**
25:23 40:17 44:9,15,16
46:1 67:12 68:20 78:3,5,14
82:17 150:20
**feeling**
46:22 86:3,7,12,18,20
**fell**
22:13
**felt**
26:2 32:10 34:9 40:19

**felt (cont.)**
44:18,19 49:7,21 69:5
72:21 82:20 83:25 85:19,21
85:24 116:13 127:2 128:2,6
150:22,23
**fi**
22:22,24
**fifth**
131:6
**fight**
113:19
**figure**
128:21
**file**
63:22 65:14 153:8,11
**fill**
62:15,16,18,20,24 64:25
65:10
**filled**
62:19 65:2,8 67:10
**filling**
66:1
**find**
10:5 22:22 34:12,15 60:22
108:14 131:25 136:22
**finding**
32:9
**fine**
92:13 105:13
**finish**
84:16 90:18 120:4
**finished**
5:4 9:17 18:2 84:18 86:5
126:25 127:24
**first**
2:16 5:20 7:16 9:22 23:6
31:21 36:20 37:1 58:17
63:14 65:23 66:5 69:15
79:3 92:17 93:20 95:25
96:2,15 98:25 99:25,25
100:15,17,23 101:5,10,14
101:14 107:2 117:25 118:8
120:24 128:25 129:7,20
131:23,23 132:10 136:15
138:15,17,24 140:22 141:5
142:15 153:22
**firstly**
11:2
**fist**
28:8 111:15
**fits**
66:13
**five**
17:8,9,15 21:24
**fixing**
67:16

**[flew - hand]**

**flew**
122:6
**flight**
16:23 121:15
**flipping**
71:8
**floor**
109:3,4,22 110:21 111:5
113:15 114:14,16 141:8
**flustered**
77:2,22
**focus**
90:3,20,20,22 92:19 93:4
131:2
**focused**
91:7 93:12
**follow**
81:2 113:5 131:5
**followed**
2:18
**following**
105:18 117:25 120:6
132:12 133:18 137:15
**follows**
7:18 58:19 68:19 93:22
**force**
39:14 112:23
**forced**
109:3 142:16
**forceful**
111:2,3 140:10
**forcing**
94:10
**foreign**
118:9 156:14
**forget**
129:12
**forgoing**
6:2
**forgot**
132:3
**form**
13:8,10 62:14,16,18,19,23
71:2 81:3 86:24
**forward**
6:17 67:2 71:8 149:3
150:13
**found**
10:6 14:15 36:6
**foundation**
6:19
**four**
16:7 28:24 29:1,21 30:7
43:5 68:23 69:21
**fourth**
134:23

**frame**
106:12
**free**
5:7 94:4
**friday**
38:2
**friend**
117:16
**friends**
103:24
**front**
11:10 62:8 73:4 135:12
**fun**
16:11
**funds**
101:20 103:17 107:12
**furnished**
80:19
**further**
19:2 27:17 58:1,2 74:18
89:12 90:4 137:11 153:2
156:7
**future**
96:6,7 144:25

**g**

**games**
39:17
**gap**
9:19 10:4,14 16:21 23:22
23:24 24:2,18 25:10
**gather**
61:1 66:12
**gathered**
16:21
**gathering**
66:11
**gauge**
70:12,19 71:1
**general**
17:10 69:19
**generally**
11:25 17:17 56:23
**generated**
75:19
**gentle**
111:2 121:9 131:11
**gentleman**
33:22 148:4
**gentlemen**
60:12
**germane**
92:9
**gesture**
127:19 128:5
**gestured**
114:24

**getting**
16:22 25:8 26:4 66:3
135:13
**giant**
11:10
**girl**
54:16 64:17 136:7,25
**girlfriend**
136:13
**girl's**
136:7
**give**
31:16 70:17 71:21,24 77:15
84:15 121:10,12 128:19
135:3 151:16,16,19
**given**
3:1 143:2
**giving**
126:10
**glass**
21:1
**go**
6:17 7:19 20:1 21:25 22:6
26:13,23 44:4,7 46:11
49:11,11,18 52:20 55:15
60:20 63:2,16 65:12 69:17
83:19 90:17 99:19 103:15
103:15 106:11,14 107:12
107:14,25 108:14 110:4,7
117:7,23 122:7 124:1,21
126:17,20,21 131:25
136:20 139:4 144:19,22
146:15 148:17 153:2 154:7
**goes**
63:16
**going**
2:16 4:17 5:1,15 9:12 11:4
11:17 12:21 13:8 14:5
16:23 20:1 21:5,9 24:15
25:5,21 26:11 28:2,7,7,8,9
42:17 49:13 52:16 55:15
56:18 68:6,18 69:1,12
70:10 73:14 75:2 80:18
91:9 92:16 98:16 100:6
112:12 122:8 125:15 131:3
134:23 136:3,11,14 137:3
137:20 140:12 143:3
147:21 151:17,20 153:20
156:22
**good**
2:3 3:14 5:17 7:24 16:9
27:24 58:23 74:25 92:15
94:1 96:21 104:12 119:24
120:8 128:20 129:6 131:11
137:18,19 139:19,22,24
148:4

**government**
1:10 2:21 3:1,3,16 4:14,17
5:14,23 6:1,15 7:16 12:8,9
13:1 27:16 54:4,5,11 58:13
58:17 63:25 64:1,4,5,8
65:16,17,20,21 89:1 90:17
92:19 93:4,20 94:7,13 95:4
103:20 130:4,5,8,9 134:17
134:18,20,21 135:15,19,22
135:23,25 136:1 143:9
145:5 147:21 158:15,16,17
158:17,18,18,19
**government's**
2:6 3:22
**grab**
41:19 73:5
**grade**
59:5,6
**graduated**
32:3
**gray**
9:5
**great**
91:11 150:6
**green**
60:11 95:12
**groceries**
146:14
**grow**
25:18
**guard**
132:18
**guess**
6:18 19:20 38:22 129:8
**guilty**
4:6 94:21,24 95:3
**guy**
141:18,25 144:3,3

**h**

**hair**
112:9,9,10,24
**half**
154:9
**halfway**
67:15
**halloween**
20:3 42:5,14 56:5
**halted**
83:11
**hand**
22:3,4 41:17,19,19,20,21
48:16,18,20 49:15 57:13
84:10 109:23 110:3,6,7,22
110:25 111:8,9,14,14,15,17
112:1,4,5 114:12 124:15,19
124:25 125:1,19,25 127:12

[hand - indications]

**hand (cont.)**
127:18 141:12,24 143:22
144:7
**handle**
2:25
**hands**
53:2 111:1 113:24 114:2,5
114:20 124:17,21
**handwriting**
84:13
**handwritten**
86:24
**hang**
4:24 5:8
**happen**
16:11 104:14 152:16
**happened**
16:20 17:3 18:1,6 19:12
20:14,14 21:17,23 22:6,25
24:4,20 25:1 26:6,7,11 28:3
29:9,11,21 30:6,20 31:8
41:16 72:18 73:20 74:1
107:3,20,21 108:25 116:4
121:5 123:4 124:2 133:6
144:14 145:16 147:5,7,8,10
147:11,12 148:11
**happy**
2:22 119:15 123:14,16
**hard**
25:9 112:15
**harmony**
131:14
**harm's**
36:6
**head**
127:9,12
**hear**
4:4 90:18,20 109:20 138:5
**heard**
74:9
**hearing**
2:6 3:18,21 4:3 6:23 7:1
90:15 91:1 93:9 156:12
157:3
**hearsay**
74:5
**held**
73:8 120:1,7
**helena**
131:13
**help**
44:5 67:5 134:25 135:2,3,7
135:9 136:15,18 137:5,6
**helper**
136:9

**hesitant**
118:8
**hi**
7:25 27:25 75:1
**hide**
45:20
**highest**
8:15
**hired**
2:17 67:5
**hiring**
153:10
**history**
102:15 148:18
**hit**
127:12
**hmm**
16:1 26:25 31:23 35:19
75:11 115:24
**hmmm**
36:12 38:15 39:22
**hobbies**
14:16 15:10
**hold**
23:22 24:1 62:21 114:2,10
114:11,21 120:3 145:17
**holding**
73:4
**hole**
126:8
**home**
24:17 26:23 30:13,18 35:3
35:6,9 37:15,15 41:12 43:1
43:11,12,23,25 45:8,11,13
45:20 46:3,13 55:9 59:19
60:18 61:4 65:12 67:19
69:24 70:3,13,25 71:12
72:22,22 73:11 80:1,2,5,14
80:24 81:24 82:1,2,7,10,18
85:1,12,15 89:23 108:7
118:16,17 132:17
**homeless**
102:16
**homes**
43:16,20 44:5,8
**honest**
70:7
**honestly**
154:22
**honor**
4:12 5:17 6:9 7:7,20 9:6
13:9 27:16 53:10 54:4
57:25 63:25 65:16 74:16
91:5 93:2,14 95:14 104:25
130:4,7 134:17 135:22
143:2,12 146:3 154:2,23

**honor (cont.)**
156:9,18 157:1
**honorable**
1:7
**honor's**
2:13
**hope**
4:22 120:2,3,7 144:24
145:1,2 155:5
**hopefully**
70:15
**hopes**
94:18 98:18
**hoping**
121:14 155:7,9,11,20,24
156:3
**hose**
20:6,8 56:9 122:16,17
124:20 125:21 126:11
**host**
10:16 32:17,24 36:14,15
59:17,18,22 61:1,14 62:24
63:11 64:25 65:5,8,13
68:21 69:5 71:4 83:21
85:16 86:13 89:22 94:21
**hot**
101:4
**hotel**
17:4,6 35:25 36:21
**hour**
5:4 23:4 115:5 140:5 154:9
154:11 155:19,22
**hours**
67:21 115:5 124:5
**house**
19:4,10,13,15,17 20:11,12
20:15 25:22 26:18 42:8,9
42:12 45:17 50:21,23 51:5
51:10 52:4,13 55:13 57:19
61:9 64:15 66:16,18 67:11
67:12,16 69:19 70:6,15,16
70:18 72:16,25 78:11 81:8
81:11,20 98:23 99:2,17
102:15 105:24,25 106:1,6
106:15 107:3,6,9,15,24
108:13 117:8 118:15
119:13 120:20 123:19
131:24 140:23 146:15
148:16,16,22
**household**
10:23 15:7
**housekeeping**
5:22 92:5
**huh**
151:14

**humiliate**
109:16 111:6
**hundred**
23:7
**hurricane**
26:22,24,24 27:4 52:23
**hurt**
110:23 111:3,4 127:9
143:25
**husband**
96:6,6,20 102:9

**i**

**identification**
95:21 145:18,24
**identified**
9:7 77:22 95:15
**identify**
77:20
**identifying**
9:3 60:9 95:10
**immaculate**
70:18
**immediately**
102:23,24 107:24 136:20
**immoral**
150:1
**important**
32:19 67:4 119:3
**impression**
69:15 101:6
**imprisonment**
155:3
**inappropriate**
40:8
**inaudible**
144:16
**incident**
28:23 30:10 31:6 118:4
120:6 121:2 131:23 141:20
142:16
**included**
153:4,11
**including**
105:5 141:16
**incorporated**
59:8
**independence**
99:2
**indicate**
86:17 102:20 110:2
**indicated**
2:2 4:23 76:10 85:6 86:7
**indicating**
2:7 86:2 114:4
**indications**
85:12

**indicia**
6:13,22
**individual**
8:24 60:3 95:6
**indulgence**
7:3
**infant**
142:19 150:5
**information**
4:13 10:19 11:3,4 13:14
14:6,15 17:12 37:20 61:1
62:17 63:2,9,12,19 65:4,10
66:4,12 79:8,15 87:2
**initial**
13:13 23:6 123:21
**initially**
3:12 33:6
**initiate**
62:25
**initiation**
145:7
**initiative**
145:8
**inquire**
4:21 84:1
**insert**
110:22 115:23
**inserted**
141:12
**inside**
45:8 82:1,2,25 110:7,22
111:17 113:18 116:13,20
116:21 124:21 125:1
141:24
**insofar**
12:10
**inspection**
80:2,14,25 81:24 82:7,8
**inspections**
80:3,5
**instance**
106:16 107:2 118:1,14
125:11
**instances**
106:24 131:18 133:8,9
**instructions**
36:5,8 65:24,25 80:7
**insult**
109:15 110:20
**insulting**
109:6
**insultive**
141:15
**intellectual**
69:1

**intended**
37:15
**intending**
3:23
**intention**
31:9 100:3
**intentions**
137:4
**interact**
24:11 98:13
**interaction**
128:9
**interactions**
8:23 91:3 93:8
**intercourse**
115:19 131:12,20 148:6
**interest**
45:23
**interested**
9:18 42:17,20
**interests**
14:25
**interexchange**
5:24 10:1,2,13 11:8 12:2,5
13:16 16:21 17:24 23:25
25:7 53:25 54:2,14 59:8
60:3 63:15 65:14 71:18
89:21
**interexchange's**
63:13,21
**international**
72:20
**internet**
31:25 32:6
**interpreter**
110:15,16 112:12,14,15
114:1 126:2,3 145:20
**interpreters**
92:20,21,24
**intervening**
156:24
**interview**
10:25 11:5,7 12:2 13:5,13
13:25 14:10 15:1,4 16:17
59:18 60:19,21 62:14,23
63:6,7,18 64:25 65:5,13
66:7,20 67:18 69:2,20
71:16 84:23
**interviewed**
60:18 66:15 75:17
**interviews**
33:21 66:21
**intimidated**
25:24 49:7
**intoxicate**
39:17

**introduce**
64:1 65:17
**introduced**
46:20 145:5 147:22
**investigate**
79:20
**investigation**
35:12 48:1 80:21
**invitation**
3:12
**invite**
35:2
**invited**
3:19 90:25 117:12
**island**
19:7,10 55:20 56:4 59:24
97:6,8,11 98:23 123:19,22
124:4,5 125:10,14 138:9
**islip**
1:4,21
**issue**
2:7 92:5 100:19,23
**issues**
3:20 92:9 93:12 103:9
**italian**
101:4
**items**
86:24

**j**
**jail**
155:11
**jealous**
101:12
**jet**
22:9
**jfk**
17:2
**job**
70:17
**joe**
12:1 16:13 139:22,22 140:1
**joined**
7:9
**joint**
61:25
**jolene**
2:18 26:8,18 58:13,16
87:12 158:7
**joseph**
1:5,7 8:24 16:3 57:2,5 60:3
60:6 94:2 95:7,8,15 131:10
131:14 146:11,16 148:4
152:7
**judge**
1:8 2:10 4:10 5:22 31:24
48:15 52:15 53:18 58:8

**judge (cont.)**
74:19 86:2 89:15 105:10
142:23 155:7,17 156:13
**july**
1:5 100:8,15 101:11 102:22
135:20 138:3 144:13
**jump**
134:3
**jumpsuit**
9:5
**juncture**
39:2 46:20 80:22
**june**
96:13,14 97:2 138:6,6
144:12
**jury**
6:9

**k**
**kabrawala**
1:13 2:10,16 3:5,8 5:2,22
6:6 7:2,7,19,20,23 8:4 9:6
9:10 11:13,14 12:8 13:2,11
20:23 21:8 23:19 27:16
36:2 53:9,13,18,21 54:4,12
57:25 58:8,13,22 63:25
64:6 65:16,22 68:9,16
72:14 73:25 74:6,16,18
89:1,15,18 90:4,10 91:4
92:5 93:25 95:14,22 104:22
104:25 105:14,15 110:17
114:7,24 115:2 126:6
129:18 130:4,10 134:2,17
134:22 135:22 136:2
140:16 143:12 146:5 147:4
155:19,23 156:9,13,20
158:4,6,8,10,12
**kalichenko**
2:20 3:19,25 5:13 90:9 92:4
92:14,15,23 93:19 105:4
137:18 142:5 146:10
147:14 155:2 156:10
158:11
**kalichenko's**
3:1 91:7
**keen**
32:23
**keep**
51:1 63:22
**keeping**
70:10,15
**kept**
65:14 125:5
**khaki**
60:11
**kicked**
106:15

[kid - lot]

**kid**
67:17 129:3,4,11
**kids**
70:9,22 118:22 119:2,4
129:9
**kiev**
103:22,23
**kind**
17:5 20:4 36:23 63:3 70:19
95:3 116:12 117:15,19
126:10 128:14 129:2 132:8
139:21
**kingdom**
20:9 26:13 27:6 55:1
**kiss**
49:5 127:17,17
**kitchen**
108:2,3,10,19 141:5
**knew**
33:7 117:11
**knocked**
26:8
**know**
2:5 3:22 4:6,25 5:10 6:11
11:21 16:5 20:10 21:10,11
22:19 24:18 28:15 39:16
43:19 44:22 45:19,22 46:16
48:7,9,10,12,13 60:13,13
60:14 67:21 68:13 69:7,9
69:14 70:10 73:14 75:6
76:16,17 77:23,23 78:9
79:4 80:8,10,11 83:16
84:14 89:2,2 90:13,14
91:10 92:6,17 93:7 96:4,6
99:4,10,18,19,23,25 100:18
101:3,20 103:9,16,22
104:11,12 105:6 107:4,5,7
107:11,11,14,25,25 108:6
108:11,11,13,14,15,17,18
109:2,6,12,13,15,19,23,25
110:5,6,11,22,22 111:5,12
111:22 112:2,8,10,17,18,22
112:24 113:1,19 114:11,18
114:22 115:6,12 116:8,14
117:5,10,11,15,20 118:11
118:12,19,22 119:2,3,18,18
119:21,24 120:15 121:5,7,8
121:25 123:15,17 124:7,13
124:15,17,21,22,24 125:1,3
125:5,5,8,25 126:1,5,9,10
126:12,13,23,25 127:1,7,9
127:17,24,25 128:1,3,6,13
128:14,18 129:5,8 131:23
132:2,4,8,23 133:2,4,6
135:4 136:23 138:22 139:3
140:14,15 145:7,9 151:5,6

**know (cont.)**
151:8,23 154:18,20
**knowing**
102:11
**knowledge**
12:3 63:13 65:13 67:23
68:10 132:21
**known**
10:2 51:13

---

**I**

**lack**
6:21
**ladies**
41:5
**lady**
24:2 128:23 129:7
**lag**
22:9
**land**
8:22 16:25
**langone**
7:10
**language**
109:7,9,11,14 110:20
132:19
**lap**
25:3
**lapinta**
1:14 3:9 5:21 11:13 12:10
12:17,20,25 13:8 20:19,22
23:14 25:13 27:19,23 28:1
44:17 53:5,7 54:8 58:2,3
64:3 65:19 68:2,11 72:9
73:23 74:4,12,14,21,24
75:2 89:12,24 158:5,9
**laptop**
22:16,23 25:3 72:25 73:4,8
**larbu**
25:10
**larby**
24:2,3,12
**larusso**
3:6,8,13,14 4:12 5:8,9,17
**lastly**
53:1
**late**
2:7 19:15 55:24 96:14
98:22,22 122:24
**lato**
1:15 6:5,9 12:23 21:6 91:5
93:14 95:20 105:1 130:7
134:19 135:24 137:17
142:12 143:2,15 146:3,8
147:20 154:1,23 155:1
156:7,18 157:1 158:13

**lawsuit**
153:11
**lawyer**
153:10
**lay**
6:18
**laying**
114:17
**leader**
132:18
**learn**
32:23 74:1
**learned**
37:25 89:1,6
**leave**
5:6 7:3 55:12,13 72:22 74:2
106:10 107:6,8,8,9,15,24
108:15,16 116:10 132:11
140:23 152:18
**leaving**
57:19 117:4
**left**
21:1 24:21 30:12 40:25
43:23 50:23 51:10,14 52:4
55:8 110:3 115:15 116:9
133:12,12,15
**legal**
61:12 118:1
**leniency**
94:19 155:5,7,20,24 156:4
**leonard**
1:15
**leonardo**
2:18 5:3 26:8 27:9,13 58:14
58:16,23 74:25 75:12 76:6
77:6 78:15 87:8,12 89:1,13
89:19 90:6 158:7
**leonardo's**
26:18 27:3
**letter**
2:6 4:18 136:21 137:8
**letters**
3:22
**level**
8:15 34:13,15
**liaison**
59:17
**life**
15:19 32:3 83:15
**light**
28:11 60:11
**line**
4:14,14 10:6,13 22:18
131:6
**list**
68:19 75:18 80:25 83:16

**listen**
82:4
**listening**
125:16,17
**literally**
73:7 107:7 108:3,17 110:23
131:24 132:1
**little**
8:1,12 29:1 30:3 49:7 59:14
64:17 84:4 136:6 154:10
155:9
**live**
14:11 43:19 71:3 99:15
103:23 119:23 128:18
**lived**
62:1 69:24 70:3,25 78:11
85:9 128:22,24 129:6
**lives**
14:14 99:15
**living**
61:5 67:16 70:20 99:16
**local**
59:11,13,16 65:24 87:12
**location**
123:25
**lock**
51:1,4
**locked**
126:16,17
**long**
4:25 10:7 17:6 19:7,10 22:9
55:20 56:4 58:7 59:24
78:13,13 90:14 97:6,8,11
98:23,24 105:18,19 106:1
112:9,9 115:3 121:18
123:19,22 124:3,4,5 125:10
125:13 138:9,14 154:9
**longer**
26:2
**look**
20:17 29:20 48:5 65:23
104:23 105:1 134:8 135:15
136:21
**looked**
35:9 67:12,16 79:12 81:10
82:24 83:2 85:9
**looking**
13:17 15:8 26:21 43:3
66:13 67:2 77:8 96:5,7,20
96:22 102:9 104:5,16
115:10 135:2 144:21 153:5
**looks**
70:19 123:24 129:22
**lot**
16:11 25:21 57:22 67:7,13
69:10,14 89:4

**[loud - negotiated]**

loud
  88:13
louder
  59:14
love
  119:17 150:5
loved
  129:11
lowest
  155:15
lucy
  2:16 7:15 16:2,4 67:2 72:25
  73:11,19 74:1 78:11 158:3
lucy's
  72:20
luggage
  73:6 123:13
lunch
  90:8,12 91:13 92:18
lying
  70:22 72:7

**m**

mad
  107:4
madness
  128:14
maid
  71:6
mail
  134:6,7,12,15 135:18 137:7
  145:12,15,24 147:15
  148:14 149:1,5 150:3,15
maintain
  63:20 71:5
making
  22:12 149:9 150:25
male
  112:18
man
  57:2 96:5 104:3 131:11,11
  148:4
manager
  41:6
mandatory
  155:2
manhattan
  122:8 123:1 124:4
manner
  114:8
mark
  16:7 54:6 104:18,20
marked
  11:18
marks
  116:12,23

marriage
  96:5 104:4 128:23 129:1,3
master
  109:19
masturbating
  127:20 144:8
match
  16:12,18,19 34:25 60:22,23
  66:12 70:24 79:18
matched
  16:20
matching
  10:11
material
  75:18 79:13
math
  59:2,3
matter
  5:22 68:12 115:8 152:11
meal
  19:3,6
mean
  40:2 46:12 63:22 84:12
  100:25 115:16,21 124:18
  149:11 151:13 155:8
meaning
  131:8,10,13
means
  151:5
mechanical
  1:25
media
  19:20 21:19
meet
  31:12 60:3 65:7 67:24 96:1
  96:24 97:5,7,8,12 117:18
  136:11 138:3,7
meeting
  62:25 65:9 98:18
meets
  6:15
memory
  15:20 20:3 25:2 28:21
  56:22 70:16 76:13 105:5,8
men
  144:14,17
menstruating
  116:25
mention
  132:17
mentioned
  5:14 14:17 19:25 20:6
  75:25 76:1 88:23 99:24
  100:1 106:23,25
message
  15:25 151:22 152:1,7,15,20

messages
  12:1 153:19
messenger
  11:9
messineo
  7:10 154:4,13
met
  36:20 37:1 60:17 81:22
  96:2 99:5,5 123:2,4
mic
  8:2
middle
  50:23 56:1 100:21 126:22
mind
  21:5,9 57:2,5,9,12,15,18,21
  59:12 121:11,11 145:7,10
mini
  122:15,15 126:11
minimum
  155:3
minute
  6:5 58:9 92:16 137:12
minutes
  21:25 26:3 27:14 58:8
  137:20
miscommunication
  4:10
misrepresented
  89:22
missed
  119:18
mistake
  37:23
mobile
  21:13
mode
  55:22
mom
  99:21
moment
  11:16 22:1 27:19 53:5
  74:16 84:15 97:15 104:23
  154:23
moments
  125:14
money
  25:21 57:22 101:25 103:21
  150:24 151:16 152:25
  153:13,15,19
month
  10:9
monthly
  59:19
months
  10:9 70:14

mood
  100:19,24 138:22
morning
  2:3 3:14 7:24 27:24 29:20
  50:7 51:16
mother
  15:13,19 61:23 62:1 99:6
  99:12 102:10 129:4
mother's
  15:16
motion
  3:23 110:3,25 111:1
mouth
  111:20 112:17
move
  92:10 112:4,5 127:12
  144:11 149:2
moves
  12:8 54:4 63:25 65:16
  130:4 134:17 135:22
multiple
  130:24 146:11
music
  125:16,17

**n**

name
  10:2 14:20 28:1 57:10 62:3
  62:4 75:2 87:23 119:9,10
  129:13 148:7
named
  8:24 60:3 95:6
names
  109:6
natalia
  128:23
national
  156:14
near
  23:12
neat
  69:23 70:7
necessary
  84:1
need
  15:17 19:24 46:1 68:13
  82:17 92:25 105:4,6,9,10
needed
  19:3 34:9
needs
  136:7
negotiate
  151:4,5,10,11 152:14,24
  153:5,19
negotiated
  151:24

[nelly - paid]

**nelly**
92:21
**nervous**
21:11,11 69:6 75:9
**nevertheless**
49:7
**new**
1:1,12,21 17:4,6 18:15
35:21,25 55:18 56:3 122:23
136:4 138:10,12
**nice**
121:8 123:16 146:15
**nicer**
144:25
**night**
19:16 22:8 43:14 50:6,11
50:21,24 51:10 55:24 56:1
124:7
**nina**
92:21
**ninth**
59:6
**noes**
105:10
**nonconsensual**
133:10
**noon**
67:20
**normal**
38:6 69:24 70:3,25 100:20
100:20 104:12 129:5
**notations**
83:10
**note**
84:12 88:19
**notes**
84:11,20,21 104:17,21
105:5,7,9
**notice**
132:16 139:1
**noticed**
100:18,23 101:14 138:25
**notified**
54:22
**notify**
30:20 128:8
**number**
12:10,14 16:6 17:25 50:1
56:23 68:18,22 134:3
135:15
**numbers**
11:18
**numerous**
80:2
**ny**
1:4

## o

**oath**
7:13 92:17
**obey**
131:8
**obeying**
131:14
**object**
12:10,24 13:8
**objection**
6:4 12:18 21:6 25:13 54:8
64:2 65:18 68:2,6,11 72:9
73:23 74:4,12,14 89:24
90:21 130:6 134:19 135:24
146:5
**objections**
6:25 64:3
**observe**
100:24 116:12,23
**obtain**
65:4
**obtained**
8:17 63:12,20
**obtaining**
94:18
**obviously**
4:24 5:8 6:25 17:12 20:16
22:16 23:6,8,17 24:14,16
29:4 32:6 67:22 90:14,19
90:21 91:6 117:9
**occasion**
114:15
**occupation**
59:1
**occur**
141:17
**occurred**
137:15
**occurring**
74:10
**october**
17:1 105:23 121:20,21
130:15 133:12,12 145:3,11
145:15 146:10,23 147:18
148:14,19
**offenses**
95:1
**offer**
25:20 66:11 146:3
**offered**
19:19
**offering**
12:13
**office**
17:24 22:20 154:10

**official**
134:25 135:25 136:25
137:25 138:25 139:25
140:25 141:25 142:25
143:25 144:25 145:25
146:25 147:25 148:25
149:25 150:25 151:25
152:25 153:25 154:25
155:25 156:25 157:25
158:25
**oftentimes**
83:17
**oh**
72:13 116:18 134:11
**okay**
5:16 11:22 12:24 23:16
25:16 28:7,9,12,13,16,17
28:23 29:19,25 30:4,5 31:1
31:4 36:15 39:7,9 40:19
41:23 42:7 44:4 48:7 50:8
51:9,19,22 52:2 53:20
60:15 62:22 63:3 64:23
68:8,14,15 71:8 72:13 75:4
75:7,10 76:7 77:5,9,11,12
77:14,16 78:10,19,21,23,25
79:3,7,11 80:14 83:19,24
84:3 86:6 90:2,5 93:12,13
104:18 105:11 106:11,14
107:1,22 108:2,9 109:3,12
109:20,23 111:2,17 113:1
114:16 115:18 119:1,6
120:17,21 122:12 123:4,8
123:19,21 124:1 125:13
135:10 136:24 137:12,24
139:25 140:18,19 143:9
144:7,9 149:7 150:11,11,15
150:18,20 151:13,14 157:5
**old**
8:10,17,18 14:24 82:21
86:13 139:14
**olena**
2:20 93:19 146:10 148:6
158:11
**once**
10:18,19 19:12 24:1 36:13
48:16 55:1 93:15 123:4
142:4,19
**ones**
12:18,21,24
**online**
62:16
**open**
2:24 73:1 111:15 112:1,4
126:21
**opened**
22:23 24:13 73:4 151:25

**openly**
132:24 133:4 153:7,12
**opinion**
40:8 141:24 142:1
**opportunity**
46:9 116:3
**opposite**
22:21 104:15
**option**
70:25
**options**
69:4,21,22
**oral**
112:16,20 113:4,8 142:13
142:19
**order**
2:1,14 11:6 34:12 70:9,11
70:16,22 103:17
**ordered**
57:15
**ordering**
4:2,10
**organ**
112:18
**organization**
59:8
**organized**
69:1,13
**organizing**
13:13
**orientation**
17:14 18:2,10
**originally**
76:5
**orphanage**
99:13,22 102:8,10 103:14
118:15,20,25
**outside**
27:9 51:4,6 81:10
**overruled**
21:7 25:14
**owned**
67:1

## p

**p.m.**
157:6
**pack**
24:22
**page**
11:17,18,19 13:16,18 15:23
53:15,16,19 54:5,9 64:8
65:23 68:17,17 69:16,17
71:8 87:8,9,10 129:22
133:18 134:4
**paid**
57:22 97:9,10 103:1 121:15

**[paid - posture]**

**paid (cont.)**
123:9
**pain**
116:13 125:25
**painful**
110:8 116:13,14 124:23
125:23,24 126:5
**pair**
2:17,19 5:25 9:12,16,25
10:7,11,15,23 15:6 16:18
18:2 31:22 32:20 43:3
46:13 59:17 60:22,24 61:3
61:5 63:3 66:11,13,14 67:5
67:7 69:11 70:10,15 71:5,6
71:18 79:18 82:21 83:21,25
84:6 85:17 86:13 136:6
137:2
**pairs**
17:5,7,17 24:24 59:19
66:10
**pair's**
67:9 70:17 82:8,25
**panicking**
23:18
**panties**
126:7
**pants**
108:8
**panty**
20:6,8 56:9 122:16,17
124:20 125:21 126:11
**pantyhose**
143:20,22
**paper**
76:4,4
**paragraph**
134:23 136:3
**pardon**
134:9
**parents**
24:17 49:24
**park**
122:8,9,10 123:3,6,19
**part**
3:17 32:12 61:7 67:6 79:11
113:18 119:6 139:24
**participate**
71:18
**particular**
9:24 28:9 34:18 36:5 59:23
75:25 78:6 99:14
**particularly**
44:8
**partner**
130:24 131:11 146:11
148:5

**partners**
146:12
**partnership**
131:9
**party**
19:25 20:2,3 42:5,14,16
**passage**
29:5
**passed**
25:25 136:5
**passport**
148:18,20
**password**
22:22
**patient**
69:1
**pause**
6:8 27:20 53:6 105:3
154:25
**pay**
123:10
**penetrating**
127:11
**penis**
112:20,20 115:23
**penultimate**
53:15
**people**
12:11 40:12,22 107:11
126:22
**perfect**
3:5
**perfectly**
70:7,9,16,22
**perform**
112:17,20 113:4,8 142:13
**performed**
142:19
**perilous**
45:5 46:23
**period**
17:9 18:1 24:11 25:12 27:4
28:4 79:5 105:24 106:5
117:1
**perpetrated**
133:11
**person**
59:21 95:18 96:7 99:7
100:20,20 102:16 104:12
104:12,15 117:10,11,18,19
119:24 129:5,6 144:19
**personality**
104:11 140:2,6,7,8
**personally**
71:20

**pertain**
12:11,15,19,22 13:4
**pets**
60:25,25
**phone**
21:13 22:18 36:10,13,16
41:8 80:15 122:2,2,5
**photo**
53:22,24 54:1,13
**photograph**
64:9,11
**photographs**
33:1 46:16,18
**photos**
53:19
**physical**
113:21
**physically**
18:11 61:4,10 65:7 87:19
100:16 106:19 121:23
127:14
**pick**
23:2 76:20 97:11 103:8
121:25 122:9
**picked**
18:7 25:8,12 26:1,4,6,7,8
36:20 50:7 51:16,18 52:2
72:24 88:1 97:13,14 123:5
123:9
**picking**
32:13
**picture**
54:17 64:13 119:12
**pictures**
119:14
**pinned**
113:24
**place**
28:23 99:15,19 102:13,13
103:23 107:14 108:14
120:24 124:14 132:9,12
144:22
**places**
67:3
**plan**
136:10,22,24,25 153:8
**planning**
136:23
**plans**
19:22
**play**
101:8
**plaza**
1:11,21
**plea**
4:7

**plead**
95:3
**pleaded**
94:21,24
**please**
7:3 8:12 9:3,7,15 10:11
11:12 14:9 15:23 20:20,22
23:8,15 27:19 28:11,15
53:5,14 58:12 60:9,17 62:8
68:20 71:10 75:6 87:8 92:4
95:9,15,25 104:8 112:1,13
134:11,11 135:15 137:23
139:25 142:2,4 145:19
147:1 151:6
**pm**
14:6 58:11,11 91:13 92:2
123:2 124:7
**podium**
7:4
**point**
4:1 6:17 9:3 19:9 22:1 25:7
32:2 34:5 40:16 44:8,22
50:20 60:9 81:18 83:18
87:25 91:1 95:10 99:3,4,6
100:15 102:4 104:13,13
115:18 117:3,25 118:13
129:2 135:7 138:20 141:19
144:2,21 149:9 154:22
**pointed**
57:2
**pointing**
110:12,12
**police**
21:15 30:14,16 118:5,10
120:1,5 128:8 132:17,19,25
133:5 151:17 152:13
**policies**
66:6
**polite**
40:1
**pornography**
94:25,25 95:1
**portion**
53:2 78:6 88:1 134:23
**portions**
45:20
**pose**
135:11
**posing**
136:13
**position**
84:16 114:17,18
**possible**
16:10 155:9,12,16
**posture**
4:11

**[potential - reask]**

potential
10:16 32:17 156:11
potentially
92:13
pound
28:8
precisely
29:11,13,16 91:7
prefer
144:10
preferably
146:14
prefers
60:24
prepared
97:21
presence
89:22
present
2:4
presentation
70:6
presumably
12:13 52:7 83:11
presume
6:16
presuming
156:23
pretty
22:10
previous
35:6 119:8 120:13
previously
59:7 97:25 145:4 147:22
157:2
primary
59:15 104:1 118:12
principal
118:19
print
131:7
printed
130:15 148:21
prior
33:25 38:6 50:7 51:18
79:22 80:2,18 81:10 117:21
priority
118:24 119:1
prison
98:3,12
private
49:2 61:8
probably
3:18 26:2 124:24
probation
7:11

problem
136:12
problematic
38:10
problems
29:5
procedures
66:8
proceed
2:15 5:12 6:20
proceeding
2:24
proceedings
1:7,25 6:8 27:20 53:6 105:3
154:25 157:6
process
7:2 32:16 62:25 83:11
84:11 103:7
produced
1:25
profile
10:15,18,24 96:3,3,23
profiles
10:16
program
10:7,12 12:5 13:21 17:5,15
17:20 35:24 61:2,15 67:4
71:19 75:16 79:9
promise
146:10 156:1
promised
94:15 156:1
promises
4:16 131:10 148:4
promising
130:21
proper
6:19 109:7,25
properties
66:25 67:1
proposal
6:10
propose
2:13
proposing
156:16
prosecutor
74:17
prospect
33:11
prospectively
10:22
provide
36:15 131:9 152:13 156:22
provided
36:13 63:10 146:14

provider
132:18
public
40:10
pull
8:1 49:15 112:10,24 125:11
pulled
43:11 73:8 88:16 108:18
109:1 124:11,11,11,12
125:8,18
purchase
107:13
purchased
101:20
purported
81:13 132:16,21
purports
6:14
purpose
60:19 93:10 100:4 104:1
121:7
purposes
93:11
pursuant
8:7 95:3
put
19:18 73:9,11 99:13,22
102:10 107:15 111:17,21
111:22 122:15,17 123:13
124:19 125:19 143:22
148:7
putting
141:24

**q**

qualifications
83:21,22
qualified
85:16 136:7,8
question
5:10 13:9 28:14 38:12 57:4
68:6,18 69:18,19 70:5 71:9
71:11 75:5 77:4,13 78:9
84:2,16 120:4 137:22,24
139:25 142:6 143:4,8
144:10 147:14,16 149:7
152:19
questioned
97:24
questioning
5:12 23:7 25:6
questions
4:22 14:13 18:13,14 25:17
28:2,9,20 34:4,9,12,18,19
35:16 36:2 54:23 55:10
61:14 69:10 75:3 78:18
84:5 131:5 135:16 137:20

questions (cont.)
137:21 140:12,15,16,17
149:16 152:19 154:1
155:23
quickly
92:10
quite
16:10 19:15 25:17,18 47:7
quote
51:22 130:21,22,24,25
131:15 134:25

**r**

raise
5:19 136:10
range
123:7
reach
40:19 49:23
reached
31:5 40:20 42:9
reaching
31:9
react
18:21 23:11
reacted
23:16
reaction
23:5 42:23 56:11 118:11
read
16:5,14 63:17 66:6 68:25
69:22 105:11 131:3,16
134:10,23 136:3
reading
16:2 131:4 145:20
reads
68:19 131:7
ready
116:10
real
70:21
realistic
70:8
realize
155:2
realized
120:24
really
23:18 70:12,17 76:6 77:2
89:2 90:18 111:4,4,5 115:8
119:5,18 126:12 151:23
152:11
rear
110:12,13
reask
28:15 75:7

[reason - returning]

reason
55:4,12 71:15 90:25 96:9
98:10 101:1,2,12 107:5
150:23
reasons
35:5
recall
26:4 37:7 43:25 54:1,23
55:1,10 56:7,24 64:11
66:18 69:2
receive
2:6 63:17
received
4:13 72:20 115:9,10 134:12
receptive
119:5
recess
58:11 91:13 137:14,15
recognize
11:23 53:22,24 62:11
129:21 134:4 145:19
recollection
29:9,21 75:14 111:12 150:9
152:22
record
5:25 7:9 9:7 12:14 54:6
64:1 65:17 95:14 97:23
104:19 105:6 110:2 112:3
113:4 114:25 120:4 135:19
135:23
recorded
1:25
records
5:24
recover
123:8
red
116:23
redirect
53:8,12 89:1,14,17 156:8
158:5,9
reestablish
121:7
refer
105:9,10
reference
87:25
referring
15:25 65:23 68:17,18 105:7
reflect
9:7 95:15
refresh
29:20 75:13 76:13 105:5
150:9 152:22
refuse
118:21 142:22,23

refused
34:19 142:17
regard
4:7
regarding
5:11 13:14 14:12,13 16:22
18:9,14,14 33:25 36:3
37:10 38:14 48:3 83:24
85:1 93:6 119:2,4
region
59:23 79:12
regional
79:19
regular
63:12,20 67:12
regulations
66:5
related
5:24 95:1
relates
93:5
relation
114:14
relationship
83:25 84:6 90:14,18,24
95:23 96:1,10 99:4,8,9
100:2,4,10,13 101:18,24,24
102:3 103:8 104:3,7,8
119:8 120:13 121:8 130:25
139:9 146:12 150:4
relative
5:12
relatively
5:3 43:20
relaxed
6:12 69:5,8 73:17
relaxing
30:19
relevant
2:23,23 92:13
reliability
6:13,22
relied
79:7
relief
127:2
relieved
125:6
remain
7:13 104:7
remember
14:5,24 15:2,3,22 17:23
19:4,16 21:2,4 24:5,23 25:9
36:8 37:18,20 43:4,6,8,24
60:14 67:12,14 76:11,13,14
77:25 78:7 79:4 88:1 96:2

remember (cont.)
97:14 98:22 99:1,5 103:5
103:12,14 105:9 107:23
108:1,2,3,4,5,19 111:3,4
112:11 114:2,6,16 116:5,19
118:15 119:11 121:25
122:11 123:7,20,22 124:3,5
125:10 127:7,8,16 132:7,15
138:12 148:20,21,22 150:8
150:16 152:1,2,3,5,23
154:3,19,19,20,21,22 156:5
156:6
remembering
29:5
remove
49:10
renting
102:14
repeat
20:20 23:15 57:4 84:2
109:6,10
repeatedly
57:12
rephrase
28:15 75:7 137:23 148:12
replied
23:8
reply
109:17,18
report
31:1 63:9,19 65:2,6,14
75:19,22,25 76:3,8,9 84:23
118:1 151:17
reported
54:25 55:4
reporter
1:20 134:25 135:25 136:25
137:25 138:25 139:25
140:25 141:25 142:25
143:25 144:25 145:25
146:25 147:25 148:25
149:25 150:25 151:25
152:25 153:25 154:25
155:25 156:25 157:25
158:25
reports
30:16 33:20 41:16
represent
12:4 28:1
representative
25:10 52:8
request
11:1 56:4,12 135:9 136:15
136:17 137:7 155:17
requested
10:24 92:6

requesting
11:4
required
68:10
requirement
67:23 68:1 103:19
research
31:25
researched
33:24
reservation
71:12
reservations
71:17
reserve
6:20,24 12:23
residence
85:16 103:20
resist
113:10,12,17 115:25 116:1
resisting
45:5 126:14
respect
56:3 91:8
respectful
40:1
respectfully
39:20
respond
23:3 56:15,17
responded
136:20
response
56:12,14 109:20 136:21
responsibilities
15:6 59:16 79:11
responsible
70:10
rest
11:20
restaurant
38:16 39:6,7,8 40:10 55:9
55:13
restrained
113:25 114:8
restraint
113:22
result
49:10
return
103:1,6 104:6 106:6
returned
27:6 102:25 103:25 104:2,9
104:10 148:12
returning
104:1

**[reunion - shelter]**

**reunion**
27:14 118:13
**reunite**
118:24 128:15
**reunited**
27:11
**review**
10:16 29:23 75:13 79:15
80:18,22
**ride**
19:21 37:9,14 38:3,16 39:3
39:4 41:23 56:3 123:21
**right**
5:7,18 6:21,24 19:21 21:4
26:13 27:9 28:14 29:2,11
29:14,17 30:7,10,14,15,16
30:17,21,22 31:1,3,6,10,11
31:19,22 32:7,10,14,17,24
33:1,8,15,18,22,25 34:5,7
34:10,13,16,25 35:3,7,10
35:13,16,18,21,22,25 36:3
36:6,8,11,18,21 37:2 38:7
38:10,20,25 39:12 40:8,10
40:14,20,21,23,24 41:3,4,6
41:7,8,9,11,14,17,18,24
42:2,3 43:6,7,9,10,12,14,17
43:21,22,23,25 44:5,21
45:8,9,11,12,13,21,24,25
46:1,7,8,11,14,15 47:5,16
47:19,22 48:13,14,16,17,21
49:6,9,11,12,19,20,22,24
49:25 50:7,9,10,15,21,22
50:24,25 51:11,12,14,15,16
51:17,19,20,23,24 52:3,5,6
52:9,10,11,17,21,22,24,25
53:4 54:24 56:6,13,16
60:12 75:25 76:1,12,21
77:24 78:6 79:20,24 81:8
81:11,14,20,22,24 82:18,25
83:2,5,16 85:7,13,18,19,22
86:18,20 87:14,16 88:6,8
88:11,20 90:9 97:25 100:6
110:9 121:6 122:16 133:5
138:25 139:22 140:22
141:1,4,8,12,14,18,22
142:17 143:11,17,25 144:2
144:5,7 152:4 153:21
**ripped**
141:3
**road**
71:4 124:4,11 125:8,11,13
**robert**
1:10 3:13
**role**
59:10 72:18

**romantic**
100:10 117:14,15
**room**
19:20 20:16,17,18,21,25
21:19 22:21 24:10 41:5
46:4,7,10,16,18,20 47:1
50:9,12,12,14 51:1,2 61:7
61:13 67:9,11 82:24,25,25
83:5,8 98:7,8,13 108:24
109:1,2 116:6 141:6 144:24
**rooms**
83:17
**rough**
131:12 145:13 146:13
148:5,10
**rover**
8:22
**rubbing**
126:3,4
**rude**
118:21
**rules**
6:12
**run**
45:2 83:8,10
**rundown**
20:18,25 46:7
**running**
45:2
**russian**
128:23 129:7

**s**

**safe**
85:19
**safety**
34:15
**sake**
104:18
**sandy**
26:24 52:23
**sat**
21:18,24,24 47:1 66:21,22
66:22
**satisfaction**
115:9 132:5
**satisfied**
34:13,16 35:12,15
**satisfying**
127:1
**save**
93:15
**saw**
3:6,15 27:9 54:13 73:4
75:15,24 83:7 85:12 99:7
119:23 120:9,10 128:20
129:4,4,8 144:15

**saying**
23:8 25:20 36:16 40:7,9
48:4 62:25 72:21 78:2 93:3
126:24 135:2 136:16
149:14,15 151:2
**says**
66:5 87:12 132:16 137:1
142:24
**scared**
21:10,12 55:7,15 56:19
133:7
**schedule**
156:22,23
**scheduled**
2:5
**scheduling**
2:11 3:18 13:5 91:5
**school**
59:2,3 61:20,22 66:23
67:21
**scream**
28:8
**se**
3:2
**seated**
60:12
**seattle**
106:14 117:12,18 118:4
120:23,25
**second**
53:16,18 54:5 64:7 84:13
107:17 120:19 121:17,19
121:20,22 128:19 136:3,17
139:16 143:16
**secure**
103:20 133:2
**seeing**
45:23 54:2 64:11 98:12
**seen**
27:13 98:2,4 104:23
**segment**
38:17
**selected**
35:5 79:18
**send**
101:25 145:11,25 149:1
150:3,15,24 151:22 152:15
152:20,25 153:19
**sending**
152:1,10
**sent**
100:2 101:18 134:6 137:8
145:15,25 146:1,1,2,20,23
148:14 152:4,5,6,8
**sentence**
3:24 155:15

**sentences**
109:14 131:3
**sentencing**
93:10 94:19 157:3
**separate**
61:6 67:11 76:5
**separated**
15:15
**separately**
54:6
**september**
14:7 16:3 102:3 103:5,6,11
104:6,9 105:16,19,22 106:2
106:18 107:18 120:6
132:11 139:6,13,15,17
140:9 144:13,17 156:16
**series**
55:10 135:16
**serious**
104:3 152:11
**seriously**
154:20
**serve**
9:12 10:22
**service**
8:22 46:13
**set**
10:14,14 11:7 157:3
**setting**
44:24 82:21 85:4,6
**seventh**
59:6
**sex**
112:16,20 113:5,8 138:18
139:11,12 142:13,19
145:13 146:13 148:10
**sexual**
100:13 115:19 131:12
132:2 133:9,10 148:5
149:10
**sexually**
106:19 121:23 131:19
154:14
**sh**
26:8
**share**
61:18
**shared**
61:8
**sheet**
75:15
**sheets**
62:14
**shelter**
99:16

[shelves - stay]

**shelves**
64:13
**shirt**
47:19,21,21 60:11
**shock**
99:22
**shocked**
18:22 25:17 99:23 125:2,3
126:15
**shoes**
70:22
**short**
115:4
**shortly**
24:9 26:14 65:10
**shorts**
47:5,8 48:3,5,6,11 108:8
**shot**
29:9
**shots**
39:16
**shoved**
144:7
**show**
46:3 62:7 119:13 128:5
129:15 139:17 145:17
147:21 150:8,10,12 152:21
**showed**
19:17 20:16 45:13 67:9
82:2 139:18
**showing**
15:24 67:2 119:12 129:20
**shut**
73:10
**sic**
81:13 96:18 141:15
**sick**
24:17
**side**
114:13 124:12 125:12
**sides**
3:19 5:11
**sign**
87:19,21 130:13 145:8,9
147:25 148:1
**signature**
129:24 148:2
**signed**
87:14,15,18,22 130:2
146:21,23 147:15 148:3,9
148:21
**signing**
148:22
**sim**
122:3

**similar**
66:3 74:9
**simple**
76:6 77:3,13,15
**simply**
108:1 120:25 121:1
**simultaneously**
98:10 127:17
**sincere**
119:16 120:10
**sincerely**
129:13
**single**
61:19 67:16 152:9
**sir**
74:21 86:22 100:9
**sister**
43:2 88:24 89:9
**sit**
24:8 57:1
**sitting**
3:15 77:23 95:8,16 114:22
124:13,14
**situation**
23:21 24:4,18 38:10 45:5
49:11 61:17 74:9 78:7 90:3
99:18 133:5
**skin**
126:4
**skirt**
122:15 126:11
**sky**
16:7
**skype**
11:5 13:21 14:1,4,10 15:1,4
16:17 23:9,9 24:1,12,16,18
25:10 33:15,17,25 34:22
**skyped**
34:21
**skyping**
73:1
**slammed**
26:12
**slap**
109:24,25 110:10
**slapped**
113:13,14 141:10
**slapping**
110:3,10
**sleep**
22:8
**sleeping**
51:11
**slightly**
21:2

**sloppy**
70:14
**slowly**
69:8
**slumping**
128:4
**small**
123:12
**smithtown**
66:19 98:23
**social**
59:20
**sofa**
49:16
██████
72:3
**softer**
121:8
**sold**
135:3
**sole**
82:14
**somebody**
23:24 96:20
**son**
99:5,8 120:10,12,13,16
136:5
████████
72:5 150:5
**sorry**
8:13 20:19 23:14 37:23
42:11 45:15 57:4 60:16
62:4 69:17 73:19 76:19
84:18 86:6 87:9 105:17
110:9 126:20 127:3,4,6,24
128:3,6,7 138:5 144:4,8
146:22 150:12
**sort**
20:2 25:21 94:12 118:1
128:8 129:22 130:20,23
**sounds**
20:11 127:19
**south**
2:8 37:23 38:1 119:8
**space**
61:6,9
**sparks**
70:15
**sparse**
67:13 83:17
**speak**
8:12,23 14:3 46:10 73:12
73:12 74:7 80:25 143:13
154:7,9
**speaking**
24:12,21 38:11 59:12

**special**
154:3,4,12,13
**specific**
92:7 114:10 123:25
**specifically**
14:5 53:15 92:8 101:9,19
102:8 103:10 104:4 112:17
112:23 118:3 119:4 122:11
122:14 135:8 136:17
141:21 151:21 153:10
**spend**
139:7
**spent**
50:6 61:20 98:19 101:15,16
**spilled**
144:5
**spoke**
16:9 24:4 42:14 47:24
65:11 69:8 154:8
**spoken**
3:19 5:11 27:13 41:2,5 98:5
98:6 156:15
**squeeze**
41:19
**stand**
7:13 29:19 75:12
**standing**
7:13 73:3 92:24 114:13
**start**
79:3 90:17 91:2 109:5,16
**started**
22:24 25:2 96:9 108:10,12
108:17 123:18 125:1 149:9
149:11,13
**starting**
11:19 106:2
**stated**
2:1 46:7 88:5 152:7
**statement**
29:24,25 30:3,9 31:17,19
140:1 152:25
**statements**
153:3
**states**
1:1,3,8,11 9:19,20 10:3
13:6,15 16:25 17:12,25
19:23 26:15 31:14 54:22
55:16 57:6 59:21 97:3
102:6,7 103:2,25 104:1
105:20,21 138:7 144:12,18
149:23,24
**stay**
17:6 26:17 31:8 98:24
100:23 105:18 106:1
108:12 117:8,12,13,17
130:16,18 131:24 132:9

[stay - things]

**stay (cont.)**
138:14 141:1
**stayed**
17:4 25:9 27:3 30:19 52:13
98:23,24,25 99:10,25
105:21,22,23,24 116:8,8
121:17,20
**staying**
46:21 52:7 99:17 103:12,24
107:3 116:7 117:16 119:13
**stenography**
1:25
**step**
33:10 58:4 90:5 156:10
**stick**
111:13,14
**stickers**
93:15
**stipulate**
143:14
**stop**
19:21 49:13 77:3 78:12,12
86:5 100:6 110:9,23 150:13
**stopped**
115:6,8 124:10
**stormed**
57:19
**storming**
25:22
**story**
102:16
**straight**
19:17 22:7 125:7
**stranger**
117:23
**street**
44:2 117:9
**strictly**
4:21
**stroganovka**
103:14
**strong**
131:9
**structured**
81:4
**studies**
8:16
**study**
35:6 46:13 85:15
**stuff**
35:16 69:14 91:9
**style**
146:14
**subconscious**
133:1

**subdued**
113:21
**subject**
6:11
**submit**
63:15
**subpoena**
8:7
**subpoenaed**
58:24
**substance**
88:5
**successful**
129:3
**sudden**
70:17 100:21
**suddenly**
30:23 107:4 124:10
**suffering**
115:7
**sufficient**
6:21 95:19
**suffolk**
59:24,25
**suggestion**
2:24
**suitability**
71:12,18
**suitable**
119:24
**sum**
88:5
**summer**
97:1 98:16,19,20 102:6
**support**
101:21 131:9
**supposed**
123:10
**sure**
3:11 6:7 16:7 51:8 75:8
76:23 80:13 84:5 104:24
116:24 119:1 137:9 151:9
152:21 154:24
**surprising**
155:18
**surroundings**
14:15
**suspicious**
79:16 81:16 101:13
**sustain**
68:5
**sustained**
13:10 68:3,5 72:10,12
73:24 74:5,15 90:1
**swear**
92:20

**swings**
100:24
**sworn**
7:17 58:18 92:22 93:17,21
**s▮▮▮**
14:21,22 15:15,16 18:14,17
54:19 57:10 62:5,5 64:19
72:4
**▮▮▮▮**
14:22,25
**system**
87:2

**t**

**tab**
62:9
**taken**
58:11 91:13 137:14
**talents**
136:5
**talk**
24:3 30:3 31:3 33:13 39:7
50:6 78:10 95:23 97:22
98:11 105:16 106:16,17
116:9 118:23 120:19
**talkative**
69:7
**talked**
66:23 78:13 97:16,24
**talking**
16:16 18:13 24:5 101:10
102:21 115:22 123:16
141:20 148:8
**talks**
13:21
**tanktop**
21:22 47:9,10,14
**task**
122:12
**taught**
44:23 45:1,4,6,7
**taxi**
122:7 123:6,6,11,12
**teach**
59:6 136:4 137:1
**teacher**
59:2,3
**tear**
126:7
**technically**
2:22
**tell**
9:15 14:17,22,25 15:5,12
15:18 18:16 20:4 24:7
42:16,20 56:18 61:16,23
62:1 66:20 67:20 73:19
78:24 95:25 98:18,19 102:1

**tell (cont.)**
102:18,23,24 107:1,21
109:18 112:15 113:10,12
113:17 118:21 119:14,19
120:14,18 122:7,14,16,17
123:24 131:3 132:3,4
136:14 137:4,23 142:6,9,10
145:19 147:2 149:5 151:15
154:6,15,18 155:19
**telling**
25:18 72:2 102:17 122:11
136:24 153:18
**temper**
100:21,25 138:20 139:17
**ten**
98:25 101:15 128:24
137:12 138:17,18,21,24
**tend**
136:6
**term**
20:8 47:15,16
**terms**
2:14 30:20 32:9 38:10
90:22
**terrific**
70:24
**testified**
7:17 46:6 47:4 58:18 93:8
93:21 140:5 155:22
**testify**
3:20 4:3,4,8,11 58:24 90:25
94:2,7,10,13 105:8 109:8
**testifying**
94:4,18 127:19
**testimony**
2:11,23 3:1 4:1,5 8:8 28:3
29:8 75:3 76:10 77:19,25
86:10,15 88:2 94:16 97:16
97:18,21 125:18
**texas**
97:4
**thank**
5:17,21 7:20 8:3,14 28:17
53:7 58:3,4 84:19 89:12
90:6 91:12 137:11 157:1,5
**theater**
108:23,24
**theirs**
10:20
**thing**
25:21 66:5 81:6 87:20
115:22
**things**
4:5 25:2,20 29:6 41:16 45:1
69:11 76:11 84:25 144:23
146:16

[think - ukraniandate.com]

think
  16:8 35:22 55:6 64:12 73:6
  73:8,9,13 76:16 92:9 96:19
  96:19,19 97:2 104:10
  107:22 109:25 111:10,10
  111:11,16 116:14 121:19
  126:9 129:12 132:25 133:1
  133:3,6 136:10 141:19
  143:9 144:20 150:5 152:11
  154:19

thinking
  128:22 141:19

third
  2:20 4:24

thoroughly
  131:15

thought
  71:20 76:10 84:18 101:3,3
  101:4 128:11 129:4 135:12

threatened
  150:24

threatening
  40:5 88:15

threats
  90:23 93:5

three
  4:19 60:23,24 70:9 106:2,3
  106:4,4,5,11 107:17

throw
  49:15

thumb
  11:16,20

ticket
  101:20 107:13

tidy
  70:15

tied
  113:24 114:8

tight
  24:8

till
  105:22 116:9 121:20 125:5
  125:6

time
  4:6 9:22 10:21 14:23 21:5,9
  23:2 24:11 25:12,25 27:4
  27:17 28:4 29:5 31:10 32:2
  34:24 35:20,21 37:1 38:17
  40:16 41:12,15 42:4 43:1
  48:8 50:11,14,17 51:10
  52:16 61:20,21 66:6 67:18
  67:21,24 69:20 71:16 72:15
  74:18 78:13,14 79:4 80:1
  82:17 93:15 96:11,14 97:3
  98:19,24,25,25 99:12,14
  100:15 101:10,14,15 102:8

time (cont.)
  103:22 105:17,23,24 106:5
  106:12,17 107:20 112:8,9
  112:13 117:1,25 120:22
  121:17,19 122:5,22 126:24
  128:13 132:10 134:11
  138:15,17 139:7,12,16
  140:22 143:16,19 146:1,3
  152:12 154:12 155:9,11

timeline
  75:17

times
  4:19 15:16 23:7 28:19 50:1
  79:22 98:13 110:18 139:19
  139:20

tired
  22:10

title
  65:24

tkach
  92:21

today
  2:15,21 3:16 4:20,24 8:23
  9:1 27:9 57:1 58:24 60:7
  75:24 86:2 90:10 93:12
  94:16 95:9 97:24 156:22

today's
  98:2

told
  17:20 37:4 42:16 47:13
  57:3,6,9,22 61:18,20 66:23
  66:25 99:21 102:19 103:10
  107:5,6,7,9 109:3,4 112:21
  112:21,25 113:2,11,14,15
  113:19,20 116:1,2,9 117:3
  118:22 119:7,7,9 120:12
  127:24 128:6,25 132:5,12
  132:23,23 133:4,5 137:3
  140:23 149:2,6 150:2 153:7
  153:9,12 154:20,21,21

tomorrow
  149:4

tone
  73:16 121:4

top
  41:20,22 47:10 48:18,19
  53:2 65:24 108:4 114:22

topic
  92:7

topics
  92:7

tops
  26:3

totally
  77:25 148:19

touch
  22:3 41:17,20,21,23 42:1
  48:22,25 49:2

touched
  22:2,4 41:22 48:16 57:13

touching
  53:2

tour
  20:12,14 45:11

town
  123:21

tracking
  75:15

trained
  36:3 80:5

training
  17:11,18,20 18:1 35:24

transcript
  1:7,25

translate
  151:7

translator
  151:6

transmission
  94:25

transpired
  78:1

transportation
  55:22

travel
  8:7 9:18 10:10 16:24 26:22
  146:15

traveled
  67:7

traveling
  67:8 102:9

treat
  131:14

treatment
  4:7

trial
  90:15

tried
  23:22 26:10 127:16

trip
  18:17 97:9 100:17 103:1
  105:21 106:8 120:19,22

trouble
  145:20

troy
  7:10

troyd
  154:3,13

truck
  73:10

true
  54:1 130:1,23 134:15
  135:17

truly
  129:11

truth
  72:2

truthfully
  109:8

try
  16:9 48:25 49:2,5,18 50:14
  50:17 52:20 60:23 63:2
  75:9 111:22 115:20 147:10
  151:4

trying
  22:3,4 24:23 42:18 112:2
  127:8,9 128:5 136:22
  155:15

turn
  11:12 15:23 53:14 62:9
  64:7 87:8 127:10 129:19
  140:14

turned
  127:2,3,6,12 128:2

turning
  69:16 153:20

tursi
  1:20

twice
  98:4

twilight
  124:9,9

type
  65:12 66:14 81:6

typed
  87:23

types
  66:10

typical
  70:20

**u**

uh
  151:14

uk
  8:20 10:4 22:24 23:2,23,25
  24:2 30:1,9 31:5 37:16,21

ukraine
  96:11 99:13,16 100:2
  101:18,22 102:14,25
  118:20 136:12,18 137:7
  139:4,5 148:15,17,23
  149:20,22

ukrainian
  146:14

ukraniandate.com
  96:18

[ultimately - went]

**ultimately**
23:24
**um**
137:1 138:10,12 141:20
**umm**
16:1 26:25 31:23 35:19
36:12 38:15 39:22 75:11
115:24
**unclear**
75:6
**uncomfortable**
44:19,20 46:22 49:21 72:22
112:2
**understand**
2:21 12:13 20:19 23:14
28:5,14 32:23 44:12 47:7
54:16 65:25 73:13 88:6
92:12 93:1,13 101:2 122:20
124:24 125:3 128:12
137:22 138:1 140:20
146:22 149:15 152:11
155:14
**understanding**
9:11 16:16,17 135:10,11
**understands**
3:11 4:16
**understood**
91:4
**underwear**
48:4,7 122:18 126:11
**united**
1:1,3,8,11 9:19,20 10:3
13:6,15 16:24 17:12,25
19:23 20:8 26:13,15 27:6
31:14 54:22 55:1,16 57:6
59:21 97:3 102:6,7 103:1
103:25 104:1 105:20,21
138:7 144:12,18 149:23,24
**unquote**
51:22 130:21
**upbringing**
14:11
**upset**
72:21
**upstairs**
19:17 22:20 45:14,16,18
49:11 116:6
**use**
6:25 20:8 22:18 41:8 47:18
63:5 66:11 70:5 109:14,23
110:6,20,22 111:14 112:16
114:10 124:15 125:1
127:17 141:15 145:19

**v**

**vagina**
111:20,21,21 116:21
125:19 141:12 143:23
144:8
**valeria**
15:12
**valerio**
1:5 2:4,18 4:7 8:24,25 9:3,8
9:12 10:22 11:6 12:1 13:4
13:25 14:3,9,17,20,22,25
15:4,5,18 16:3 18:5,16
21:19 22:1,11 24:10 25:5
25:11 26:10 28:2 31:13
33:7 36:20 37:20,25 43:2
45:11 50:12 51:18 53:2
54:13 56:17 57:2,5 60:4,6
60:17 61:16,23 62:3,19
65:9,11 66:15 67:18 69:5
73:3,12 74:7 75:16 76:20
77:20 79:4 80:1,14,15
81:22 83:14,20 86:8 88:4
88:23 90:15,24 93:5,8 94:2
95:7,8,15,24 96:1,10,12
97:6,10 98:2,5,17,20 99:24
100:7,16 102:18,20,25
104:7,10 106:18,18 110:10
115:19 118:1 120:5,7 121:2
121:17,23 123:2 127:11,20
130:25 131:10,19 132:13
133:10,16 134:6,13,24
135:18 137:6 138:3,14
139:7,16 140:6,22 143:16
144:18,23 145:4,11,25
146:9,11,16,23 149:1,17,23
150:3,6,15,20 151:4,10,15
151:22 153:18 154:14
**valerio's**
30:13 35:9 43:11 55:9,13
64:15 71:17 72:15 91:6
99:17 105:24 106:1,6 107:3
118:14 120:20
**vanity**
21:3
**various**
15:10 17:11,13 22:3 25:20
**vehicle**
15:9,10
**verbally**
18:12 40:7
**verify**
63:2
**versed**
32:6
**viable**
71:23

**viber**
151:22 152:6
**video**
13:23 149:17 152:8
**videos**
143:12 149:9,25 150:25
**view**
10:14,19 11:4 33:3 75:5
81:18 85:12 99:6 129:2
144:21
**viewed**
10:24
**viewing**
11:3
**violence**
90:23,23 93:4,5
**visa**
16:23 150:17,19
**visit**
98:17 100:5,15 103:15
105:16,19,19 121:18,22
**visited**
9:20 106:18
**visiting**
98:13
**visitors**
98:7
**voluntarily**
94:4
**voluntary**
4:2,21
**volunteer**
154:17

**w**

**wait**
62:21 145:17
**waiting**
25:12 102:2,2 123:5,5,6
**walk**
21:1 116:13,15,16,17,18,19
**walked**
22:17
**walking**
19:16 150:13
**want**
3:9,10,24 4:9 5:8 8:23
10:18 15:23 44:12 63:1,3,3
67:5 70:9 71:1,6 77:10
84:23 90:17,18,22 91:2
93:3,9,12 95:6,23 97:23
102:21,23 106:12 108:15
109:9 112:22 113:8,12,14
113:15,17 117:8,23,24
118:23 119:3 120:19
129:15 131:2 134:3 135:9
136:4 139:9,25 142:13,17

**want (cont.)**
142:18,18,21,25 143:7
145:17 147:7 149:2 150:12
153:13,15 154:23 156:20
**wanted**
4:9 20:4 21:25 34:5 50:24
55:6 72:22 82:12 97:7
106:16 107:6 108:15,16
109:17,20 113:6 117:5
119:5 122:5,14 128:15,19
133:2 134:25 135:11
136:23 142:14 145:9,23
147:25 149:14 150:4
152:25 153:19
**wants**
2:25 66:14
**wardrobe**
21:2
**warning**
125:15
**wear**
20:5 56:5,18 122:16
**wearing**
9:4 20:6 42:21 47:4,8,9
48:4,8,10 60:10 95:11
108:7 125:21
**wearings**
95:12
**website**
11:8 12:2,6 54:14 96:2,16
117:19
**week**
2:7 18:3,9,15 22:9 26:15
30:19 35:24 52:7 61:21
106:5 121:20 156:16
**weekends**
15:10
**weeks**
4:13,13 99:1 100:8 106:2,3
106:4,4,11 107:17
**weird**
71:22 86:3,7,12,18,20
**weirdly**
73:18
**welcome**
28:18
**wellbeing**
51:25
**went**
4:19 16:17 19:6,15,19
21:18 22:7,10,13,20,21,23
26:9,10 35:9,20,24 47:1
66:15 72:15,24 73:5 81:8
81:20 82:25 88:4 99:15
116:6 139:5

[whore - young]

**whore**
    109:13 141:14
**wi**
    22:22,24
**wife**
    21:21 47:10,12,14,15,21
    61:18 128:23 129:3,7
**wild**
    128:1
**willing**
    4:4 16:18 52:20
**window**
    61:11 67:10
**wish**
    2:15 5:19 90:20
**wishes**
    4:4
**withdraw**
    38:11 130:22 140:4 143:4
**withdrawn**
    16:19 73:19 97:5 101:7
    105:17 107:1 116:3 122:22
    127:23 137:5
**witness**
    2:20 4:24 5:20 7:13 9:7
    12:12,19,22 20:21 23:16
    25:16 29:19 44:16 58:6,7
    58:12 68:8,15 72:13 75:12
    90:7 93:2,13,17 95:15,17
    105:11 110:2,5 112:14
    114:1,4,24 126:2 129:16
    142:8,11 143:7 147:6,12,18
    156:21,21
**witnesses**
    2:8,14 3:16 5:1,2 156:14
**woke**
    22:14,15
**woman**
    119:8,11,20 120:11,12
    124:24 126:10 136:9
**wondering**
    18:22
**word**
    44:18 88:10 109:25 132:17
    151:5,8,13
**words**
    46:7 47:12,18 51:21 141:15
    141:23 145:14,21,22,22
**work**
    2:17 10:8 22:18,19 26:19
    35:2 75:23 76:4,5 156:17
    156:18
**workable**
    60:22
**worked**
    2:19

**working**
    33:11
**works**
    10:12
**world**
    137:10
**worse**
    56:19,20
**write**
    31:1 61:11 65:12 69:13
    76:8,9 84:20 146:18
**writing**
    4:17
**written**
    84:20,21
**wrong**
    24:14,15 88:6 99:9 141:25
**wrote**
    84:10 86:24 131:1 146:9

**y**

**yeah**
    145:6
**year**
    10:8 60:1 82:21 86:13
    103:2 139:6,13
**years**
    8:18 14:24 28:24 29:1,21
    29:24 30:1,7,10,23 43:5
    56:23 128:24 129:7 155:3
**yell**
    28:7
**york**
    1:1,12,21 18:15 35:21
    55:18 56:3 122:23 138:10
    138:12
**yorker**
    17:4,6 35:25
**young**
    54:16 82:21 88:24