

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALB:ABK                           *271 Cadman Plaza East*
F. #2014R0151                  *Brooklyn, New York 11201*

May 8, 2017

Filed Under Seal
Pursuant to 18 U.S.C. § 3509(d)(2)

The Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:     United States v. Joseph Valerio
>          Criminal Docket No. 14-94 (JFB)

Dear Judge Bianco:

The government respectfully submits this letter in advance of the defendant's sentencing, and in response to the defendant's sentencing memorandum dated April 25, 2017.  (ECF No. 142, Def. Mem.).

In his sentencing memorandum, the defendant requests that the Court impose the minimum sentence of 15 years' imprisonment, even though his sentencing Guidelines call for a sentence of 410 years' imprisonment—an effective life sentence—and the Probation Department has recommended 60 years.  Essentially, the defendant asks the Court to impose a sentence drastically lower than what the Guidelines advise and the circumstances of this case clearly warrant.  In support of his request, the defendant argues that he is not sexually interested in children, that the Court should not credit the overwhelming evidence of his repeated violent sexual behavior toward women, and that the Court should weigh heavily the defendant's own alleged sexual abuse as a minor as the explanation for why he was "propelled" into his current sexual behaviors.  (Def. Mem. at 35.)

For the reasons set forth below, including the seriousness of the defendant's crimes, his lack of remorse and the need to protect the public, the government joins in the Probation Department's recommendation and asks the Court to impose a sentence of at least 60 years' imprisonment and a life term of supervised release.  Simply put, the defendant is

extremely dangerous and the Court should impose a prison sentence that ensures he will never again have the opportunity to victimize another child.

I.    Background

The defendant was convicted of sexually exploiting two children, a then two-year-old girl in Ukraine ("Jane Doe #1") and a then six-year-old girl ("Jane Doe #2") at the defendant's Smithtown, Long Island residence.  On November 13, 2014, a jury found the defendant guilty of fifteen counts of a Second Superseding Indictment:[1]  one count of conspiracy to sexually exploit a child, in violation of 18 U.S.C. §§ 2251(a) and  2251(e), which carries a statutory range of 15 to 30 years' imprisonment; three counts of sexual exploitation of a child, in violation of 18 U.S.C. §§ 2251(a), 2251(c) and  2251(e), each of which carry a statutory range of 15 to 30 years' imprisonment; eight counts of attempted sexual exploitation of a child, in violation of 18 U.S.C. §§ 2251(a) and 2251(e), each of which carry a statutory range of 15 to 30 years' imprisonment; one count of transportation of child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1), which carries a statutory range of 5 to 20 years' imprisonment; one count of receipt of child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1), which carries a statutory range of 5 to 20 years' imprisonment; and one count of possessing child pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2), which carries no mandatory minimum and a 10-year maximum term of imprisonment.

Over the course of the trial, and during subsequent evidentiary hearings, the Court and counsel learned about the horrifying details of the defendant's instant offenses and his pattern of past predatory and sexually-abusive behavior, summarized below.

A.    The Offense Conduct

In October 2014, the defendant's co-conspirator, Olena Kalichenko, contacted United States officials in Kiev, Ukraine to inform them about an American citizen, Joseph Valerio, who had sought her assistance to adopt a Ukrainian child and whom she suspected of sexually abusing children.  While interviewing Kalichenko at the United States Embassy in Kiev, law enforcement agents quickly learned that Valerio asked Kalichenko to produce sexually-explicit images and videos of young girls, including Kalichenko's then two-year-old-daughter.[2]  (PSR ¶¶ 19-20.)  Kalichenko agreed and produced approximately 46 pornographic videos of her daughter that Valerio had scripted and, in exchange, Valerio paid Kalichenko approximately $12,350.  (Id. ¶ 20-21; PSR Addendum at 1; Gov. Trial Ex. 322

---

[1] The Second Superseding Indictment originally contained sixteen counts.  On October 29, 2014, the government moved to dismiss Count Fourteen, charging attempted sexual exploitation of a child.  (ECF No. 81.)  The Court granted the request on November 4, 2014, prior to the commencement of trial.

[2] Although the PSR indicates that Jane Doe #1 was three years old at the time, Jane Doe #1 was two-years-old when the videos were produced.

(Western Union Summary Chart).)  The videos were produced by Kalichenko in Ukraine and emailed to the defendant in Long Island.

As the Court is well aware, the defendant sent Kalichenko scores of disturbing and sexually-explicit emails that not only instructed Kalichenko specifically how she should exploit her daughter, but also shed light on the defendant's abusive and manipulative character.  A small selection of those emails, which gave rise to the defendant's convictions for attempted sexual exploitation of a child, are collectively attached hereto as Exhibit 1.  For example, the defendant told Kalichenko that: (i) he would sponsor her for a visa to the United States if she made more pornographic videos for him (Jan. 1, 2012 email); (ii) he was involved in a sexual relationship with another woman and that Kalichenko could only be a "part of [his] circle" if she made him videos and wrote to him (Mar. 28, 2010 email); (iii) the videos Kalichenko made with her daughter were all in "preparation" for their move to New York, so Kalichenko "best . . . get use[d] to it[;]" (Apr. 4, 2010 email); (iv) Kalichenko should surreptitiously record women, teenagers and "little girl[s]" in dressing rooms and public pools (July 16, 2012 email); (v) Kalichenko must sign a contract giving the defendant partial custody of her daughter (July 22, 2012 email); (vi) Kalichenko would have to explain why she was out past 9:30 p.m., demanding that she account for her time and explain what she does "all day" when she is not producing sexually-explicit videos of her daughter or recruiting "models" (Sept. 27, 2012 email); and (vii) Kalichenko should be more grateful because the defendant is "brilliant," "strong," "handsome" and a "genius" and that if she failed to make more videos of her daughter, he would "drop" her.  Other examples of the defendant's explicit emails to Kalichenko are described and quoted in the PSR.  (PSR ¶¶ 23, 29-32.)

During their email communications, the defendant also asked Kalichenko to recruit young women and girls for a purported "modeling" or "dating" business.  (PSR ¶ 21.)  Kalichenko provided the defendant with the contact information for three individuals, one of whom was a 15-year-old girl.  (Id.)

In January 2014, following Kalichenko's interview in Kiev, FBI agents on Long Island obtained a warrant to search the defendant's Smithtown residence for evidence of child pornography and related offenses.  (PSR ¶ 22.)  Agents executed the search warrant on January 28, 2014 (the "January 2014 Search").  (Id.)  The defendant was present for the search and voluntarily spoke with agents.[3]  (Id.)  The defendant first said he was being extorted by Kalichenko because their relationship was failing.  (Id.)  After agents showed the defendant an email in which he had instructed Kalichenko to have her daughter perform oral sex on Kalichenko, the defendant admitted that he had directed Kalichenko to produce child

---

[3] On July 1, 2014, the defendant moved to suppress statements made to law enforcement officers during the January 2014 Search.  The Court held an evidentiary hearing on July 31, 2014, to address the admissibility of the defendant's statements.  On September 3, 2014, the Court orally denied the defendant's motion to suppress by summarizing its factual findings and legal conclusions.  By Memorandum and Order dated April 15, 2016, the Court further memorialized its oral ruling.

pornography for him.  (PSR ¶ 23.)  The defendant also admitted that he had paid Kalichenko thousands of dollars and wanted the videos in return.  (Id.)  The defendant was arrested that day.  The evidence at trial established that agents recovered approximately 30 videos that Kalichenko produced at Valerio's direction.  (Trial Tr. at 745.)

During the January 2014 Search, agents recovered various computer devices, including a desktop computer and a Samsung memory card.  (PSR ¶¶ 25-26.)  A forensic examination revealed child pornography on both devices.  Importantly, a search of the Samsung memory card revealed images of a girl (Jane Doe #2), approximately age six, who was identified as the defendant's ████.  Jane Doe #2 was depicted in fetish outfits and in various stages of undress.  (PSR ¶ 26.)  Some of the images focused on the young girl's genitals and depicted her in sexually-suggestive positions.  (Id.)  In other images, Jane Doe #2's genital area appeared red or inflamed.  (Id.)  As agents reviewed these images, they recognized the setting as the defendant's basement.  (Id.)  Thus, agents obtained a second warrant to search the defendant's residence.  (Id.)

On February 25, 2014, agents conducted a second search of the defendant's Smithtown residence.  (PSR ¶ 27.)  During the search, agents recovered a Samsung digital camera hidden in the drop ceiling tiles of the basement, as well as other hidden cameras in the residence.  (Id.)  One of the hidden cameras was located in a platform that appeared to be used as a stage, pointed upward to capture images of anyone standing on it.  (Id.)  Agents also recovered a cheerleading outfit and blonde wig that Jane Doe #2 was photographed wearing, as well as over a dozen packages of pantyhose and stockings, many in child-sizes. (Id.)

Agents interviewed Jane Doe #2's parents, who believed that the defendant had taken legitimate "modeling" photographs of their daughter.  (PSR ¶ 37.)  Jane Doe #2's mother denied that any nude pictures were taken of their daughter.  (Id.)  Jane Doe #2 confirmed that the defendant had taken photographs of her when she was five or six years old.  (PSR ¶ 38.)  Jane Doe #2 recalled that the defendant dressed her up and made her pose. (Id.)  Jane Doe #2 confirmed that no one else was present when the defendant photographed her.  (Id.)

Notwithstanding Jane Doe #2's statements, her mother testified at trial that she observed Kalichenko photograph Jane Doe #2 in the defendant's basement.  (PSR ¶ 39.)  The government, however, presented evidence that Kalichenko was not in the United States when Jane Doe #2 was photographed.  (Id.)  Specifically, Kalichenko's border entry records demonstrated that she did not enter the United States until after the images of Jane Doe #2 were taken.  (Id.)  Thereafter, in an interview with the Probation Department, Jane Doe #2's mother repeated her claim that Kalichenko photographed her daughter and added that the defendant "would never take those type of pictures" of her daughter.  (Id. ¶ 41.)  She also stated that she was present when the defendant photographed her daughter.  (Id.)

Notably, on or about January 6, 2016, the defendant's mother provided law enforcement officers with a plastic bag that was hidden inside of a musical drum set at the

defendant's Smithtown residence.  (PSR Addendum at 1.)  That plastic bag came into Mrs. Valerio's possession after the defendant's son discovered it hidden inside a set of drums left at the residence.  (Id.)  The plastic bag contained a laptop computer, 19 VHS tapes, a covert digital video recorder, an alarm clock with a hidden camera, and a surveillance camera.  (Id.) The government obtained a search warrant for these items, and a forensic examination of the laptop revealed approximately 16 newly-discovered videos of Jane Doe #1.  (Id.)  The videos are from the same time period, April through November 2012, during which the defendant scripted and received child pornography from Kalichenko.  (Id.)  Some of the VHS tapes contained what appeared to be covert recordings from the defendant's home, including from a bathroom and bedroom.  (Id.)  Numerous women are seen in the VHS tapes, using the bathroom, dressing and undressing, and engaged in various other activities, seemingly unaware that they were being recorded.  (Id.)

      B.     The Defendant's Other Known Victims

      1.     Splish Splash Victim

On August 26, 2005, defendant was charged with forcible touching, a class A misdemeanor, in violation of New York Penal Law § 130.52.  (PSR ¶ 70.)  The charge arose from an incident at Splish Splash Water Park on Long Island, in which the defendant grabbed and attempted to penetrate the genital area of an adult female victim while in a wave pool. (Id.)  On March 28, 2006, the defendant pled guilty to attempted forcible touching and was sentenced to a term of probation.  (Id.)

The defendant's adjustment to probation was unsatisfactory.  While on probation, the defendant was interviewed by probation officers and his home was lawfully searched.  (PSR ¶ 71.)  On August 25, 2006, during a search of the defendant's home, probation officers recovered dozens of videos, some pornographic, in the defendant's basement, and nearly a dozen knives, dummy pistols, a hunting rifle, and ammunition in the garage.  (Id. ¶ 72.)  Some videotapes recovered from the defendant's basement depicted women filmed without their knowledge or consent.  (Id.)  Additionally, while on probation, the defendant reported that he had incorporated businesses under the names Long Island Women's Coalition and Soft Touch Therapy Mobile Massage.  (Id. ¶ 73)  Although he initially reported that these businesses were legitimate modeling and massage endeavors, he later admitted that they were means to create additional videos of women in varying stages of undress without their knowledge.  (Id.)

The defendant also did not take sex offender treatment seriously.  (Id.)  On one occasion, the defendant was directed to provide a statement written from the perspective of his victim.  (Id.)  Instead of showing empathy for his victim, the defendant wrote, in part, "I'm glad I chose to have you arrested dripping wet in your shorts, because I am dripping wet every time I think of this time, but in tears."  (Id.)  The defendant shared this statement at a group therapy session.  (Id.)

2.      A██████ D█████

A██████ D█████ had a long-term romantic relationship with the defendant, which produced a child, the defendant's daughter, who resides with D████ in her native South Africa. D████ met the defendant online, and she first visited the defendant in Long Island during the summer of 2007. (9/26/16 Tr. at 6.) Their relationship started off "really good," but changed when the defendant increasingly became violent. (Id. at 8.) D████ described in detail how the defendant's behavior escalated, from verbal abuse, to tripping and punching D████, and ultimately to raping her on numerous occasions and repeatedly threatening to kill her. (Id. at 8, 19, 24-26.)

D████ testified about the many times that the defendant abused and assaulted her. On one occasion, D████, her infant daughter and the defendant were driving after a failed attempt to have an "evening out" on the town. (9/26/16 Tr. at 25.) The defendant was upset and told D████ that "another woman" would be "more grateful." (Id.) The defendant then began hitting D████ and, when she futilely attempted to block his blows, the defendant grabbed her by the hair and smashed her head against the window and dashboard of the car, all the while screaming at and insulting D████. (Id.) The defendant drove to a secluded area off a "very long road" on Long Island, along a beach, and parked. (Id.) The defendant then told D████ that this was a "nice dark place" to leave her and "[t]onight you are going to die." (Id. at 26.) D████ testified that the defendant said this with "such conviction" that she believed him. (Id.) Fearing for her safety and that of her infant daughter, D████ unlatched her seatbelt, jumped out of the car and opened the rear passenger door to secure her daughter. (Id.) As she did, the defendant backed up, and D████ was knocked her over by the open front passenger-side door. (Id.) D████ screamed for help because she "thought" somebody was in a nearby parked car. (Id.) As she did, the defendant exited the car, came around to D████, put his hand over her mouth and told her to "shut up[.]" (Id.)

The defendant argues that this incident "did not occur" because no one rescued D████. (Def. Mem. at 18.) This argument has no merit whatsoever, and the defendant has not presented any evidence to refute or otherwise contradict D████'s testimony. Instead, the defendant offers only speculation about who may have heard her screams for help and why no one helped her.

D████ also testified about another occasion in which the defendant took out his aggression over a traffic violation by violently raping her. She recounted an occasion, following an evening out, when the defendant was pulled over for driving the wrong way down a one-way street. (9/26/16 Tr. at 31.) After being ticketed for this violation by two female officers, the defendant drove to a secluded parking lot at a Long Island beach, where he again grabbed D████ by the hair, hitting her head against the interior of the car. (Id. at 32.) The defendant then exited the car, came around to the passenger side, ripped D████'s dress and stockings, and raped her. (Id.) D████ screamed and cried. (Id.) This testimony is unrefuted.

D█████ also testified about the defendant's persistent verbal and physical abuse.  Following one incident, in which defendant had argued with D█████ and caused her to fall as she sat down in a chair, D█████ called the police.  (9/26/16 Tr. at 22-23.)  Although the police responded, D█████ did not provide a full account of the defendant's abuse because he was in the same room when D█████ spoke to responding officers.  (Id. at 63-64.)  The police did not arrest the defendant.  (GX 3-B, Police Report.)  D█████ testified that one of the policemen who interviewed her stated that she "probably provoked" the altercation.  (Id. at 24.)

The defendant argues that D█████ is not credible because the police would have acted "professionally" and not responded as D█████ testified.  (Def. Mem. at 16.)  Again, the defendant proffers no evidence to refute or contradict D█████'s testimony, and instead offers only speculation and conjecture as to why officers acted as they did.  Critically, the police report corroborates her testimony that she complained to police about the domestic altercation.

The defendant also appears to attack D█████'s credibility by repeatedly pointing out that she is well-educated.  (Def. Mem. at 12, 18 and 16.)  The defendant contends that because D█████ is well-educated she "would have known what do" and, by implication, she should have known better than to stay in a relationship with the defendant.  D█████ candidly addressed this point during her testimony:

> For someone like me, I feel that I was concerned about what people would think, my family or my friend or somebody because I'm supposed to be an educated woman who should know better.  If someone treats me badly, why wouldn't I leave, and I was embarrassed.  I felt embarrassed that I didn't make a proper decision, but I also didn't know what else to do.  There's some things I can't explain, but I was ashamed to tell people what was happening to me.  I didn't want them to think badly of me or how could she let this happen?  Why doesn't she leave?  I thought nobody would understand.

(9/26/16 Tr. at 15.)  Indeed, D█████'s feelings of embarrassment and shame, her low self-esteem and her normalization of the abuse are common among persons who have suffered persistent emotional, physical or sexual abuse at the hands of loved ones.  See Linda G. Mills, Killing Her Softly: Intimate Abuse and the Violence of State Intervention, 113 Harv. L. Rev. 550, 590 (1999); Kathleen Waits, Battered Women and Family Lawyers: The Need for an Identification Protocol, 58 Alb. L. Rev. 1027, 1039 (1995); Martha R. Mahoney, Legal Images of Battered Women: Redefining the Issue of Separation, 90 Mich. L. Rev. 1 (1991); ICD-9-CM Diagnosis Code 995.81, Physical Abuse of Adult.

D█████ testified that she finally terminated her relationship with the defendant after he knocked her unconscious, finding herself bloodied and with broken teeth.  (9/26/16 Tr. at 33-34.)  Although the defendant permitted D█████ to visit a dentist, he threatened to "kill" her if she told the truth.  (Id. at 34-34.)  The defendant told her to say that she had been

7

playing with the children, who accidentally struck her in the mouth with a bat.  (Id. at 35.)
Dental records entered into evidence at the Fatico hearing reflect that D█████ sought
emergency dental treatment from a dentist and oral surgeon and that she complained of being
struck by a bat, as the defendant directed.  (GX 2-3.)  Her teeth have never been the same.
(9/26/16 Tr. at 35.)

D█████'s testimony is also corroborated by an email that she wrote to herself,
dated September 2, 2009, documenting some of the abuse that the defendant had inflicted
upon her.  This email, entered as government's Exhibit 1 during the September 26, 2016
hearing, provides a contemporaneous account of the defendant's abuse and corroborates her
testimony.

D█████ has also submitted a letter, attached as Exhibit 2, that she has asked be
forwarded to the Court.  In the letter, D█████ reflects upon the defendant's "lasting impact"
on her life.  (Ex. 2, at 1.)  She recounts the love that she felt for the defendant, being part of a
"deeply" committed relationship with him.  (Id.)  She explains how that love grew from his
early affections, attention and promises to fulfill each of her dreams and aspirations.  (Id. at
1-2)  As she puts it, the defendant "won" her over."  (Id. at 1.)  "And then things started to
change."  (Id. at 2.)

In addition to the extensive physical abuse, D█████ reports how the defendant
destroyed her self-esteem.  She recounts the defendant telling her that she is "damaged
goods," that her mother could not possibly love her, and that she had failed in life.  (Id. at 2.)
D█████ reports that she continues to struggle emotionally and still experiences infections in
her mouth because of the damage the defendant caused when he knocked her unconscious.
(Id. at 5.)

3.    Olena Kalichenko

Kalichenko voluntarily testified at the Fatico hearing, absent any agreement with, or promises from, the government.  She testified in the hopes of obtaining leniency at
her own sentencing.  (7/25/16 Tr. at 94.)  Like D█████, Kalichenko described specific
times that the defendant raped her.  And like D█████, Kalichenko described an occasion
on which the defendant sexually assaulted her, in his car, on the side of a road on Long
Island.  (Id. at 124-26.)  Kalichenko explained that none of the incidents of sexual assault
about which she testified were consensual.  (Id. at 131-32.)

4.    Lucy Down

The defendant has gone to great lengths to manipulate others.  For example,
the defendant lured Lucy Down, a young British au pair, to the United States by convincing
her—and the agency for whom she was employed—that he needed a caretaker for his
"daughter" █████.  (7/25/16 Tr. at 8-14.)  As the Court is aware, █████ is the defendant's
niece, not his daughter.  To further his deception, the defendant set up a profile on a website
for au pairs seeking employment, populated his profile with false and misleading

information, interviewed with the agency's representative, spoke with Down via Skype about ███ and the responsibilities of the au pair position, and hired Down to serve as an au pair. Down and her employer were convinced of the defendant's sincerity, and Down traveled from England to Long Island to work for the defendant.  (Id. at 16.)  Shortly after she arrived, the defendant acted aggressively toward Down, and he admitted that ███ was not his child. (Id. at 17-18.)  The defendant also tried to convince Down to dress in costumes and pantyhose for him.  (Id. at 20.)  After realizing the truth and extent of the defendant's deception, Down contacted the agency that had employed her, which sent a representative to retrieve her from the defendant's house.  Down spent approximately one week at the home of this representative before returning to England.  (Id. at 26.)

II.    The United States Sentencing Guidelines Call
       for the Imposition of an Effective Life Sentence

As the Court is aware, the Sentencing Guidelines are advisory, not mandatory. United States v. Booker, 543 U.S. 220, 258-60 (2005).  When imposing a sentence, however, a district court must consider the Guidelines.  See 18 U.S.C. § 3553(a)(4); United States v. Crosby, 397 F.3d 103, 111 (2d Cir. 2005) (post-Booker) ("sentencing judges remain under a duty with respect to the Guidelines . . . to 'consider' them").  A district court "should begin all sentencing proceedings by correctly calculating the applicable Guidelines range.  As a matter of administration and to secure nationwide consistency, the Guidelines should be the starting point and the initial benchmark."  Gall v. United States, 552 U.S. 38, 49-50 (2007) (citation omitted).

Here, the defendant's Guidelines range is 410 years, an effective life sentence. This is a product of several steps.  Initially, the defendant has a total offense level of 47 and a criminal history category of I, which would result in an advisory range of life imprisonment. (PSR ¶ 118.)  However, because the statutes of conviction here do not provide for life imprisonment, the range defaults to the cumulative statutory maximum — 30 years for each of counts One through Three and counts Six through Fifteen, 18 U.S.C. § 2251(e); 20 years for each of counts Four and Five, 18 U.S.C. § 2252(b)(1); and 10 years on Count Sixteen, 18 U.S.C. § 2252(b)(2), for a total of 410 years.  U.S.S.G. §§ 5G1.1(a), 5G1.2(d); see United States v. Dorvee, 616 F.3d 174, 180-81 (2d Cir. 2010) (where the Guidelines range exceeds the statutory maximum sentence, "the statutory maximum sentence operate[s] as the Guidelines sentence"); see, e.g., United States v. Boroczk, 705 F.3d 616, 622 (7th Cir. 2013) (where the defendant's Guidelines range was life but the statutes of conviction did not provide for life, the Guidelines range defaulted to the cumulative statutory maximum) (citing authorities and calculating range of 130 years); United States v. Lewis, 594 F.3d 1270, 1275-76 (10th Cir. 2010) (same) (citing authorities and calculating range of 330 years); United States v. Sarras, 575 F.3d 1191, 1209 (11th Cir. 2009) (same) (citing authorities and calculating range of 100 years).

The Guidelines here and their associated enhancements provide useful guidance.  See United States Sentencing Commission, The History of the Child Pornography Guidelines at 7 (2009) ("in amending the child pornography guidelines over the years, the

9

Commission has reviewed sentencing data, considered public comment on proposed amendments, conducted public hearings on proposed amendments, studied relevant literature, and considered pertinent legislative history"); United States Sentencing Commission, Report to the Congress: Federal Child Pornography Offenses at 247 n.2 (2012) (the "Commission's 2010 survey of federal district judges revealed that the vast majority of judges surveyed stated that the guideline and statutory penalty ranges in production cases were appropriate as a general matter"); see also United States v. Cox, 458 F. App'x 79, 83 (2d Cir. 2012) (limiting Dorvee and explaining that district court may still consider Guidelines affected by Congressional adjustment); United States v. Rafferty, 529 F. App'x 10, 13 (2d Cir. 2013). A sentence of at least 60 years' imprisonment falls within the range called for by the Guidelines.

III.     A Sentence of at least Sixty Years' Imprisonment is
         Appropriate in Light of Statutory Sentencing Factors

         After considering the Guidelines, a district court "should then consider all of the § 3553(a) factors to determine whether they support the sentence requested by a party. In so doing, [the district court] may not presume that the Guidelines range is reasonable. [It] must make an individualized assessment based on the facts presented." Gall, 552 U.S. at 49-50 (citation and footnote omitted). The government submits that a sentence of at least 60 years' imprisonment and a life term of supervised release is warranted under § 3553.

         A.     The Nature and Circumstances of the Offense

         The defendant's offenses are nothing short of horrifying. The defendant persuaded and directed Kalichenko to sexually abuse her then two-year old daughter for his own satisfaction. He also sexually exploited his own niece and convinced his family that the child was legitimately modeling. The seriousness of the offenses cannot be overstated.

         The defendant showed no limits to the lengths he was willing to go to satisfy his criminal desires. He not only solicited photos and videos of Kalichenko abusing her daughter, but directed her to recruit other underage girls to "model" for him and come live with him on Long Island. The defendant scripted scenes of sexual abuse that involved Kalickenko performing oral sex on her daughter, having the child put her toys inside Kalichenko and the child's vaginas and having Kalichenko dress the child in stockings and having her hair grown out to satisfy his prurient interests. (Trial GX 205, 208, 211, 219, 229, 230, 243, 557 - 560.) Although the defendant was thousands of miles away from the child and did not himself touch Kalichenko's daughter, he directed every detail of the videos she produced, including the camera angles at which videos were shot. (Trial GX 559-A, Email dated Jan. 24, 2012 ("YOU can use the cell phone camera one hand grabbing your TITS with the other and from you EYE view down to your sweet pussy…you will be recording [Jane Doe #1] playing by your sweetness below!.... AS SHE TOUCHES AND EXPLORES YOU!...AS YOU CONTINUE TO INSERT THE TOYS BETWEEN YOUR LEGS!! This will be like a French short film") (emphases, errors and ellipses in original).)

The defendant paid Kalichenko over $12,000 for the videos and, when videos were delayed or not immediately forthcoming, the defendant persisted and threatened to cut off Kalichenko's financial support.[4] (See Trial GX 2 ("Each morning and night you will send me a CELL PHONE VIDEO OF YOU WAKING UP WITH YOUR DAUGHTER, WITH YOUR TITS IN HER MOUTH BEFORE YOU GO TO SLEEP AND WAKE UP! ….IF I DONT SEE THIS EACH DAY I WILL DROP YOU ON YOUR ASS!!!") (emphases, errors and ellipses in original).)

After the defendant stopped paying Kalichenko, and Kalichenko in turn stopped making pornographic videos of her daughter for him, the defendant asked Kalichenko to help him adopt a child from Ukraine. (7/25/16 Tr. at 133-35; GX 13.) The defendant proposed that they "pose" as a couple interested in adopting a child to increase their chances of successfully adopting. (7/25/16 Tr. at 134-35.) The defendant told Kalichenko that he would pay her a "solid commission" for her help. (Id. at 135.) Thus, the defendant's efforts to exploit children did not cease after Kalichenko stopped producing child pornography for him.

Further, the defendant committed his crimes with callous disregard for the effects his actions would have on his child victims. As a direct consequence of the defendant's actions—along with the actions of Kalichenko who acquiesced to, and profited from, his requests—two children are now the victims of sexual abuse, one of whom has a mother in prison. And even though the children may not later remember the sexual abuse, their relationships with their families likely will never be the same. Kalichenko's daughter, rightfully, will not see her mother until she is an adult. And the parents of Jane Doe #2 consistently have sided with the defendant, refusing to acknowledge—in the face of staggering evidence of the defendant's guilt—that he sexually exploited their child. The defendant's shadow will forever be cast on the lives of his victims.

B.    The History and Characteristics of the Defendant

There is nothing redeeming in the defendant's personal history or characteristics. Rather, his long history of predatory, manipulative and deceptive behavior is an aggravating factor that the Court should consider.

The defendant seeks a mandatory minimum sentence, principally claiming that he suffered ████████████████████████████████████████████████████████
On March 6, 2017, the Court heard testimony from the defendant's retained forensic psychiatrist, Dr. Alexander Sasha Bardey, about his evaluations of the defendant and findings. Dr. Bardey opined that the defendant presents a "moderate" risk of dangerousness to the community and remains at a "moderate" risk of reoffending. (Def. Mem., Ex. A, Bardey Report at 15; 3/6/17 Tr. at 28-29.) This conclusion was premised on Dr. Bardey's findings that the defendant is manipulative, impulsive and antisocial, as well as based on the

---

[4] There is no excuse for Kalichenko's actions. Indeed, she had countless lawful ways to earn an income.

11

defendant's history of substance abuse, legal "entanglements," history of "acting out" and "interpersonal chaos[.]" (Bardey Report at 15.) Dr. Bardey also found that the defendant has an interest in sadomasochistic pornography and violent internet pornography which, if the defendant viewed in the future, would increase his risk of recidivism. (3/6/17 Tr. at 42.)

Remarkably, however, Dr. Bardey's conclusion regarding the defendant's "moderate" risk of dangerousness did not take into account sex crimes which the government proved at the <u>Fatico</u> hearing. (3/6/17 Tr. at 47, 50.) Specifically, Dr. Bardey did not account for the defendant's repeated, violent rape of D███ and Kalichenko. (<u>Id.</u> at 49-50.) Dr. Bardey acknowledged, however, that if the defendant had been convicted of raping D███ and Kalichenko, the defendant would be at a "higher" than "moderate" risk of recidivism. (<u>Id.</u> at 58.) Thus, if the Court finds that the defendant raped D███ and Kalichenko— which it should—then it should also find that the defendant is at a higher risk of recidivism and dangerousness to the community. Notably, the defendant recidivated when he committed the instant offenses, despite receiving sex offender therapy following his March 2006 conviction for attempted forcible touching at Splish Splash. (<u>Id.</u> at 42.)

Additionally, Dr. Bardey's evaluation does not fully account the defendant's extremely abusive history toward women. During the trial and numerous evidentiary hearings in this case, the defendant's true character and misogyny has been revealed through his dealings with D███, Kalichenko, Down and other women, as well as through his criminally-abusive treatment of D███ and Kalichenko. D███'s letter to the Court, attached hereto as Exhibit 2, shows how the defendant hunted for, and preyed on, the weaknesses of others, all in an effort to exert control over them. The defendant isolated D███ in his home, limited her contact with others, convinced her that no one other than he cared about her, and then systematically abused her. Although the full extent of the defendant's sexual history is still unknown (PSR ¶ 93), the evidence convincingly shows that the defendant will likely recidivate again.

C.    <u>General Deterrence</u>

The need for general deterrence also counsels in favor of a severe sentence. A lengthy sentence in this case would send a strong message that producers of child pornography—domestically or abroad—will be punished to the fullest extent possible. A lengthy term of imprisonment would also send a message that family members must abide their special responsibility to protect children, and that predators cannot seek refuge in private email conversations believing that their actions are stripped of their real and criminal consequences. The Court is uniquely positioned to alert would-be abusers that our society will not tolerate the sexual abuse of children and that the penalties associated with such crimes will be severe, regardless of the excuses.

D.    <u>The Need to Protect the Public from Further Crimes of the Defendant</u>

The danger that the defendant poses to children is real and cannot be overestimated. The defendant is dangerous to the community and poses a serious threat if he

is ever released from prison.  The protection of children is the most significant factor the Court should consider.

At the time of his sentencing, the defendant will be only 50 years of age and will have served approximately 39 months in custody following his arrest on the current charges.  Pursuant to 18 U.S.C. § 3624(b), prisoners generally receive 54 days of good conduct time per year, prorated for the final year.  See Barber v. Thomas, 560 U.S. 474, 480 (2010) (BOP's method of calculating good time credit is lawful).  The concurrent sentences requested by the defendant — at the 15 year mandatory minimum (or 180 months) — could result in the defendant's release at approximately age 60 (180 months, less 39 months already served and 26 months of good conduct time).  While there is no certainty that the defendant would earn 54 days of good conduct time each year, any sentence that resulted in his release in his sixties would, in effect, sentence other children to abuse by the defendant.  Given Dr. Bardey's evaluation and the record evidence, it is submitted that the defendant will still be dangerous into his sixties, seventies and even older.

Most criminals mellow with age.  Even the most violent young gang member or drug dealer usually abandons a life of crime as he ages.  But sexual predators are different: even into old age, their urge to engage in illegal sex remains acute.  See Wolak, et al., Child Pornography Possessors Arrested in Internet Related Crimes:  Findings from the National Juvenile Online Victimization Study (2005)" (men over age 40 are the most common offenders of the child pornography laws); Ryan C. W. Hall, M.D. et al., Profile of Pedophilia:  Definition, Characteristics of Offenders, Recidivism, Treatment Outcomes and Forensic Issues (April 2007) (pedophiles comprise sixty person of all older sexual offenders, indicating that pedophiles offend in their later years at a greater rate than other sexual offenders).

A sentence of 60 years, by contrast, even considering time served and possible good conduct time, would functionally incapacitate the defendant for the rest of his life, as contemplated by the Guidelines.  The risk that the defendant will recidivate is high.  Thus, a lengthy sentence is required to protect the public from further crimes of the defendant.

E.    The Need to Avoid Unwarranted Sentencing Disparities

The mandatory minimum sentence requested by the defendant would result in inequity whereby the defendant would receive a sentence commensurate with offenders who did not exploit multiple children over a period of years.  Under the circumstances of this case, and based on the defendant's unique history and characteristics, a sentence of 60 years' imprisonment is reasonable and warranted.

There is ample precedent in this Circuit for similarly severe sentences.  See United States v. McGowan, 615 F. App'x 1 (2d Cir. 2015) (affirming sentence imposed by Judge Feuerstein of 90 years' imprisonment and a life term of supervised release where defendant pled guilty to three counts of sexual exploitation of a child); United States v. Brooks, 605 F. App'x 50, 51 (2d Cir. 2015) (dismissing appeal where Judge Mauskopf

sentenced the defendant to 60 years' imprisonment and a life term of supervised release after he pled guilty to sexual exploitation of a child and distribution of child pornography); United States v. Hamilton, 548 F. App'x 728 (2d Cir. 2013) (1800-month sentence affirmed after defendant pled guilty to five counts of production of child pornography; court stated "[n]or are we persuaded that a life sentence in the case at bar overstates the "seriousness of the offense," given defendant's role in producing graphic child pornography by "filming himself sexually abusing children as young as four years old."); United States v. Snyder, 425 F. App'x 64 (2d Cir. 2011) (upholding a 75-year sentence for five counts of production of child pornography as substantively reasonable); United States v. Baslan, 13-CR-220 (E.D.N.Y. 2015) (Judge Dearie imposed a 36-year prison sentence where the defendant conspired to sexually exploit three children, despite failing to accomplish the scheme due to the government's intervention); United States v. Schaffer, 12-CR-430 (E.D.N.Y. 2015), conviction aff'd 851 F.3d 166 (2d Cir. 2017) (Judge Ross sentenced the defendant to 300 months' imprisonment for coercing and enticing a 15-year old to engage in sexual conduct); United States v. Ledee, 11-CR-175 (E.D.N.Y. 2013) (Judge Garaufis sentenced the defendant to 325 months' imprisonment for soliciting one mother to sexually abuse her eight-year-old daughter on several occasions); United States v. Jansen, 08-CR-753 (N.D.N.Y. 2010), aff'd No. 10-CR-671 (2d Cir. 2011) (defendants who pled guilty to conspiracy to transport minors in interstate commerce with intent to engage in sexual activity sentenced to life imprisonment).

        Other federal courts around the country have likewise imposed life sentences—or the equivalent of life sentences—against child pornography offenders.  See United States v. Brandt, 585 F. App'x 754 (11th Cir. 2014) (sentence of 90 years (1,080 months) of imprisonment for defendant convicted of three counts of child sexual exploitation did not violate the Eighth Amendment; defendant used the internet to entice three minor females ages six to thirteen to photographs themselves and send him the photographs; defendant had no criminal history and no physical contact with the victims); United States v. Williams, 561 F. App'x 784 (11th Cir. 2013) (100-year sentence affirmed); United States v. Goodale, 738 F.3d 917 (8th Cir. 2013) (life sentence reasonable for defendant who sexually abused two boys); United States v. Hodge, 729 F.3d 717 (7th Cir. 2013) (1380-month (115-year) sentence reasonable for production and other child pornography crimes, including the abuse of a nine-year-old girl); Boroczk, 705 F.3d at 622 (70-year production sentence reasonable); United States v. Cannon, 703 F.3d 407 (8th Cir. 2013) (840 months for sexual exploitation of a child upheld); United States v. Miller, 538 F. App'x 501 (5th Cir. 2013) (upholding 70-year sentence for production and possession of child pornography); United States v. Castillo, 427 F. App'x 748 (11th Cir. 2011) (upholding as substantively reasonable a sentence of 1,560 months (130 years) for four counts of production of child pornography and one count of possession of child pornography); Sarras, 575 F.3d at 1209 (affirming as reasonable a 100-year sentence for a first-time offender who sexually abused a 13-year-old girl and produced pornographic images of the victim); United States v. Betcher, 534 F.3d 820 (8th Cir. 2008) (upholding as reasonable a 750-year sentence for a first-time offender who had taken pornographic pictures of five 8- to 11-year-old girls, including two of his granddaughters); United States v. Tyler, 256 F. App'x 310, 311 (11th Cir. 2007) (sentence of 600 months' imprisonment for defendant convicted of §§ 2251(a), 2251(b), and 2252(a)(1)

was not unreasonable and did not violate the Eighth Amendment; defendant exploited three minors including his adopted son and transmitted the pictures over the Internet; defendant had no criminal history, was only 34 years of age, and suffered from a drug addiction); United States v. Johnson, 451 F.3d 1239 (11th Cir. 2006) (upholding as reasonable a 140-year sentence for two counts of producing child pornography and one count of distribution); United States v. Demink, 10-20676 (E.D. Mich. 2010) (defendant with no prior criminal convictions received life sentence based on his online conduct where he manipulated women to have sex with their children on camera for defendant).

These are just some examples of the sentences imposed in child pornography cases. A 60-year sentence here would be in line with other cases in this Circuit, and around the country, dealing with sex offenders like the defendant.

IV.    Conclusion

The Court should impose a sentence of at least 60 years' imprisonment and a life term of supervised release. Such a sentence—which is not greater than necessary to satisfy the aims of § 3553—addresses the seriousness of the defendant's abhorrent criminal offenses, generally deters the behavior exemplified by the defendant, promotes respect for the law, considers the kinds of sentences available and the sentencing range established by the Guidelines, protects the public from further crimes of the defendant, and avoids unwarranted sentencing disparities among similarly-situated defendants.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:    /s/ Ameet B. Kabrawala
Ameet B. Kabrawala
Allen L. Bode
Assistant U.S. Attorneys
(718) 254-6001 / (631) 715-7828

cc:    Defense Counsel (by email)

Probation Officer Lisa Langone (by email)

EXHIBIT 1


she will get when she turns 16 in winter according to the general laws in Ukraine, it will be better for her to start travelling when she gets her passport cause currently she is a child afterwards she will be making decisions by her own, I can get you her birth certificate if you want and a number if she still is a matter of your interest.

B1-B2 visa type and tourist, business and pleasure is the same visa type, the one I had before which is issued for 5 years and the officer at the customs determines the period one is allowed to stay in the US without leaving the country and true, its usually 6 months, at least it was always in my case when I was crossing the border. But the visa by itself is given for 5 years, US Embassy doesnt issue visas for less period.

Joseph, I went to the pool yesterday, phones are supposed to be left in the lockers and are not allowed to take either in the changing room or the swimming area, its forbidden! If I try to bring it over secretly I risk to get into the jail by spying naked people which obviously is not my target to achieve! The videos I made on my new cell I have to connect to the com and then send them to you, I need a com with Bluetooth, Internet cafes here dont have this option but I can do it from Turkey, my laptop has Bluetooth function, I made which means that I will send them to you of course.

Joseph, I really dont understand, you have expressed intentions to adopt my child and to bring her asap to New York which I have successfully agreed on and have provided you an agreement, right, I can even get you a signed one by me and scanned to your mail, no problem......but I do have strong doubts that you actually need us.......! You were willing to wire me $1500 for my trip to Kiev which I initially thought was not crutial from my point of view and didnt express my burning desire to fly here but of course I did cause I accepted your condition......why did you ask me to fly in here, Joseph? Just to make erotic videos for you, thats it???? What is the purpose you need us? To build the future with me and my daughter, you are constantly saying that you want to adopt ██████ or you would use us for making erotis videos and cash them out.....? I sincerely hope that I not!!!!!!  The money you have spent so far on my trip to Kiev was exactly enough to put on my account to show to the Embassy and get my visa which was exactly what I have asked you for and the trip to Miami, I dont need a trip to Miami by itself, this is just an occasion to get visa, olus this money will be used to purchase a ticket anyway after I recieve the cash.  Instead you are choosing to spend exactly the same ammount to send me over to Ukraine to produce erotic videos for you, whats the point, I dont understand? Joseph, I dont want to play any games with anybody and you espesialy, you see that I am not after the small cash from you or free trips to Kiev, I am looking for a man to build my future with and the future of my daughter, I really thought that you are the right guy but am I mistaken????? How can you tell me that you dont need me and ██████ anymore just because I couldnt get you the pool videos? Whta is that you are after, just tell me honestly.......

By the way, I have managed to get a data base of few hundred Ukr ladies for dating bus but I guess you dont need it.......

Looking forward for your final decision.

Kisses
Helena
God bless you!!!!!

Sat, 21 Jul 2012 23:58:16 -0400 (EDT) ?? joe valerio <joeval5@optonline.net>:

Helena...yes we are back safely and stood at the apartment in NYC last night, im back home today resting up. I got the videos of you and ███████, of

course they're always a treat to receive and enjoy to see you two both together. That was very nice!... you can send the rest to my email, the pool

shower shots and changing rooms etc.. My email as you know by now is the best way to SEND ALL THE VIDEOS!...I guess you took a short cut this

time on what you needed to do ??? - I emailed you with question and texted you as well!! and you play that game" as if you didn't receive any of them.

Quite frankly I didn't have to bother trying to find the time to text you or cell email you! because as usual you didn't follow my directions!!. I even asked

you what kind of a reserve you needed at the time, in your bank account...and there was NO RESPONSE FROM YOU!...you were suppose to get me Sveta's number and passport as well...along with other videos of you and your daughter...and the pool, shower and lockerrooms...didn't get that either!!!. Your now telling me about money you need by monday to show in your bank account....just sent you $600! plus you had to reserve for your Hotel in Miami...and asked you WHAT YOU NEEDED to cap your reserve!!!! and NO ANSWER. You continue to play by your own rules and im NOT LIKING IT HELEN!. You have

spent 6 days in Kiev a very big city!, with a rented apartment with just you and your daughter" and thats ALL YOU PRODUCED??? That's not acceptable!!

When I need to show a trace in my bank account to borrow thousands of dollars...I make sure I take the highest average available balance at the time and

make a copy of it to show a bank or lender. If you thnk im going to put a thousand dollars in your account after NOT

getting ALL you were suppose to do! I guess that means you wont be coming here to the USA. Then your telling me that your applying for a TOURIST VISA? ....not a B-1 VISA??? since when???. That tourist visa will ONLY GET YOU 6 MONTHS IN NY??!!...Sorry Helena, doesn't seem you are worthy of my promise...WHEN YOU DONT KEEP YOURS!!!

Doesn't seem you'll be destined to MIAMI!!...but at least you got your round trip ticket to Turkey, where you can work again!! Looks like you'll have
to scrape together ALL $ YOU HAVE AND HOPE THE EMBASSY" GETS YOU THROUGH ON A TOURIST VISA!! ... VERY FOOLISH OF YOU HELEN!!!!!

Joseph, I hope that you are safely back to New York from Vegas.......how was the trip and where did you guys stay? I am sure that it was great.......I wish I was there together with you too

Joseph, I have made five other videos for you on new phone, I will send them to your email directly, I can connect my phone to Internet and send to your email or I can do it through Bluetooth fuction on my phone, I need your phone model for that purpose, did you recieve the five videos which I have made for you before, sent from my old phone?

OK, I am about to go to the pool now, I will make videos for you if they allow cell phones inside of the changing rooms, that I am not sure about yet, I have to check, it may be possible that the phones will have to remain in the lockers.

Joseph, please decide on the money for the visa purpose, I have to put them on my bank account on Monday in order to get the balance statement by Tuesday morning if my bank account remains empty, I wont attend my appointment on Wednesday cause there is no doubt visa will be denied in that case. If I dont show enough funds for my trip, the Embassy wont issue me a tourist visa, you know that.......

I have missed you a lot, will send the videos today, I am sure you will like them.....

Pass my greetings to Val
Sending you my passionate kisses
Helena

PS Hope to see you soon in Miami
Reg that girl Kristina, you can forward me her data, Joseph but please do it while I am still in Ukraine so I can contact her if you need my help in that issue of course.

Mon, 16 Jul 2012 22:39:40 -0400 (EDT) ?? joe valerio <joeval5@optonline.net>:

Be safe everywhere you all go and MANY PASSIONATE KISSES ALL OVER YOUR BODY....WITH MANY LITTLE NIBBLE KISSES FOR ████ !!....Emmmmmm Da! I love life!!!

GOD BLESS!!!

PS. I will call Anna...for sure"

Joseph, here is Annas passport and this is her phone num +████████ I a, sending you today, Svetlanas info I will forward to you tom.

I have sent you an email yesterday but you havent applied yet so I am looking forward for your answer.

I have checked cameras, basically the prices start from $600 for HS-V500M, Canon S20, S21 $1000, Sony HDR-CXS60 $1300. A camera that agent has is Sony but she has bought it a few years ago for $600 or $700 according to her, she doesnt remember how much exactly. So please make your decision which one do you want me to buy , each of them can film good video.

I am looking forward for your answer and the script, you havent sent to me yet.

Sending you my kisses
Helena
PS Mum and ████ are coming tom in the morning.

I am leaving Internet place now to do some groceries and will check my mail only tom, stay safe!!!!

**From:**     'joe valerio' <joeval5@optonline.net>
**To:**       kalichenkoes@mail.ru <kalichenkoes@mail.ru>
**Sent:**     9/6/2012 7:25:04 PM
**Subject:**  FW: Re[2]: Fwd[2]: visa



Government
Exhibit
229
14 CR 94 (JFB)

Yes, its been emails and Skype and of course she agree's that im trustworthy....she is a smart girl! somewhat shy, not really cause she said it was her first Skype with a foreign guy.
So im glad to be a foreigner for a change...laughing. She is very sweet and down to earth like YOU. Anna reminds me of you...of course what I want to do with you is totally our
bizz" & time, videos the role -play...rape tearing off your panties, pantyhose! and more video's with you and ▇▇▇▇! ~ emmm" I do enjoy! and soon you can bring her little more mature..

I mentioned you everytime to both Anna and one time to Nina, speaking of which I need ALL her details to get her routed for a Modeling Job". Nina I feel so far has the Most
potential of ALL the model searches you have made so far! she is a MUST Helena. I frankly" list you by name as my co-agent to the Agency(ies)

Sounds good...just give me all the flight details to follow through with so I know to check that your safe. Saturday when your settled in the City....send me the usual video's of
you and sweet ▇▇▇▇▇ who will be so glad to see you and explore your SWEET TITS AND PUSSY"...BY PUTTING A NICE BIG TOY IN THAT SWEET PUSSY OF YOURS FOR OUR
▇▇▇▇▇ TO PULL OUT OF YOUR DRIPPING WET PUSSY!!...I WANT TO SEE THIS AND THE BLUSH OF RELIEF ON YOUR FACE"....WITH A WET CUM DRIPPING TOY!. Speaking of which
I got a vibrating dong" that I insert over my cock...which rockets my cock to about 30cm!!. Its an African/Sicilian thick condom attachment that will BLOW YOUR MIND!!! AND WILL
SWALLOW UR PUSSY WHOLE....DRIP DRIP!!

Heres the MTCN# **6598954853  For $1,000**

Oh so you have already communicated with Anna, thats great, Joseph, how many times did you talk, how is her English?
Yes,Joseph, she is a good girl but a little bit shy so I have to talk to her to reassure that youu are a trustworthy man, its important in between the girls, I know you, have spent some time with you so she will listen to me.

Nina I havent met her in person, she definitely looks nice but I also want to meet her and see her personality as well.

OK so I will purchase a ticket tom then, last time I have checked the flights they basically had only late evening options available but its ok, morning flight I wont catch anyway.

I am looking forward for the time when we meet again and taste each other while getting the pleasures........
Sending you my passionate kisses
Helena

Thu, 06 Sep 2012 10:16:08 -0400 (EDT) ?? joe valerio <joeval5@optonline.net>:

Hi there Helena....im running out to the Hamptons now and I will make the Western Union trans action a bit later so you can schedule your flight tomrw night
back home.... Yes I have already Skyped Anna and she's very sweet like YOU for sure! so the

GOVERNMENT
EXHIBIT
**557**
14-CR-94 (JFB)

| | |
|---|---|
| **From:** | JOSEPH  VALERIO  <JOEVAL5@OPTONLINE.NET> |
| **Sent:** | Sunday, January 22, 2012 3:32 PM |
| **To:** | elena kalichenko |
| **Subject:** | (No Subject) |

YOU  SEE  BIITCH  9:45 PM  STILL  AT  THE  INTERNET  PLACE!!  ...HOW  IS  THAT  POSSIBLE??!  THAT"  WAS ANOTHER  THING  I  WARNED  YOU  ABOUT  BITCH!...BUT  YOUR  STILL  THERE  CHECKING  YOUR  MAIL FROM  OTHER  PROSPECTS....WITH  MY  MONEY  YOU  BITCH!...THEN  YOU  CRY  TO  ME   THAT  YOU  HAVE NO  MORE  MONEY!!!  BUT  YOUR  SITTING  THERE  AT  MY  COST  TO  WRITE  TO  OTHER  DICKS!  ...AS  YOUR BACK  UP!!  -  I'D  HAVE   YOUR  FUCKING  HEAD!  IF  EVER  CAUGHT  YOU  HERE!  SO  BEST  YOU  STAY  AWAY FOR  GOOD!!.  FUNNY  BITCH"  HOW  IM  ABLE  TO  TEXT  MY  VAL  AND  JULIA"...WITH  NO  PROBLEM!!  I  THINK ITS  A  SIGN  BITCH!..YOUR  A  TROUBLED  INDIVIDUAL!  AND  HERE",  IF  YOU  WERE  EVER  TO  CAUSE  ANY TROUBLE...YOU'D  BE  FINISHED!  FOUND  A  JOB?  LISTEN  BITCH "  THEN  GO  TO  WORK!!...AND  SUPPORT YOUR  PATHETIC  LIFE  AND  YOUR  FAMILY!!  AND  GET  OUTTA  MY  LIFE!...SEND  ME  SOME  PROFILES  AND GET  A  ME  ANOTHER  PUSSY"  HERE!  AND  YOU  WILL  GET  PAID!!  BUT  IT'S  ALL  BULLSHIT!  FROM  YOU AND  THIS  SO"  CALLED  JOB  AT  A  DATING  AGENCY!  -  THEN  TAKE  THE  JOB  BITCH  AND  GET  ON  WITH IT!,  NO  NEED  TO  TELL  ME  ONE  THING  IN  A  LETTER...THEN  TELL  ME  ANOTHER  THING  IN  A  TEXT MESG...  YOU  THINK  YOUR  DEALING  WITH  A  MINDLESS  MAN??!  -  IM  AT  GENIUS  LEVEL!  ...BRILLIANT, STRONG,  HANDSOME,  ARTIST,  ATHLETIC  -  ITS  WAY"  PAST  YOUR  LEVEL!  I  MAY  BE  SOME  WIZARD!  ,  AND YOU  JUST  INDICATED  THAT  YOU  DONT  TRUST  ME  ANYMORE!!  -  SO"  BITCH!  I  DONT  TRUST  YOU !.  HOW CAN  A  BITCH  LIKE  YOU  THINK  YOU  HAVE  OPTIONS  WHEN  A  MAN  LIKE  ME  OFFERS  YOU"  A  F-1  VISA!!! AND  YOU  TELL  ME!.."  I  WILL  HAVE  TOO  MUCH  CONTROL  OVER  YOU"  WHAT  DID  YOU  THINK  WAS GOING  TO  BE  BITCH??  YOU  HAVE  CONTROL??  -  YOUR  FUCKING  OUT  OF  YOUR  MIND  BITCH!!.  I  GOT ALL  I  NEED  IN  MY  LIFE!  AND  IM  NOT  ABOUT  TO  PUT  MY  LIFE,  MY  FINANCES  OR  YOUR  LIFE!  AT  RISK, BECAUSE  YOUR  CAPABLE  OF  BEING  PUT  AT  RISK"...BECAUSE  YOUR  FULL  OF  DANGER  AND  IM  NOT THE  MAN  TO  FOOL  AROUND  WITH  BITCH!  -  THEN  ITS  DANGEROUS  FOR  YOU!!!.  YOUR  TIME  IS UP...UNLESS,  YOU  WANT  TO  BE  IN  THE  STREET!.GET  ME  MORE  FUCKING  VIDEO  OF  YOUR  DAUGHTER ON  YOUR  TITS  PLAYING!!  AND  PUT  SOME  OF  THOSE  TOYS  ON  YOUR  STOMACH!!  SO  SHE  PLAYS OVER  BY  YOUR  PUSSY!!!  USING  THE  CELL  PHONE  CAMERA!!....YOU  WONT  SEE  MONEY  BITCH"  FOR  A VIDEO  CAMERA...NO  FUCKING  WAY!!!  GET  ME  SOME  REALLY  RACEY"  CELL  PHONE  VIDEO...YOU  AND YOUR  DAUGHTER  -  TONIGHT!!!  OR  I  DROP  YOU  COMPLETELY"  IN  THE  STREETS!!  ANOTHER THING!!...MONDAY  AND  WEDNESDAY!!  ARE  THE  ONLY  DAYS  YOU  SPEND  AT  THAT  PLACE!!  ...1  HOUR MAXIUM  BITCH!  ON  THE  INTERNET  A  DAY  -  GOT  IT!!  OR  I  WILL  DROP  YOU!!!!  YOU  AND  YOUR  FAMILY

{Alternate Body}

WILL  BE  FUCKED  FOR  LIFE!!!

1

**From:**     JOSEPH  VALERIO  <JOEVAL5@OPTONLINE.NET>
**Sent:**     Monday, January 23, 2012 3:13 PM
**To:**       elena kalichenko
**Subject:**  Fw: your mail

GOVERNMENT
EXHIBIT
**558**
14 CR 94 (JFB)

REMEMBER" im a busy man and im OUT! half the time...cell phone correspondences are better for me! Helena listen now!, I want to know from you where you are able to send email out at 9:45pm! ...then I want to know what keeps YOU at that internet place ALL day till dark! when I " WARNED" you not to write to others on my dime $ at my cost!...thirdly" how is it that my texting goes through to Valeria in Rome and Julia in Russsia and NOT YOU?? and you dont receive mine??, maybe it means something for YOU"! not me because you know who I have in my live you know who's coming...and going, as I will have more in between..till my day. So if your going to work at an agency then you can send me some profiles and work on getting me a girl here as well"...just for the time being to visit and then go back. Julia is getting much too serious in her words" - so I'll have to soften her up when she comes..so she's not broken hearted..but she wants it! regardless". I know you much longer so DONT worry! I see how hard you are trying and that means alot to me, I will say yes to the visa process! but you have more to prove to me in this time and more video! I would like to start either application, of course whichever is the fastest and most complete!.. the cost for me whether it works or not is no problem!, even if we have a change of heart or plans.I have plans for you over here..seeing how sexually charged YOU are in those videos..with ▇▇▇▇!.I can do alot with YOU! and you will both listen...its very nice! My mouth waters and my cock is hard for this!.  We will have ample time ahead so yu will need to follow these steps below, as I will go ahead with ONE of the visa applications this week..just to make sure you are "Still worthy" of this great decision on my part to change your "lives" and take care of you both. You will follow these steps: 1. You show me where you sleep on that couch by cell video, before you go to sleep...I want to see the sheets your pillow and blanket there. Then you say goodnight by showing me your tits!! then you go to sleep or have ▇▇▇▇ next to you...held closely! with your tits in her mouth! each night before bed!..this is your way of saying goodnight to your Master" 2. You ONLY" GO! to the Internet place monday, wednesday, friday! - when your there" you start with an email to me, and when you leave" - BEFORE DARK! you send me one when you leave! You will also send me your "SKYPE" contacts...of course if there is nothing to hide" you show! - I promise NOT to contact those FEMALE friends. If its a MALE friend!..then OUR" contact will be OVER!. Female friends of yours - No problem" anyone else" BIG PROBLEM! - you show me! 3. If you go to work? I need the name of the company and the people who employ you there. At the first chance you have excess to the Data base of women...WHO ARE ONLY" INTERESTED IN COMING TO NY" you then send me the beautiful Blondes who are 18 - 26 years of age...who are CLEAN", nice figure! - WHO WANT TO COME TO NY ONLY!. Lets work on getting some here for our business as well - we'll take care of them" there are plenty of homes and places for them to stay...im the head man here, for whom they will meet first. 4. The videos are getting more and more creative by YOU" with ▇▇▇▇! and how you incorparate the toys in the&nbp videos are very creative. Here in America" BREAST FEEDING" or JUST BABY SUCKING ON TITS" is very popular!...So you keep up the good work eachday and experiment more with YOUR TITS" with ▇▇▇▇! and try to keep her in between your legs"..as SHE plays with HER toys" by your PUSSY. Im sure just the FEEL" of those toys she plays with"...JUST TOUCHES YOUR PUSSY! - AND IM SURE YOU WILL CUM ( Just keep her secure on the floor or couch - "Playing in between your legs - NAKED!" she is bound to TOUCH YOUR PUSSY if YOU PUT THE TOYS BETWEEN YOUR STOMACH AND PUSSY"...  Today I will send out some money! BECAUSE YOU KNOW WHO IS TAKING CARE OF YOU!!. So follow my steps and obey my orders above" and beyond"! - If you disagree to ANY of these steps! THEN THAT MEANS YOU ARE NOT WORTHY OF MY HONOR" TO PROCEED WITH THE FIANCEE VISA". Good work so far and I would like to continue this relationship till then if there are NO disagreements to the steps above then I will proceed...in the meantime" YOU STAY SAFE AND CLEAN AWAY FROM TROUBLE" believe me I will find out and I when I do..,, THERE WILL BE TOTAL SILENCE ON MY PART"...THATS WHEN YOU KNOW ITS OVER. So lets get to work"...

Joseph, I came to check an email from you but dint see anything. I sent you 6 vidoes today, hope you got them, I am -10 hrn now on my cell phone, every time I am sending you videos from my cell phone I usually spend $7-$8 a day so of course I am out of cash now. Lets move forward with a fiancee visa, ok. We need you, Joseph!!!!!!We spent lots of time and energy on building these relations, I want to keep them!

1

I will stay here for 30-40 mins to check an answer from you then I will go home, ok.

Kiss you
Helena


23 января 2012, 00:30 от JOSEPH VALERIO <joeval5@optonline.net>:
   YOU SEE BIITCH 9:45 PM STILL AT THE INTERNET PLACE!! ...HOW IS THAT POSSIBLE??! THAT" WAS ANOTHER THING I WARNED YOU ABOUT BITCH!...BUT YOUR STILL THERE CHECKING YOUR MAIL FROM OTHER PROSPECTS....WITH MY MONEY YOU BITCH!...THEN YOU CRY TO ME  THAT YOU HAVE NO MORE MONEY!!! BUT YOUR SITTING THERE AT MY COST TO WRITE TO OTHER DICKS! ...AS YOUR BACK UP!! - I'D HAVE  YOUR FUCKING HEAD! IF EVER CAUGHT YOU HERE! SO BEST YOU STAY AWAY FOR GOOD!!. FUNNY BITCH" HOW IM ABLE TO TEXT MY VAL AND JULIA"...WITH NO PROBLEM!! I THINK ITS A SIGN BITCH!..YOUR A TROUBLED INDIVIDUAL! AND HERE", IF YOU WERE EVER TO CAUSE ANY TROUBLE...YOU'D BE FINISHED!  FOUND A JOB? LISTEN BITCH " THEN GO TO WORK!!...AND SUPPORT YOUR PATHETIC LIFE AND YOUR FAMILY!! AND GET OUTTA MY LIFE!...SEND ME SOME PROFILES AND GET A ME ANOTHER PUSSY" HERE! AND YOU WILL GET PAID!! BUT IT'S ALL BULLSHIT! FROM YOU AND THIS SO" CALLED JOB AT A DATING AGENCY! - THEN TAKE THE JOB BITCH AND GET ON WITH IT!, NO NEED TO TELL ME ONE THING IN A LETTER...THEN TELL ME ANOTHER THING IN A TEXT MESG... YOU THINK YOUR DEALING WITH A MINDLESS MAN??! - IM AT GENIUS LEVEL! ...BRILLIANT, STRONG, HANDSOME, ARTIST, ATHLETIC - ITS WAY" PAST YOUR LEVEL! I MAY BE SOME WIZARD! , AND YOU JUST INDICATED THAT YOU DONT TRUST ME ANYMORE!! - SO" BITCH! I DONT TRUST YOU !. HOW CAN A BITCH LIKE YOU THINK YOU HAVE OPTIONS WHEN A MAN LIKE ME OFFERS YOU" A F-1 VISA!!! AND YOU TELL ME!.." I WILL HAVE TOO MUCH CONTROL OVER YOU" WHAT DID YOU THINK WAS GOING TO BE BITCH?? YOU HAVE CONTROL?? - YOUR FUCKING OUT OF YOUR MIND BITCH!!. I GOT ALL I NEED IN MY LIFE! AND IM NOT ABOUT TO PUT MY LIFE, MY FINANCES OR YOUR LIFE! AT RISK, BECAUSE YOUR CAPABLE OF BEING PUT AT ISK"...BECAUSE YOUR FULL OF DANGER AND IM NOT THE MAN TO FOOL AROUND WITH BITCH! - THEN ITS DANGEROUS FOR YOU!!!. YOUR TIME IS UP...UNLESS, YOU WANT TO BE IN THE STREET!.GET ME MORE FUCKING VIDEO OF YOUR DAUGHTER ON YOUR TITS PLAYING!! AND PUT SOME OF THOSE TOYS ON YOUR STOMACH!! SO SHE PLAYS OVER BY YOUR PUSSY!!! USING THE CELL PHONE CAMERA!!....YOU WONT SEE MONEY BITCH" FOR A VIDEO CAMERA...NO FUCKING WAY!!! GET ME SOME REALLY RACEY" CELL PHONE VIDEO...YOU AND YOUR DAUGHTER - TONIGHT!!! OR I DROP YOU COMPLETELY" IN THE STREETS!! ANOTHER THING!!...MONDAY AND WEDNESDAY!! ARE THE ONLY DAYS YOU SPEND AT THAT PLACE!! ...1 HOUR MAXIUM BITCH! ON THE INTERNET A DAY - GOT IT!! OR I WILL DROP YOU!!!! YOU AND YOUR FAMILY WILL BE FUCKED FOR LIFE!!!


OUR

GOVERNMENT
EXHIBIT
**559**
14-CR-94 (JFB)

| | |
|---|---|
| **From:** | JOSEPH  VALERIO  <JOEVAL5@OPTONLINE.NET> |
| **Sent:** | Tuesday, January 24, 2012 11:59 PM |
| **To:** | elena kalichenko |
| **Cc:** | JOSEPH  VALERIO |
| **Subject:** | This  covers  it...and  here  it  begins" |

 Helena  you  have  nothing  to  worry  about, as  we  both  know  you  have  high  levels  of  education  that  some  would never  achieve... Its  the  system  both  here  and  there  in  which  we  try  to  "crack  the  code"  as  we  both  achieved form  different  spectrums. You  will  always  carry  your  education  with  you  like  a  Golden  medallion!, which  will  never tarnish!. Look  for  today  with  whom  surround  you, like  your  beautiful  little  daughter, your  Mother. Just  think"  maybe its  life  just  telling  you  for  now, to  relish  the  joy  of  motherhood. You  are  doing  all  your  expected  to  do  in  my eye's  and  you  just  need  to  maintain  that  with  me...and  I  will  continue  to  take  care  of  you  and  your  family, you have  earned  my  praise  and  respect  to  carry  on  a  relationship  with  you"  to  hopefully  a  higher  degree. Today  will be  wednesday, so  you  had  to  come  in  purposely  for  the  MTCN#  and  then  you  will  leave  before  dark"  as planned. The  next  day  your  able  to  go  to  the  internet  place  is  Friday - are  we  clear  on  this? Thursday  you  relax at  home  with  ▮▮▮, getting  her  to  play  more  with  YOU  and  exploring  YOUR  body  more  down  below  to  your sweetness. Remember"  when  ▮▮▮  comes  to  you  and  touches  you...its  really"  me  who  is  touching  you  or  in Fantasy"  this  little  beautiful  creature  who  wants  to  probe  you  and  touch  a  "real  human"  for  the  first  time! ( close your  eye's  and  let  her  explore...every  crevice  of  your  nipples  and  pussy") Put  some  juice  on  your  nipples"  and make  her  SUCK  THOSE  NICE  TITS"! as  you  lay  there  in  deep  emotional  relaxtion...and  Finally  this  little beautiful  creature  has  taken  over  YOUR  BODY" - with  oral  pleasure...( apply  something  sweet  from  the  store" - sweet  juice  or  candy  on  your  nipples  and  your  sweet  pussy"  to  play  with). Get  this  ALL"  on  video  for  Thursday - relaxation  day! - DONT  hold  back"  REMEMBER"  its  ME!...so  let  yourself  go!! - I  will  have  you  in  my  mouth tomorrow!!...to  taste  your  sweet  nectar  juice  from  your  sweet  PUSSY!!. - ITS  ME  YOU  SEE! ITS  ME  YOU HEAR  IN ! ITS  ME  WHO  TOUCHES  YOU! - THROUGH  ▮▮▮! I  will  check  into  your  Skype  account  dear, thank  you  for  sharing  that  with  me ...as  you  are  FULLY  aware  of  who's  in  my  life"  and  when  they  come, stay or  go". You  will  always  know". Andrey  I  respect  him, the  Father  of  your  child  and  I  will  not  intrefere  with  that contact. So  your  converstaions  are  commonly  about  what"  if  I  might  add  with  Andrey? - im  asking  because  you still  have  him  as  a  contact  for  the  obvious  reason"  he's  the  father  of  your  daughter!. This  much  I  will understand...but  not  daily  conversations  with  him  or  I  will  interfere!. Try  to  see  whats  wrong  with  your  cell  phone as  far  as  receiving  texts..im  gettting  your  texts  and  videos  so  that  part  is  fine! . Thursday", you  will  use  that  day " primarily"  FOR  VIDEO'S  WITH  ▮▮▮ - ALL  WITH  HER! FROM  MANY  ANGLES!...FROM  YOUR  TITS  TO YOUR  CUTE  TOES"  AND  EVERY  CREVICE  TO  BE  EXPLORED! ALL  VIDEO'S! - MAKE  THIS  COUNT! ...THESE  ARE  THE  ONE'S  THAT  WILL!!... I  KISS  YOU  ALL  OVER! FOR  EVERY  INCH  ▮▮▮ EXPLORES....AS  SHE  LANDS  ON  YOUR  "  PLANET  HELENA".SHE  WILL  EXPLORE  YOUR  VALLEY'S, MOUNTAINS, CURVES  AND  YOUR  WET"JUICY  BUSH! WITH  AMPLE  FRUIT  OF  NECTAR....LET  HER  TOUCH THOSE  MOIST  CREVICES"!! EMM"  DAI...IM  SO  HARD! Here  my  sweet  pussy  slave"  is  the  MTCN#  836-142- 4419  Be  Safe"  wherever  you  go! and  remember  to  put  on  a  good  show! On  friday  we'll  discuss  our  Dating



{Alienaic Body}

Agency...to  get  at  least  one  or  two  girls  here"... I  kiss  YOU! and  want  to  have  you  so  BAD!!

GOVERNMENT
EXHIBIT
559-A
14-CR-94 (JFB)

**From:**    JOSEPH  VALERIO  <JOEVAL5@OPTONLINE.NET>
**Sent:**    Tuesday, January 24, 2012 10:24 AM
**To:**     elena kalichenko
**Subject:**   Fw: Fwd[2]: your mail

 Yes my sweet nymph puss"... give me ALL the details about this venture today, get your phone checked out!...because we wont be able to communicate like this everday on the internet. The next day you can go check your mails is friday, REMEMBER" as per my last instructions to YOU" which you need to look over still and agree to. Try to resend those videos from yesterday MOVOO042 , MV """46 , MV """49 , MV""""52, MV """53, ALL of them again", seems there was too much memory at once to handle for the phone...Very nice one's with you and ▇▇▇! Great Job!  You see your bonding very well with ▇▇▇▇▇!..as you can see my energy is flowing through ▇▇▇▇ onto YOU" do YOU feel it?..its coming from ME! as she touches and explores your breasts, then to touch you below"...as you keep her between your legs SAFELY" with your legs up around her, putting her toys "DOWN BY YOUR SWEET PUSSY" ( from your belly down to your pussy). With you and her securely on the couch, bed or floor" YOU can use the cell phone camera with one hand grabbing your TITS with the other and from your EYE view down to your sweet pussy...you will be recording ▇▇▇▇▇ playing by your sweetness below!....AS SHE TOUCHES AND EXPLORES YOU!...AS YOU CONTINUE TO INSERT THE TOYS BETWEEN YOUR LEGS!!. This will be like a French short film" - We will work on a title my sweeties". I just got your mesg now about the job"..Sorry it did not work out for you. Hope you didn't sign up for the agency  as a MEMBER?!! - NOW?. Somethings as we know are not meant to work out, like this job interview for instance and some other things are meant to be. So you gave it your best shot" and dont worry" I rather see you do something more creative and "YOU HAVE. So we will get this visa going here...you can relax, and develop ▇▇▇▇ to be one GREAT HAPPY little girl. Im here to help you along the way till you are both here". The thing with Julia, I just have to make her understand that her and I cant be serious for now together..it will be hard" for her but she understands and knows already who I have FIRST in my life"...she still wants to come regardless of who. She will just come only  to visit. I think ALL I may need from you is ▇▇▇▇'s information. I have a copy of your passport, so I think that is all for now. Let me get to the western union place later because aparantly all transactions to the Ukraine..by phone or online" "THEY" suspect HIGH FRAUD  ACTIVITY! in the Ukraine!...So on my way back from my meetings I'll have to stop at one of their locations...Nothing is simple in the Ukraine I guess these days!..So I will get the money out to you later sometime!! - its best you leave that place after this mesg...and keep it at 3 days a week like I said to save money!!! and leave before dark - SO YOU BEST LEAVE NOW" AND DONT SIT THERE ALL NIGHT!! YOU WILL SEND ME YOUR SKYPE" CONTACT PAGE OR GIVE ME YOUR PASSOWORD TO CHECK!!
YES MY BELOVED MASTER!

Joseph, I just came to Internet place to check an email from you at 11, yesterday when I left there was nothing from you yet, I have an appointment today at noon, with that agency so I am going now.......I will come back later in the evening and I will tell you what is that agency about and more details........I didnt get any MTCN number from you and I cant send you any videos tonight cause I am -10 hrn, when I get the cash you get a couch, more vidoes with ▇▇▇▇ and the rest.

Ok I am leaving now and I will come back later around 6-7 pm my time to send you a response.

Kisses
Helena

-------- Пересылаемое сообщение --------
От кого: JOSEPH VALERIO <joeval5@optonline.net>
Кому: elena kalichenko <kalichenkoes@mail.ru>
Дата: 24 января 2012, 00:22
Тема: Fw: your mail

Before you start to do ANY work, you give me the name of the company and the employers name or number...I want to make sure this is what it is" and what company it is?... if I plan to continue to support my two interests. I have plans a head for you both! so careful in your decision making! DONT LET IT SPOIL YOUR PLANS! DO YOU HEAR ME?? - your response" should be YES" my Master! If you understand me correctly! and do fix that phone...so you get my response QUICK" and when im on the road! - not at home!

Joseph, there is nothing from you, I am leaving in 5 mins..........I am planning to go tom start that job at dating agency, I have to feed my family but I will get the first salary only in a month.......I think we should proceed with the Fiancee visa CAUSE I WANT TO BE WITH YOU!!!!!!!!

KISSES
HELENA AND ███████
BE SAFE


23 января 2012, 00:30 от JOSEPH VALERIO <joeval5@optonline.net>:

YOU SEE BIITCH 9:45 PM STILL AT THE INTERNET PLACE!! ...HOW IS THAT POSSIBLE??! THAT" WAS ANOTHER THING I WARNED YOU ABOUT BITCH!...BUT YOUR STILL THERE CHECKING YOUR MAIL FROM OTHER PROSPECTS....WITH MY MONEY YOU BITCH!...THEN YOU CRY TO ME  THAT YOU HAVE NO MORE MONEY!!! BUT YOUR SITTING THERE AT MY COST TO WRITE TO OTHER DICKS! ...AS YOUR BACK UP!! - I'D HAVE  YOUR FUCKING HEAD! IF EVER CAUGHT YOU HERE! SO BEST YOU STAY AWAY FOR GOOD!!. FUNNY BITCH" HOW IM ABLE TO TEXT MY VAL AND JULIA"...WITH NO PROBLEM!! I THINK ITS A SIGN BITCH!..YOUR A TROUBLED INDIVIDUAL! AND HERE", IF YOU WERE EVER TO CAUSE ANY TROUBLE...YOU'D BE FINISHED!  FOUND A JOB? LISTEN BITCH " THEN GO TO WORK!!...AND SUPPORT YOUR PATHETIC LIFE AND YOUR FAMILY!! AND GET OUTTA MY LIFE!...SEND E SOME PROFILES AND GET A ME ANOTHER PUSSY" HERE! AND YOU WILL GET PAID!! BUT IT'S ALL BULLSHIT! FROM YOU AND THIS SO" CALLED JOB AT A DATING AGENCY! - THEN TAKE THE JOB BITCH AND GET ON WITH IT!, NO NEED TO TELL ME ONE THING IN A LETTER...THEN TELL ME ANOTHER THING IN A TEXT MESG... YOU THINK YOUR DEALING WITH A MINDLESS MAN??! - IM AT GENIUS LEVEL! ...BRILLIANT, STRONG, HANDSOME, ARTIST, ATHLETIC - ITS WAY" PAST YOUR LEVEL! I MAY BE SOME WIZARD! , AND YOU JUST INDICATED THAT YOU DONT TRUST ME ANYMORE!! - SO" BITCH! I DONT TRUST YOU !. HOW CAN A BITCH LIKE YOU THINK YOU HAVE OPTIONS WHEN A MAN LIKE ME OFFERS YOU" A F-1 VISA!!! AND YOU TELL ME!.." I WILL HAVE TOO MUCH CONTROL OVER YOU" WHAT DID YOU THINK WAS GOING TO BE BITCH?? YOU HAVE CONTROL?? - YOUR FUCKING OUT OF YOUR MIND BITCH!!. I GOT ALL I NEED IN MY LIFE! AND IM NOT ABOUT TO PUT MY LIFE, MY FINANCES OR YOUR LIFE! AT RISK, BECAUSE YOUR CAPABLE OF BEING PUT AT RISK"...BECAUSE YOUR FULL OF DANGER AND IM NOT THE MAN TO FOOL AROUND WITH BITCH! - THEN ITS DANGEROUS FOR YOU!!!. YOUR TIME IS UP...UNLESS, YOU WANT TO BE IN THE STREET!.GET ME MORE FUCKING VIDEO OF YOUR DAUGHTER ON YOUR TITS PLAYING!! AND PUT SOME OF THOSE TOYS ON YOUR STOMACH!! SO SHE PLAYS OVER BY YOUR PUSSY!!! USING THE CELL PHONE CAMERA!!....YOU WONT SEE MONEY BITCH" FOR A VIDEO CAMERA...NO FUCKING WAY!!! GET ME SOME REALLY RACEY" CELL PHONE VIDEO...YOU AND YOUR DAUGHTER - TONIGHT!!! OR I DROP YOU COMPLETELY" IN THE STREETS!! ANOTHER THING!!...MONDAY AND WEDNESDAY!! ARE THE ONLY DAYS YOU SPEND AT THAT PLACE!! ...1 HOUR MAXIUM BITCH! ON THE INTERNET A DAY - GOT IT!! OR I WILL DROP YOU!!!! YOU AND YOUR FAMILY WILL BE FUCKED FOR LIFE!!!


{Alternate Body}

| | |
|---|---|
| **From:** | JOSEPH  VALERIO  <JOEVAL5@OPTONLINE.NET> |
| **Sent:** | Wednesday, April 04, 2012 1:27 PM |
| **To:** | elena kalichenko |
| **Cc:** | JOSEPH  VALERIO |
| **Subject:** | VALIDATION! " |

GOVERNMENT
EXHIBIT
**560**
14 CR 94 (JFB)

 Helena....Listen" im glad to see the smile on your daughters face with the gift she got....from the money I sent - thats not a problem". Before I would accept to send you from Turkey to Moscow...you need to send me the Company name in which you work and some details...PLUS" the way you have sent me about 20 or more pictures of ████"....who I know belongs to me! - YOU NEED TO SEND ME FOR THE TIME' BEING" ...PICTURES OF YOUR TITS IN THE SHOWER AND YOU FINGERING YOUR PUSSY...FROM YOUR PHONE OR EMAIL"... There is a price for everything...and I need validation" from you! - So you send me those pics for NOW and that Company information, so I know your there working for that Company. I do appreciate seeing ████ happy" as its thanks a praise I send her because she is my little one" BUT before I accept your move to Moscow, you get me some validation...some pics that CAN DO" in the shower the way I like and on the floor....beging me by fingering your pussy. I WANT TO SEE PICS FOR NOW"...AND THAT INFO. - THEN WHEN I ACCEPT" I will validate you to the next step to Moscow"....where then each day you will DO THE VIDEO'S WITH ████  THE WAY THAT I WANT! This is ALL the preparation you will need here in NY"...with ████" - SO ITS BEST YOU GET USE TO IT". Send me what you can in pics for now and that company information...because you do know who your up against, and up against the wall as I will ravage and rape you" So dont lose your place!!...this is some REAL DELICIOUS PUSSY HERE THAT I HAVE", SO YOU SHOW ME WHAT YOU GOT"                                                                                           Take Care

Helena

1

## TROYD, STEVEN M. (NY) (FBI)

| | |
|---|---|
| **From:** | Angelini, Peter M. Jr. [                    ] |
| **Sent:** | Tuesday, November 12, 2013 6:00 AM |
| **To:** | Angelini, Peter M |
| **Subject:** | FW: Joseph Valerio |

**GOVERNMENT EXHIBIT**

2 (Excerpt from larger exhibit)

**14-CR-94 (JFB)**

**From:** Elena Kalichenko [kalichenkoes@mail.ru]
**Sent:** Friday, November 08, 2013 7:08 PM
**To:** Angelini, Peter M. Jr.
**Subject:** FW: Joseph Valerio

**From:** joe valerio [mailto:joeval5@optonline.net]
**Sent:** Thursday, September 27, 2012 5:52 PM
**To:** kalichenkoes@mail.ru
**Subject:**

 Hey you listen now or this will be the last time ever!!...WHERE" the fuck are you writting mails at 9:30PM when your daughter is suppose to be sick??! are you starting to be that sneaky bitch again?! ....if SO, I will drop you on your ASS"! "BETTER FUCKING EXPLAIN"!. First off I just gave you $1,200 for your family and your going to fucking "WORK FOR IT"! not sit anywhere ALL FUCKING DAY! SENDING OUT EMAILS!...Im asking YOU" now what the fuck do you do ALL DAY"? and you have PRODUCED NOTHING FOR ME!!!

 I want an explaination for ALL of this NOW!...Each morning and night you will send me a CELL PHONE VIDEO OF YOU WAKING UP WITH YOUR DAUGHTER, WITH YOUR TITS IN HER MOUTH BEFORE YOU GO TO SLEEP AND WAKE UP!....IF I DONT SEE THIS EACH DAY" I WILL DROP YOU ON YOUR ASS!!! YOU BETTER MAKE SURE YOU HAVE AN EXPLAINATION FOR THIS AND I NEED TWO FUCKING MODELS" TO SIGN THOSE APPLICATIONS READY FOR INTERVIEWS BY NEXT WEEK OR ELSE YOU WILL BE SORRY!...YOU BETTER WORK BITCH! AND YOU TELL THEM THAT THEY CAN GET PAID FOR THEIR WORK IN YOUR FUCKING COUNTRY....THEN HERE IN THE USA!!! BETTER USE YOUR FUCKING IMAGINATION WHEN YOU SPEAK TO THESE BITHCES TO SIGN THEM UP AND GET THEIR PUSSYS HERE!! ....GOT IT?!!!!

 Lastly...which may be the case for you! YOU GET ME THOSE PURCHASE RECEIPTS FOR ALL THOSE APPLIANCES AND FURNITURE AND YOU MAKE FUCKING SURE" I SEE THE SERIAL NUMBERS THAT MATCH ON EACH APPLIANCE PURCHASED ON A RECEIPT WITH THE COMPANY NAME!! - MOTHER FUCKER!!.....GET TO WORK!!!

(Date: 9/26/12 2:28:10 PM)

Tue, 25 Sep 2012 20:56:24 -0400 (EDT) от joe valerio <joeval5@optonline.net>:

# EXHIBIT 2

The Honorable Joseph F. Bianco
United States District Judge
100 Federal Plaza
Central Islip, NY 11722
USA


Your Honor,

Thank you for this opportunity in which to present my thoughts and experiences on the impact
Joseph Valerio has had on my life through his actions in the time I have known him.

I would like to express that this letter is not one of condemnation. My intent is not to blame, or
harm, through words or sentiments, but to impart what I felt and experienced and how that impacted
my life.
In order for me to convey the whole truth fairly, I believe it is imperative that both the good and the
bad be expressed in order to clarify the experience as a whole. Although the good, in hindsight, was
just pretence, and not imparted with pure intentions, or with honorable motives, it was relevant to
my experience at the time, and was a redeeming quality in my perceptions of him in the early stages
of our relationship when I tried to balance the emotional turmoil I felt from the abuse, and trying to
understand him and rescue the remnants of the life I held onto.

I had given my testimony as to the facts of incidents that occurred at various times over the years,
and those were only a few to mention, as the countless incidents of varying types of atrocities and
levels of abuse are too many to mention. However, it is the lasting impact on my life, and that of my
children and family that I now have to live with.

In the beginning, I had loved Mr Valerio very much, as a partner in any committed relationship
would. He had gone to every possible extent to shower me with all the love, affection and attention
I wanted and needed, at a very vulnerable time in my life. He had won me over with his words, his
actions, and the promises of his intentions.
I was by no means naive or gullible, and I questioned and probed his motives. But no matter what
questions I had, he always had a very persuasive answer, and eliminated any doubts I may have had.
He portrayed himself as honorable and trustworthy, with upstanding moral values and a man of
reputable character. I would have expected and accepted nothing less in a man.

I was preparing to make tremendous sacrifices in my life by leaving my work, home and family to
move to the USA alone with my small child, and he was incredibly convincing of the life he
promised me and the future he planned for us. Being able to raise my children as a full time mother,
devoting my time and efforts to my family, my personal pursuits and outreaches in the community
and any other passion in life that brought me fulfilment. Having want for nothing, with the blessing
to be a devoted mother and partner, to my family and others, it was a dream come true. All the while
being supported by a gentle, loving,compassionate partner.
I can say it was a picture of a fairytale. One that many a woman had dreamed of.
Not merely in material provisions, but in the essence of the deeply committed and loving
relationship he had shown me and convinced me that we had.

On arrival for the first time in NY, I was greeted lavishly with such warmth, love, charm and
charisma and swept off my feet with his generous and romantic gestures. He moved me into the
home in Watermill and I instantly fell in love with the home.
It was hardly lived in and had a fresh, new feel to it, like the new exciting life I was looking forward
to. It had a sense of peace and blessing in that home, and it made me feel good to be there.
I loved that home, and even to this day, despite some of my terrible experiences there,

I miss the home I made there, tremendously.

Over a short time, he spared no expense in spoiling me excessively over the first few months. There was nothing too great that he wouldn't give or do for both myself and my son.

His generosity in both his gifts and his affections were overwhelming.

He knew every dream and aspiration I had, and promised and planned how he would fulfil them all.

And then things started to change.

From being promised a life of opportunity, provision and every material luxury, and given a taste of having anything and everything I could have hoped for, both emotionally and financially,

To a life of having to earn the love I wanted, having to beg and plead for simple provisions and systematically being manipulated and controlled and having lost everything I ever owned.

He would give me things, then take them away, and tell me I had to earn them back.

Telling me I would never be enough and I had to deserve to be loved.

From being an independent, successful career woman, who was looking forward to a new life for myself and my son (children) to being under his ultimate control and enduring daily abuse and punishment.

Having nothing left to hold onto, and nowhere left to go back to, being isolated from my family and not being allowed to have friends, with all my contact with my mother being monitored, I was utterly broken and felt more alone than anyone could possibly imagine.

When someone asks me why I stayed, the answer is always the same. Where was I going to go? I had lost everything that he promised he would help me keep. I had nobody to turn to, and I was scared.

He controlled my every movement throughout the day, and the times he let me go home and visit my mother, he threatened to come after me and my family if I didn't come back. With the experience I had with him, I knew he was capable of anything. He was incredibly violent and aggressive and I was terrified of him.

I felt a tremendous amount of shame, having found myself in this situation and not knowing how to find my way out. And not being able to tell anyone about it because of the shame and humiliation I felt about it.

It is embarrassing to have to tell someone what happened to me, especially someone who knows me and how successful I was, to have to see me now in the situation I am in, and still struggling to just get by day to day.

The situation I find myself in now because of where this experience has left me, makes me feel that I have failed in life. The daily indoctrination of how I am and never will be good enough, and that I am a tragic disappointment to everyone, tirelessly telling me I am unworthy, has left me feeling that I have to try twice as hard as anyone else, just to be loved and accepted again, in any relationship I may want to pursue.

"You are damaged goods, and by the time I am done with you, nobody will ever want you again." Those are words that cut so deep into my psyche, that it has done a damage that I don't know how to repair.

While in my relationship with him, his calculated and  systematic destruction of  my relationship with my mother, was by telling me how she must have been so pleased to be rid of me, that no mother who loves their child would let their child move to another country. He would constantly find ways to convince me that my mother couldn't possibly love me, because I had abandoned her, and he was the only one who would ever love me again, and he was all I had.

He made me believe she didn't want me to come back. He restricted my visits back home and it took a lot of convincing just to let me go home to visit.

To this day it has taken a tremendous toll on my relationship with my mother.

Ever since, I have always felt a sense of guilt, shame and being unwanted. Joe always told me the terrible disappointment my mother must have in me, and what a low opinion she must have of me. It has made me isolate myself and my children from my mother just so I can cope with not feeling that I am a tremendous failure to her, and not having to expose my children to that kind of relationship between a mother and her daughter.

I see my mother far less than I would like, and feel like I am the huge disappointment to her that Joe always said I was.

Furthermore, because of everything I had lost financially, and having to return to South Africa with nothing, and to nothing, I had to move in with my mother for a period which put tremendous financial strain on her. This only further exacerbated our strained relationship at this point.

Although Joe gave small amounts of assistance for a few months when I returned in 2010, it was never enough to really help, and he insisted on written explanations for every penny. Even then, when I obliged, he never gave the amount the children and I needed, it was always far less and with an instruction that he would only do what was necessary if I came back to him with the children.

I became incredibly depressed, both because of the situation, and because I was fearful of having to go back to him, and life became not only an emotional, but an unbearable physical struggle just to get through each day.

Ever since my return to South Africa, because of the economics and the previously disadvantaged empowerment policies implemented in the country, it is increasingly difficult to find work, and I have never been able to get back on my feet again as I was before I first came to the USA, and now more so with the added responsibilities of raising two children alone.

My mother still assists financially and is close to retirement, which is a point in her life where I believe I should be the one who is helping her. But now I just don't know what is going to happen.

I feel that I am a burden to my family who assists me, because it has been extremely challenging, and somewhat impossible to establish my independence again.

In the beginning, It was the words that hurt the most - criticising me as a mother, as a home-maker, and eventually as a woman as a whole. Having my humanity destroyed when in a fit of rage he threw food on the floor and told me to eat off the floor like the dog that I am.

I was constantly humiliated and degraded every day of my life with him, and threatened and belittled every day thereafter when I finally returned home to SA for the last time.

Of course in the beginning of the relationship I thought perhaps he was used to something different and there could be some compromise as to what he liked and what I wanted to do for him, but there was no compromise. It was his way only. Nothing else would satisfy.

And so in my devotion to him and our relationship, our new family, I tried my best to do everything he liked in order to please him.

But it was only over time I realised that no matter how hard I tried, It would never be good enough. His inconsistent standards could never be met.

At first, I held on because I didn't want to let go of the dream he had promised. He had shown me how the reality of his promises could come to fruition.

But eventually I only stayed because I couldn't leave.

I struggled emotionally, feeling like a constant failure, like I wasn't living up to what a mother and partner should be. And no matter how hard I tried, It was never enough.

I felt defeated.

To this day, it has made it difficult for me to feel that I can give myself to a relationship and feel that anything I do is enough, even if people are grateful for who I am and what I do, I am never convinced that I am enough.

Above all else, I am always anxious that the person will stop loving me. And I have never been able to truly trust anyone again.

I have never been able to trust men again the way I believe someone should if you want to pursue a good and wholesome relationship.

It is a very lonely feeling to feel that no man really has good intentions or will keep and fulfil any promise they make. To doubt and question every motive and intention.

I fear for the harm that may come to my children. Through trusting someone and then possibly finding that they could physically or emotionally damage my children. And so I choose to remain alone, so that my children can be safe, albeit a tremendous struggle to manage alone.

I try hard, I really do, but I just don't know if things could ever be the same for me.

There were particular episodes that had lasting consequences in my life, where in hindsight I see how calculated and callous his actions were, and what an act of cruelty they were to me because of the hurt they caused, and this has made it very difficult for me to trust the kindness and goodness in people again.

I do believe, wholeheartedly, that the world has many good, kind and wholesome people....it's just very difficult for me to see which ones they are.

There are countless incidents of violence, verbal and emotional abuse over the years, that it would be impossible to list them all, some so horrific that they still stir me on a very deep level when I think of them, but the way those attacks changed my life, have had a profoundly damaging effect on who I am as a woman, a mother, my relationship with my own mother and my relationship towards others.

Some of the implications have had physical attributes that I still struggle to resolve.

The broken promises, the broken dreams, the lost resources, hopes and aspirations. These are things that have caused a significant degree of struggle and suffering to myself and my children, and it is only by the Grace of God that we have somehow carried through.

It took a tremendous act of grace for me to find forgiveness in my heart for him. Even when the daily struggles have remained, some of which I will have to endure for the rest of my life.

Forgiveness is not forgetting. It is a daily, concious act of grace imparted on someone who probably has no remorse whatsoever, but is a necessary act in order be able to continue to live a joyous life in spite of the horrific and traumatic experiences which will always remain with me.

Initially I tried therapy to find ways to cope, and tools with which to restore my life and my inner well-being. But I had to forgo that after a short period of time because I didn't have the financial means. But for all that he has done, I have truly forgiven him.

I have had to forgive him for my son's sake too. A little boy who had seen everything that was done to me, heard the screams from the beatings, the degrading insults, and who has grown up with a fear of something happening to me every moment he is away from me. He has grown up with a concious mistrust of authority figures because if the one person who says they loved me can hurt me that way, who can he ever trust? He has spent years in therapy, which my mother has graciously paid for, and has taken me years of daily prayer on bended knee for his healing.

Forgiveness is not a license for the forgiven to escape accountability for ones actions. And in my capacity as mother to his daughter, it is extremely challenging to forgive him daily when he has abandoned his responsibilities and obligations towards his daughter, which has not only left myself and the children in tremendous financial difficulty, but his continuous actions in exercising control over her by refusing to sign legal documentation for her travel, and any other legal documents I require etc. (as is required by South African law), is yet another cross for us to bear.

I do believe, that all financial support for my daughter that he provided over the past 2 years, was terminated for two reasons only. Firstly, because I refused to make the concession to return to the USA permanently at his request on my last visit there, and also because at that time I had learned of the truth of the situation and had agreed to assist the government with the facts about my personal encounters. The Valerio family made it clear that if I did not do what they asked, they would no longer be helping me.
But I try to remember what forgiveness is, and so I am able to, and God provides for us yet another day.

Forgiveness does not always require reconciliation. And considering the circumstances for his incarceration I believe it is in the absolute best interest of my daughter to not have any means of contact or communication with him whatsoever. The one sole purpose for her meeting her father once in her life, was a carefully measured decision on my behalf so my daughter would not grow up never knowing who her father was, because of what I had seen that uncertainty do to a friend in my life I am very close to.
I pray for discernment – the wisdom and knowledge how to teach my daughter to forgive when she is old enough to understand what he has done, and who he is.
She already asks very difficult questions and I have to be honest and open in a way that she can understand but without traumatising her. It breaks my heart as a mother to see this little girl have to learn of who her father is.
My own relationship with him also does not require reconciliation in order for me to forgive, and I have no intention thereof. But the challenge is for me to show him grace and mercy when I still have a daily struggle with physical ailments as a direct impact of one of the extremely violent beatings I suffered.
Because of the injury to my jaw and teeth when I was knocked unconscious by being punched in the face, there is a high risk of infection from the internal damage, which I have endured a number of times.
The infection is severe when it affects the bone tissue which requires particularly strong antibiotics, which leaves me feeling very ill for the duration of the prescription. Nausea, weakness and not thinking clearly makes it difficult to function normally. But if I don't continuously take these medications every time an infection flares up, the infection will eat away at the bone tissue in my face and I will ultimately require facial re-constructive surgery.
I am not able to afford the procedures required to correct this problem with the recurring infections, so I pleaded with Joe while he was in prison, to please find it in his heart to help with the costs.
He agreed, and said he would pay for it. But that was another promise he never fulfilled.

The long term effects of destruction of this magnitude affect our daily lives in every way.
Financially, emotionally and relationally.

Having our efforts and pursuits crushed, its not only myself that has lost those hopes and aspirations, but the children who have been stripped of the future promised.
My daughter, a USA born citizen, is now deprived of all the benefits her own citizenship can provide her, because he destroyed that life he had initially given us. And now, in a malicious act, he continues to use the last means he has to exercise his last stronghold of control through financial restraint and refusal to allow her any opportunity to return through his refusal to fulfil his legal obligations, unless it is under his control and by his rules.
Although we may be physically free from him, the situation we have been left in has ensured we are not free from the result of the impact his actions have had on our lives.

Through all the experiences, and the role all of this has had in my life, then and now,  I am grateful to every person who has shown me care and compassion where I believed there was none.
I am grateful to every person involved in this process of this particular case who has extended their

kindness, grace and respect to me and my children, and the opportunity extended to me to convey my personal thoughts and experiences, and for the faith restored in me that there truly are those who deeply care.

Yours truly,

